UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20170-CR-SCOLA/GOODMAN**

IN RE SEALED INDICTMENT
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment and all attachments thereto, and this Motion and any related Orders and proceedings, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment and all attachments thereto, this Motion and Order and any related Orders and proceedings, shall be filed under seal until further order of this Court, however, the United States Attorney's Office and the U.S Fish & Wildlife Service may obtain copies of these sealed document for official purposes, or any other necessary cause.

**DONE AND ORDERED** at Miami, Florida, this __26th__ day of April 2022.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

cc:   Clerk of Court
      AUSA T. Watts-Fitzgerald