UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20170-CR-SCOLA/GOODMAN

UNITED STATES OF AMERICA,

v.

GZUNIGA LTD.,
NANCY TERESA GONZALEZ de BARBERI
DIEGO MAURICIO RODRIGUEZ GIRALDO, and
JOHN CAMILO AGUILAR JARMILLO,
    aka "Jhon Camilo Aguilar Jaramillo,"
    aka "JhonCa,"
                        Defendants.
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, arrest warrants, and all other Orders and related matters be UNSEALED since the circumstances justifying the original sealing of this matter have materially changed, and the matter now public knowledge due to the arrest of one or more of the defendants herein.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Thomas A. Watts-FitzGerald
Assistant U. S. Attorney
Florida Bar No. 0273538
99 N.E. 4th Street
Miami, FL 33132
(305) 961- 9413 Office
(305) 536- 4651 Facsimile