UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20170-CR-SCOLA/GOODMAN

UNITED STATES OF AMERICA,

v.

GZUNIGA LTD.,
NANCY TERESA GONZALEZ de BARBERI
DIEGO MAURICIO RODRIGUEZ GIRALDO, and
JOHN CAMILO AGUILAR JARMILLO,
   aka "Jhon Camilo Aguilar Jaramillo,"
   aka "JhonCa,"
                  Defendants.
_____/

## UNSEALING ORDER

The United States of America, having applied to this Court for an Order unsealing the indictment, arrest warrants, and such other documents and Orders previously sealed in this matter, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal the file in this matter and place the indictment, arrest warrants, and such other documents and Orders related to this case in the public record.

**DONE AND ORDERED** at Miami, Florida, this **7th** day of July 2022.

                                                        CHRIS M. McALILEY
                                                        UNITED STATES MAGISTRATE JUDGE

cc:   AUSA (Watts-FitzGerald)
       Clerk of the Court
       U.S. Marshalls