# EXHIBIT 3

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| | | | | **JUNE 2016** | | | | |
| 40660 | 5/21/216 | CROCODILE | 125 | 69 | 56 | | | EXHIBIT A |
| 40666 | 5/24/216 | CROCODILE | 125 | 42 | 83 | | | EXHIBIT B |
| 40661 | 5/27/2016 | CROCODILE | 125 | 125 | 0 | | | EXHIBIT C |
| 40669 | 6/3/2016 | CROCODILE | 125 | 83 | 42 | | | EXHIBIT D |
| 40587 | 6/3/2016 | CROCODILE / PYTHON | 50 | 27 | 23 | | | EXHIBIT E |
| | | | | | 204 | 6/4/2016 | 12 | |
| | | | | | | 6/5/2016 | 32 | |
| | | | | | | 6/7/2016 | 8 | |
| | | | | | | 6/8/2016 | 28 | |
| **TOTAL** | | | **550** | **346** | **204** | | **80** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **JULY & AUGUST 2016** | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 40781 | 7/7/2016 | CROCODILE / PYTHON | 40 | 20 | 20 | | | EXHIBIT F |
| 40667 | 7/7/2016 | CROCODILE | 125 | 31 | 94 | | | EXHIBIT G |
| 40663 | 7/9/2016 | CROCODILE | 125 | 27 | 98 | | | EXHIBIT H |
| 40799 | 7/9/2016 | CROCODILE / PYTHON | 50 | 29 | 21 | | | EXHIBIT I |
| 40803 | 7/12/2016 | CROCODILE / PYTHON | 50 | 30 | 20 | | | EXHIBIT J |
| 40824 | 7/14/2016 | CROCODILE / PYTHON | 50 | 16 | 34 | | | EXHIBIT K |
| 40716 | 7/19/2016 | CROCODILE | 150 | 85 | 65 | | | EXHIBIT L |
| 40720 | 7/21/2016 | CROCODILE | 150 | 90 | 60 | | | EXHIBIT M |
| 40825 | 7/27/2016 | CROCODILE / PYTHON | 50 | 37 | 13 | | | EXHIBIT N |
| 40719 | 7/30/2016 | CROCODILE | 150 | 139 | 11 | | | EXHIBIT O |
| 40872 | 8/2/2016 | CROCODILE / PYTHON | 50 | 29 | 21 | | | EXHIBIT P |
| 40967 | 8/3/2016 | CROCODILE | 100 | 88 | 12 | | | EXHIBIT Q |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 40717 | 8/4/2016 | CROCODILE | 150 | 89 | 61 | | | EXHIBIT R |
| 40973 | 8/7/2016 | CROCODILE | 50 | 19 | 31 | | | EXHIBIT S |
| 40718 | 8/8/2016 | CROCODILE | 150 | 110 | 40 | | | EXHIBIT T |
| | | | | | | 8/8/216 | 6 | |
| **TOTAL** | | | **1440** | **839** | **601** | | **6** | |

### SEPTEMBER 2016

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 40875 | 9/10/2016 | CROCODILE / PYTHON | 53 | 4 | 49 | | | EXHIBIT U |
| 40971 | 9/12/2016 | CROCODILE | 60 | 47 | 13 | | | EXHIBIT V |
| 40968 | 9/21/2016 | CROCODILE | 100 | 56 | 44 | | | EXHIBIT W |
| | | | | | | 9/5/2016 | 32 | |
| **TOTAL** | | | **213** | **107** | **106** | | **32** | |

### OCTOBER & NOVEMBER 2016

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41087 | 10/4/2016 | CROCODILE | 149 | 55 | 94 | | | EXHIBIT Y |
| 41086 | 10/4/2016 | PYTHON | 30 | 20 | 10 | | | EXHIBIT X |
| 41090 | 10/19/2016 | CROCODILE | 98 | 32 | 66 | | | EXHIBIT Z |
| 41074 | 10/29/2016 | CROCODILE | 20 | 16 | 4 | | | EXHIBIT AA |
| | | | | | | 10/7/2016 | 6 | |
| | | | | | | 10/10/2016 | 4 | |
| | | | | | | 10/18/2016 | 1 | |
| | | | | | | 11/11/2016 | 1 | |
| **TOTAL** | | | **297** | **123** | **174** | | **12** | |

### JANUARY- MARCH 2017

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41309 | 1/3/2017 | CROCODILE | 100 | 58 | 42 | | | EXHIBIT BB |
| 41314 | 1/17/2017 | CROCODILE | 100 | 69 | 31 | | | EXHIBIT CC |
| | | | | | | 1/17/2017 | 3 | |

| | | | | | 3/3/2017 | 3 | |
| | | | | | 3/4/2017 | ? | |
| | | | | | 3/20/2017 | 4 | |
| **TOTAL** | | | **200** | **127** | **73** | **13** | |
| | | | | | | | |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MAY & JUNE 2017** | | | | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 41703 | 5/3/2017 | PYTHON | 20 | 17 | 3 | | | EXHIBIT DD |
| 41630 | 5/9/2017 | CROCODILE | 50 | 36 | 14 | | | EXHIBIT EE |
| 41692 | 5/9/2017 | CROCODILE | 10 | 8 | 2 | | | EXHIBIT FF |
| | | | | | | 6/8/2017 | 4 | |
| **TOTAL** | | | **80** | **61** | **19** | | **4** | |
| | | | | | | | |
| | | | | | | | |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| **JUNE - OCTOBER 2017** | | | | | | | | |
| 42050 | 8/23/2017 | CROCODILE | 20 | 12 | 8 | | | EXHIBIT GG |
| 42038 | 9/1/2017 | CROCODILE | 150 | 123 | 27 | | | EXHIBIT HH |
| 42043 | 9/7/2017 | CROCODILE / PYTHON | 50 | 48 | 2 | | | EXHIBIT II |
| 42069 | 9/9/2017 | CROCODILE | 150 | 71 | 79 | | | EXHIBIT JJ |
| 42174 | 9/22/2017 | CROCODILE / PYTHON | 50 | 27 | 23 | | | EXHIBIT KK |
| 42130 | 9/29/2017 | CROCODILE | 130 | 50 | 80 | | | EXHIBIT LL |
| 42124 | 10/3/2017 | CROCODILE | 100 | 81 | 19 | | | EXHIBIT MM |
| **TOTAL** | | | | | | 6/8/2017 | 21 | |
| | | | | | | 9/1/2024 | 4 | |
| | | | | | | 9/7/207 | 20 | |
| | | | | | | 9/8/2017 | ? | |
| | | | | | | 9/9/2017 | 12 | |
| | | | | | | 9/10/2017 | ? | |
| | | | | | | 9/12/2017 | ? | |
| | | | | | | 10/6/2017 | ? | |
| **TOTAL** | | | **650** | **412** | **238** | | **36** | |

## JANUARY-MARCH 2018

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 42576 | 1/23/2018 | CROCODILE | 100 | 27 | 73 | | | EXHIBIT NN |
| 42573 | 1/25/2018 | CROCODILE | 20 | 10 | 10 | | | EXHIBIT OO |
| 42288 | 2/1/2018 | CROCODILE | 100 | 82 | 18 | | | EXHIBIT PP |
| 42451 | 2/1/2018 | CROCODILE | 150 | 51 | 99 | | | EXHIBIT QQ |
| | | | | | | 2/1/2018 | 1 | |
| | | | | | | 2/4/2018 | 16 | |
| | | | | | | 2/13/2018 | 4 | |
| | | | | | | 2/14/2018 | 24 | |
| | | | | | | 2/18/2018 | 7 | |
| | | | | | | 2/20/2018 | ? | |
| | | | | | | 3/20/2018 | 1 | |
| **TOTAL** | | | **370** | **170** | **200** | | **36** | |

## APRIL-MAY 2018

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 42773 | 4/3/2018 | CROCODILE | 30 | 15 | 15 | | | EXHIBIT RR |
| 42975 | 5/19/2018 | CROCODILE | 50 | 42 | 8 | | | EXHIBIT SS |
| 42978 | 5/23/2018 | PYTHON | 10 | 10 | 0 | | | EXHIBIT TT |
| 42957 | 5/30/2018 | CROCODILE | 100 | 100 | 0 | | | EXHIBIT UU |
| | | | | | | 5/7/2018 | 1 | |
| **TOTAL** | | | **190** | **167** | **23** | | **1** | |

## JUNE - AUGUST 2018

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 43221 | 8/23/2018 | CROCODILE | 70 | 70 | 0 | | | EXHIBIT VV |
| 43222 | 8/27/2018 | CROCODILE | 70 | 59 | 11 | | | EXHIBIT WW |
| 43226 | 8/31/2018 | CROCODILE | 100 | 53 | 47 | | | EXHIBIT XX |
| | | | | | | 6/2/2018 | | |
| | | | | | | 6/3/2018 | | |
| | | | | | | 6/6/2018 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 6/12/2018 | 24 | |
| | | | | | | 6/12/2018 | 1 | |
| | | | | | | 7/8/2018 | | |
| **TOTAL** | | | **240** | **182** | **58** | | **25** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **SEPTEMBER-NOVEMBER 2018** | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 42953 | 9/1/2018 | CROCODILE | 100 | 35 | 65 | | | EXHIBIT YY |
| 43066 | 9/21/2018 | CROCODILE | 10 | 6 | 4 | | | EXHIBIT ZZ |
| 43078 | 9/7/2018 | CROCODILE | 70 | 44 | 26 | | | EXHIBIT AAA |
| 43140 | 10/23/2018 | PYTHON | 20 | 11 | 9 | | | EXHIBIT BBB |
| 43256 | 10/9/2018 | CROCODILE | 100 | 67 | 33 | | | EXHIBIT CCC |
| 43299 | 10/9/2018 | CROCODILE | 150 | 140 | 10 | | | EXHIBIT DDD |
| | | | | | | 9/1/2018 | 150 | |
| | | | | | | 9/2/2018 | 28 | |
| | | | | | | 9/4/2018 | ? | |
| | | | | | | 9/6/2018 | 4 | |
| | | | | | | 9/8/2016 | 8 | |
| | | | | | | 9/18/2018 | 12 | |
| | | | | | | 9/9/2018 | ? | |
| | | | | | | 10/1/2018 | 1 | |
| | | | | | | 10/1/2018 | ? | |
| | | | | | | 10/2/1018 | 1 | |
| | | | | | | 11/13/2018 | 4 | |
| | | | | | | 11/29/2018 | 2 | |
| **TOTAL** | | | **450** | **303** | **147** | | **210** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **JANUARY- MARCH 2019** | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 43271 | 1/10/2019 | CROCODILE | 30 | 26 | 4 | | | EXHIBIT EEE |
| 43303 | 1/16/2019 | CROCODILE | 80 | 29 | 51 | | | EXHIBIT FFF |
| 43470 | 2/25/2019 | CROCODILE | 20 | 10 | 10 | | | EXHIBIT GGG |
| 43487 | 2/23/2019 | CROCODILE | 10 | 8 | 2 | | | EXHIBIT HHH |
| 43492 | 2/25/2019 | CROCODILE | 30 | 22 | 8 | | | EXHIBIT III |
| | | | | 95 | 75 | 1/1/2019 | 2 | |
| | | | | | | 2/3/2019 | 2 | |

| | | | | | | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2/8/2019 | ? | |
| | | | | | | 2/9/2019 | ? | |
| | | | | | | 2/10/2019 | 2 | |
| | | | | | | 2/10/2019 | ? | |
| | | | | | | 2/12/2019 | 13 | |
| | | | | | | 2/26/2019 | 26 | |
| | | | | | | 3/13/2019 | ? | |
| | **TOTAL** | | | **170** | **95** | **75** | **45** | |
| | | | | | | | | |

**APRIL-MAY 2019**

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 43499 | 4/8/2019 | CROCODILE | 50 | 15 | 35 | | | EXHIBIT JJJ |
| 43745 | 4/23/2019 | CROCODILE | 60 | 57 | 3 | | | EXHIBIT KKK |
| 43747 | 4/8/2019 | CROCODILE | 70 | 68 | 2 | | | EXHIBIT LLL |
| 43751 | 4/16/2019 | PYTHON | 30 | 20 | 10 | | | EXHIBIT MMM |
| 43752 | 4/13/2019 | CROCODILE | 100 | 51 | 49 | | | EXHIBIT NNN |
| 43791 | 4/20/2019 | CROCODILE | 100 | 74 | 26 | | | EXHIBIT OOO |
| 43604 | 5/23/2019 | CROCODILE | 20 | 9 | 11 | | | EXHIBIT PPP |
| 43734 | 5/27/2019 | PYTHON | 50 | 15 | 35 | | | EXHIBIT QQQ |
| 43804 | 5/2/2019 | CROCODILE | 100 | 57 | 43 | | | EXHIBIT RRR |
| | | | | | | 5/1/2019 | | |
| | | | | | | 5/22/2019 | 1 | |
| | | | | | | | | |
| | **TOTAL** | | **580** | **366** | **214** | | **1** | |
| | | | | | | | | |

**JUNE-DECEMBER 2019**

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 43753 | 6/4/2019 | CROCODILE | 500 | 212 | 288 | | | EXHIBIT SSS |
| 43899 | 6/13/2019 | CROCODILE | 50 | 47 | 3 | | | EXHIBIT TTT |
| 43897 | 8/3/2019 | CROCODILE | 100 | 40 | 60 | | | EXHIBIT UUU |
| 43946 | 8/10/2019 | PYTHON | 30 | 10 | 20 | | | EXHIBIT VVV |
| 44034 | 8/17/2019 | CROCODILE | 100 | 95 | 5 | | | EXHIBIT WWW |
| 44153 | 11/14/2019 | CROCODILE | 50 | 35 | 15 | | | EXHIBIT XXX |
| 44157 | 11/14/2019 | CROCODILE/PYTHON | 20 | 6 | 14 | | | EXHIBIT YYY |

| | | | | | | | 6/4/2019 | 1 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 6/16/2019 | ? | |
| | | | | | | | 7/16/2019 | 3 | |
| | | | | | | | 9/11/2019 | 2 | |
| | | | | | | | 12/12/2019 | 2 | |
| | | | | | | | 12/23/2019 | 1 | |
| | **TOTAL** | | | **850** | **445** | **405** | | **9** | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | **QUANTITY APPROVED** | **QUANTITY SENT** | **REMAINING CITES APPROVED** | **MERCHANDISE ALLEGEDLY UNACCOUNTED FOR** | | |
| | | | | 6280 | 3743 | 2537 | 510 | | |

CITES

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

Válido hasta el **04 noviembre 2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Firma del Titular

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)   T

5b. Estampilla de seguridad   CO1331967

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndices y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 125 bolsos de 1200 cm2, con marquillas numeradas del 647626 al 647750 | II C | 11. 125 Artículos 11a. Cupo nacional |
| 12. País de origen ★   Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| COLOMBIA   CO40660   05/05/2016   *****   ***********   ****** | | | |
| 7./8. ****** ****** | ****** | 10. | 11. 11a. Cupo nacional |
| 12. País de origen ★   Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| ****   ***   ****   ***********   ***** | | | |
| 7./8. ************* ***********  | ************ | 10. ** | 11. *** 11a. Cupo nacional |
| 12. País de origen ★   Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| ************   **********   | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

05-mayo-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 69 ART |
| B | |
| C | |

CALI
Puerto de exportación

2 1 MAY 2016
Fecha

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 40660

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40660

FECHA DE EMBARQUE: 2 1 MAY 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356385

DEX No. _____

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _____

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

OBSERVACIONES: 69 Bolsos en piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX A

Powered by CamScanner

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40666**

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
05-noviembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1331971

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 accesorios de 160 cm2 con marquillas numeradas del 648001 al 648125 | 10. II | 11. 125 Artículos |
|  |  | C | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40666 | 06/05/2016 |  |  |  |  |

| 7./8. ★★★★★   ★★★★★★ | | | 10. ★★  ★★ | 11. |
|---|---|---|---|---|
|  |  |  |  | 11a. Cupo nacional |

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★  ★★★★★★★★★★★ | | ★★★★★★★★★★★ | 10. ★★  ★★★ | 11. |
|---|---|---|---|---|
|  |  |  |  | 11a. Cupo nacional |

| 12. País de origen ★ ★★★★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado | Fecha ★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                06-mayo-2016
Lugar                              Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 42 APT |
| B |  |
| C |  |

CALI
Puerto de exportación

2 4 MAY 2016
Fecha

Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO  **40666**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO  **40666**

FECHA DE EMBARQUE   2 4 MAY 2016
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.

SALVOCONDUCTO No.  1356397

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   John Luis Bonilla   Técnico Operativo

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 42 Bolsos en Piel de babilla

EX B

Powered by  CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el **04-noviembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver el respaldo)

5b. Estampilla de seguridad  CO133196B

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver el respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 125 bolsos de 1200 cm2, con marquillas numeradas del 647751 al 647875 | 10. II <br> C | 11. 125 Artículos <br> 11a. Cupo nacional |
| 12. País de origen ★  COLOMBIA | Permiso No. CO40661 | Fecha 06/05/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. ★★★★★ <br> ★★★★★ | ★★★★★ | 10. ★★ <br> ★★ | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. ★★★★ <br> ★★★★★★★★★★★ | ★★★★★★★★★★★ | 10. ★★ <br> ★★★ | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★ ★★★★★★★★★★★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |
|---|---|---|
| BOGOTA, D.C. | 05-mayo-2016 | |

14. APROBACION DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 125 ART |
| B | |
| C | |

CALI

Puerto de exportación

27 MAY 2016

Fecha   Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40661**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40661**

FECHA DE EMBARQUE: 27 MAY 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO: *John Luis Bonilla*

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No. 1356395

DEX No.

OBSERVACIONES: 125 Bolsos en piel de babilla

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX C

Powered by CamScanner

## CITES

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
**05-noviembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Jhohan Rivas*
Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1331974 |

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 billeteras de 400 cm2 con marquillas numeradas del 648376 al 648500 | 10. <br><br> II <br><br> C | 11. **125** <br> **Artículos** <br> 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. C040669 | Fecha 05/05/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. ★★★★★ <br> ★★★★★ | ★★★★★ | 10. ★★ <br><br> ★★ | 11. <br><br> 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. ★★★★ <br> ★★★★★★★★★★★★ | ★★★★★★★★★★★★ | 10. ★★ <br><br> ★★★ | 11. <br><br> 11a. Cupo nacional |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 06-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 83 ART |
| B | |
| C | |

CALI

**03 JUN 2016**

Puerto de exportación       Fecha       Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**       PERMISO/CERTIFICADO No. CO **40669**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO **40669**
1194 181 0500

FECHA DE EMBARQUE: **03 JUN 2016**

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356392

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO *Jhohan Rivas*

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: **John Luis Bonilla** Técnico Operativo

OBSERVACIONES: 25 bolsos y 8 billeteras en piel de babilla

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**EX D**

Powered by CamScanner

**PERMISO/CERTIFICADO No. CO** 40587

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **13-octubre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales  Las pieles de Python reticulatus utilizadas en los artículos son especimen de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)  T

5b. Estampilla de seguridad  CO1331896

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 637301 al 637350 | 10. <br> II <br><br> C | 11. 50 Articulos <br><br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40587 | 14/04/2016 | ***** | ********* | ****** | |

| 7./8. *Piton reticulado* <br> *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. <br> II <br><br> C | 11. <br><br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| VIETNAM | 12VN0015S/CT-KL | 04/01/2012 | ESPAÑA | ES-LC-50177/13E | 16/05/2013 | *** |

| 7./8. **** <br> ************ | *********** | 10. <br> ** <br><br> *** | 11. <br> **** <br><br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ********** | | | *********** | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  14-abril-2016

Lugar  Fecha  Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | Combi x 100 |
| C | |

CALI  03 JUN 2016

Puerto de exportación  Fecha  Firma

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 40587

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40587

FECHA DE EMBARQUE: 03 JUN 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356392

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: Jacklyn Rivas  1144181050

John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 27 Bolsos Combinados en piel de babilla piton reticulado

EX E

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 40781

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

1. Válido hasta el  **14-diciembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales   Las pieles de Python reticulata utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver la respaldo)   T

5b. Estampilla de seguridad   CO1332080

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver la respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla — Caiman crocodilus fuscus | 40 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 537871 al 537910 | 10. II C | 11. 40 Artículos 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40781 | Fecha 15/06/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ ★ |
| **B** 7./8. Piton reticulado — Python reticulatus | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |
| 12. País de origen ★ REP. LAOS | Permiso No. 064/12 | Fecha 26/01/2012 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50109/13E | Fecha 12/04/2013 | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ ★ |
| **B** 7./8. ★★★★★ — ★★★★★★ | ★★★★★★★★ | 10. ★ ★★★★★ | 11. ★★★★★ 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ ★ |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★   Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★   Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

15-junio-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

| Sección | Cantidad |
|---|---|
| A | 20 Art |
| B | |
| C | |

CALI   **0 7 JUL 2016**
Puerto de exportación   Fecha   Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40781**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40781**

FECHA DE EMBARQUE:  **0 7 JUL 2016**

NOMBRE DEL ESTABLECIMIENTO:  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:   1194 181 050

NOMBRE, Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES:

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB

**EX F**

Powered by  CS CamScanner

EX G

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO / CERTIFICADO 40667

| | |
|---|---|
| [X] EXPORTACION | |
| [ ] RE-EXPORTACION | |
| [ ] IMPORTACION | |
| [ ] OTRO: | 2. Válido hasta el 05-noviembre-2016 |

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)   T
5b. Estampilla de seguridad   CO1331972

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 accesorios de 160 cm2 con marquillas numeradas del 648126 al 648250 | 10. II C | 11. 125 Artículos 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha  12a. País de la última reexportación  No. de certificado  Fecha | | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ | |
| COLOMBIA  CO40667  05/05/2016  ★★★★★  ★★★★★★★★★  ★★★★★★ | | | |
| 7./8. ★★★★★ ★★★★★ | ★★★★★★ | 10. ★★ ★★ | 11. 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha  12a. País de la última reexportación  No. de certificado  Fecha | | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ | |
| ★★★★★  ★★★  ★★★★  ★★★★★★★ | | | |
| 7./8. ★★★★ ★★★★★★★★★★★ | ★★★★★★★★★★★ | 10. ★★ ★★★ | 11. 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha  12a. País de la última reexportación  No. de certificado  Fecha | | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          06-mayo-2016
Lugar                Fecha          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION
15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 31 ART |
| B | |
| C | |

CALI          0 7 JUL 2016
Puerto de exportación      Fecha      Firma      Sello y cargo oficiales

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO 40667

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40667

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB

0 7 JUL 2016
FECHA DE EMBARQUE: _____
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
NOMBRE DEL ESTABLECIMIENTO: _____

1111 181 050

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: _____

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _____

SALVOCONDUCTO No. _____

DEX No. _____

OBSERVACIONES: *A6 Bolsos y 15 Accesorios en piel de Babilla*

190

PERMISO/CERTIFICADO No. CO **40663**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
**04-noviembre-2016**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1331969 |

| | 7./8. NOMBRE COMUN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8.<br>*Babilla*<br>*Caiman crocodilus fuscus* | 125 bolsas de 1200 cm2, con marquillas numeradas del 647876 al 648000 | 10.<br>II<br>C | 11. 125<br>Artículos<br>11a. Cupo nacional |
| | 12. País de origen ★  Permiso No.   Fecha   12a. País de la última reexportación   No./de certificado   Fecha | | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| | COLOMBIA   CO40663   06/05/2016   *****   **********   ****** | | | |
| B | 7./8.<br>★★★★★<br>★★★★★ | ***** | 10.<br>★★<br>★★ | 11.<br>11a. Cupo nacional |
| | 12. País de origen ★  Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| | *****   ★★★   ****   ***** | | | |
| B | 7./8.<br>★★★★<br>★★★★★★★★★★ | *********** | 10.<br>★★<br>★★★ | 11.<br>11a. Cupo nacional |
| | 12. País de origen ★  Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

**MARIA CLAUDIA GARCIA DAVILA**
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 05-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | |
| C | |

CALI   **0 9 JUL 2016**

Puerto de exportación   Fecha   Firma

**CVC**
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   PERMISO/CERTIFICADO No. CO **40663**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40663**

FECHA DE EMBARQUE: **0 9 III 2016**

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

**CVC**
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

NOMBRE DEL ESTABLECIMIENTO: _____

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _____

SALVOCONDUCTO No. 1356430

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Andres S Arbola Diaz

DEX No. _____

OBSERVACIONES: 27 Bolsas pica de Babilla

EX H   Powered by   CS CamScanner

PERMISO/CERTIFICADO No. CO **40799**

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
**19-diciembre-2016**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL SAS CALI, VALLE DEL CAUCA COLOMBIA |

Firma del Titular

| 3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK) | 6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa |
|---|---|
| 5. Condiciones especiales   Las piezas de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.). Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos. | República de Colombia **MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** Calle 37 No. 8-40 • Bogotá, D.C. **COLOMBIA**   Libertad y Orden |

| 5a. Fin de la transacción (ver al respaldo) T | 5b. Estampilla de seguridad CO1332097 |
|---|---|

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 647701 al 647750 | 10. II C | 11. 50 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40799 | 20-06-2016 | ***** | ********* | ****** | |

| 7./8. *Piton reticulado* *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 053/12 | 26/01/2012 | ESPAÑA | ES-LC-50109/12E | 12/04/2013 | |

| 7./8. ****** ******* | | 10. ★ ***** 11a. Cupo nacional |
|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| **** | ******** | ******** | ***** | ***** | ***** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-junio-2016
Lugar                 Fecha                Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION      15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 29 ART |
| B | Combinado |
| C | |

CALI      **0 9 JUL 2016**
Puerto de exportación      Fecha      Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMB

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**      PERMISO/CERTIFICADO No. CO **40799**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
**0 9 JUL 2016**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40799**

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1356433

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

DEX No.

OBSERVACIONES: 29 Bolsos combinados piel Babilla y Python

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMB

**EX I**

Powered by CamScanner

**PERMISO/CERTIFICADO No. CO** 40803

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el 19 diciembre 2016

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL SAS CALI, VALLE DEL CAUCA COLOMBIA |

Firma del Titular

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II, e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad CO1332101

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, pitón reticulado de 400 cm2, con marquillas numeradas del 651001 al 651050 | 10. II | 11. 50 Artículos 11a. Cupo nacional C |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40803 | Fecha 20.06.2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★ | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★★★ |
| **B** 7./8. *Pitón reticulado* *Python reticulatus* | bolsos combinados con 400cm2, en piel de pitón (con la misma información de la sección A, casilla 9 ) | 10. II | 11. 11a. Cupo nacional C |
| 12. País de origen ★ REP. LAOS | Permiso No. 063/12 | Fecha 26.11.2012 | 12a. País de la última reexportación ESP/RE... | No. de certificado LC.ESP/09/13E | Fecha 17.04.2013 | 12b. No. de la operación ★ o fecha de la adquisición ★★★ |
| **B** 7./8. ★★★★★ | | 10. ★ 11. ★★★★★ 11a. Cupo nacional ★★ |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★★ | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★★★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★★★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

Lugar BOGOTA, D.C.    Fecha 20 junio 2016    Estampilla de seguridad, firma y sello oficiales

14. APROBACIÓN DE LA EXPORTACIÓN | 15. Conocimiento de embarque/carga o porte aéreo.

| Sección | Cantidad |
|---|---|
| A | 30 ART |
| B | (0. bolsos.) |
| C | |

CALI  1 2 JUL 2016  Puerto de exportación  Fecha  Firma

CVC Corporación Autónoma Regional del Valle del Cauca REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

**PERMISO/CERTIFICADO No. CO** 40803

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40803

CVC Corporación Autónoma Regional del Valle del Cauca REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE: 1 2 JUL 2016
NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
SALVOCONDUCTO No. 1356434
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:
DEX No.
OBSERVACIONES: 30 Bolsos combinados piel Babilla

EX J

Powered by CamScanner

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40824**

| | | |
|---|---|---|
| X | EXPORTACION | |
| | RE-EXPORTACION | |
| | IMPORTACION | |
| | OTRO: | 2. Válido hasta el **27-diciembre-2016** |

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales   Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e .)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332122 |

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla* <br> *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, piton reticulado de 400 cm2, con marquillas numeradas del 650501 al 650550 | 10. <br> II <br> C | 11. **50** <br> Artículos <br> 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha <br> COLOMBIA  CO40824  29/06/2016 | 12a. País de la última reexportación  No. de certificado  Fecha <br> ★★★★★  ★★★★★★★★★  ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★★ | |
| 7,8. *Piton reticulado* <br> *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma informacion de la seccion A, casilla 9 ) | 10. <br> II <br> C | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha <br> REP. LAOS  053/12  26/01/2012 | 12a. País de la última reexportación  No. de certificado  Fecha <br> ESPAÑA  ES-LC-50109/13E  12/04/2013 | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ | |
| 7,8. <br> ★★★★★ <br> ★★★★★★ | ★★★★★★★★★ | 10. <br> ★ <br> ★★ | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha <br> ★★★★  ★★★★★★★★  ★★★★★ | 12a. País de la última reexportación  No. de certificado  Fecha <br> ★★★★  ★★★★  ★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 28-junio-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

| 14. APROBACION DE LA EXPORTACION | 15. Conocimiento de embarque/carga de porte aéreo: |
|---|---|

| Sección | Cantidad |
|---|---|
| A | 16 Art |
| B | Combinados |
| C | |

CALI
1 4 JUL 2016
Puerto de exportación   Fecha   Firma

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   PERMISO/CERTIFICADO No. CO **40824**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE: **1 4 JUL 2016**

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S**

SALVOCONDUCTO No. 1356460

DEX No.

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40824**

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES: 16 bolsos combinados

Powered by  CS CamScanner

EX K

**PERMISO/CERTIFICADO No. CO 40716**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **23-noviembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

_Diana Ader Diaz_
Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales  En la casilla No. 11 debe decir 150 Artículos, de
acuerdo a lo mencionado en la casilla No. 9

_Nicaragua_

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)  T

5b. Estampilla de seguridad  CO1332016

| 7/8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* <br> _Caiman crocodilus fuscus_ | 150 bolsos de 1200 cm2, con marquillas numeradas del 648501 al 648650 | 10. II <br><br> C | 11. 150 <br> Pieles <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40716 | 24/05/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7/8. ★★★★★★ <br> ★★★★★★★★ | ★★★★★★★★ | | | 10. ★★ <br><br> 11. <br> 11a. Cupo nacional |
|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★ | ★★★★★ | ★★★★★★ | ★★★★★★★★ | ★★★★ | |

| 7/8. ★★★★★ <br> ★★★★★★ | ★★★★★★★★★ | | | 10. ★ <br> ★★★★★★ <br><br> 11. <br> 11a. Cupo nacional |
|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    24-mayo-2016
Lugar    Fecha    Estampilla de seguridad, firma y sello oficiales

14. APROBACIÓN DE LA EXPORTACIÓN    15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 85 Art |
| B | |
| C | |

CALI    **1 9 JUL 2016**    _Andres C. Acevedo_
Puerto de exportación    Fecha    Firma    Sello y cargo oficiales

CVG
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE    PERMISO/CERTIFICADO No. CO **40716**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
**1 9 JUL 2016**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40716**

CVG
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

SALVOCONDUCTO No. _1356443_

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _Diana Tejada Diaz_ _1.111.819.311_

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _Andres L. Acevedo_

OBSERVACIONES: _85 Bolsos Piel de Babilla_

EX L    Powered by    CS CamScanner

PERMISO/CERTIFICADO No. CO **40720**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el 23-noviembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
En la casilla No. 11 debe decir 150 Artículos, de acuerdo a lo mencionado en la casilla No. 9

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332020

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 649101 al 649250 | 10. II C | 11. 150 Pieles 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40720 | 24/05/2016 | ***** | ********** | ****** | |

| 7./8. ****** ******** | | | ********* | 10. ★★ ★★ | 11. ★★ 11a. Cupo nacional |
|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ****** | | | ****** | ********** | ★★★ | |

| 7./8. ****** ****** | | | ********* | 10. ★★ ★★ | 11. ★★ 11a. Cupo nacional |
|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | ********** | ****** | ****** | ***** | ***** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

24-mayo-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 90 AR+ |
| B | |
| C | |

CALI   2 1 JUL 2016
Puerto de exportación   Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
2 1 JUL 2016

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40720

FECHA DE EMBARQUE: _____
**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO: _____

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: _____

SALVOCONDUCTO No. _____

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _____

DEX No. _____

OBSERVACIONES: 90 Bolsos Piel de Babilla

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX M   Powered by CamScanner

**PERMISO/CERTIFICADO No. CO 40825**

CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el: 27-diciembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Fin de la transacción (ver al respaldo): T
5b. Estampilla de seguridad: CO1332123

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. Babilla / Caiman crocodilus fuscus | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con manguillas numeradas del 650551 al 650600 | 10. II  C | 11. 50 Articulos  11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40825 | Fecha 28.06.2016 | 12a. País de la última reexportación ***** | No. de certificado ********* | Fecha ****** | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| B | 7./8. Piton reticulado / Python reticulatus | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II  C | 11.  11a. Cupo nacional |
| 12. País de origen ★ REP. LAOS | Permiso No. 063/12 | Fecha 26/01/2012 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES4 C-5T/109/17F | Fecha 12/04/2013 | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| B | 7./8. ***** / ******** | | 10. *  ** | 11. *****  11a. Cupo nacional |
| 12. País de origen ★ ******* | Permiso No. ******** | Fecha ***** | 12a. País de la última reexportación ***** | No. de certificado ***** | Fecha ***** | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible
BOGOTA, D.C. — 28-junio-2016
Lugar     Fecha     Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION
15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 37 ART |
| B | Combinados |
| C | |

CALI — 2 7 JUL 2016
Puerto de exportación   Fecha   Firma   Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE
PERMISO/CERTIFICADO No. CO 40825

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO 40825

FECHA DE EMBARQUE: 2 7 JUL 2016
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla ...
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo ...
SALVOCONDUCTO No. 1356423
DEX No.
OBSERVACIONES: 37 Bolsos Combinados en Piel de babilla y piton reticulado.

EX N

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40719**

| | |
|---|---|
| | **EXPORTACION** |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales       En la casilla No. 11 debe decir 150 Artículos, de acuerdo a lo mencionado en la casilla No. 9.

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332019

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 150 bolsos de 1200 dm2, con marquillas numeradas del 648951 al 649100 | 10. II C | 150 Pieles 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40719 | 24/05/2016 | ***** | ********** | ****** | |

| 7./8. ****** | | | ********** | | | 10. ** | 11. |
| ****** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ****** | | | ****** | ********** | **** | |

| 7./8. ****** | | | ********** | | | 10. ** | 11. |
| ****** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ****** | ********** | ******* | ***** | ***** | ***** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ÉSTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          24-mayo-2016
Lugar                 Fecha                 Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 139 A2T |
| B | |
| C | |

CALI
Puerto de exportación

3 0 JUL 2016
Fecha          Firma

Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **40719**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40719**

FECHA DE EMBARQUE: 3 0 JUL 2016

NOMBRE DEL ESTABLECIMIENTO: _____

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO: John Luis Bonilla

SALVOCONDUCTO No. 135(470

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo          16 934 07...

DEX No. _____

OBSERVACIONES: 139 Bolsos en piel de babilla

Powered by CamScanner

EX O

**PERMISO/CERTIFICADO No. CO** 40872

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | 1. ☐ EXPORTACION |
|---|---|
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el
18-enero-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   Las pieles de Python reticulatus utilizadas en los
artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332166

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso si la unidad de medida) |
|---|---|---|---|
| **7./8.** Babilla<br>Caiman crocodilus fuscus | 50 bolsos combinados en babilla de 800 cm2, piton reticulado de 400 cm2, con marquillas numeradas del 632701 al 632750 | 10. II<br>C | 11. 50 Articulos<br>11a. Cupo nacional |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
| COLOMBIA | CO40872 | 19/07/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |
| **7./8.** Piton reticulado<br>Python reticulatus | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9) | 10. II<br>C | 11.<br>11a. Cupo nacional |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
| REP. LAOS | 152/11 | 12/08/2011 | ESPAÑA | ES-LC-50014/12E | 25/01/2012 | |
| **7./8.** ★★★★★<br>★★★★★★ | ★★★★★★★★ | 10. ★<br>★★★★★<br>★★<br>11a. Cupo nacional | |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
| ★★★★ | ★★★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

19-julio-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 29 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación

0 2 AGO 2016
Fecha

Firma

Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   **PERMISO/CERTIFICADO No. CO** 40872

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40872

FECHA DE EMBARQUE: 0 2 AGO 2016

NOMBRE DEL ESTABLECIMIENTO:

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla

SALVOCONDUCTO No. 135647

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

REPUBLICA DE COLOMBIA

DEX No.

OBSERVACIONES: 29 Bolsos combinados en piel de babilla y piton reticulado

EX P

Powered by CamScanner

**PERMISO/CERTIFICADO No. CO 40967**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

[X] EXPORTACION
[ ] RE-EXPORTACION
[ ] IMPORTACION
[ ] OTRO:

2. Válido hasta el
15-febrero-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S,
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)   T
5b. Estampilla de seguridad   CO1332253

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivo) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 , con marquillas numeradas del 650401 al 650500 | 10. II C | 11. 100 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40967 | 16/08/2016 | ****** | ************ | **** | |

| 7./8. **** | | | | ****** | | 10. ** | 11*** |
|---|---|---|---|---|---|---|---|
| **B** ********** | | | | | | ** | **** 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | ****** | ***** | ****** | *********** | **** | |

| 7./8. **** | | | | ****** | | 10. ** | 11. |
|---|---|---|---|---|---|---|---|
| **B** ************** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | ****** | ***** | ****** | ********** | **** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            16-agosto-2016
Lugar                   Fecha                Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga de porta aéreo:

| Sección | Cantidad |
|---|---|
| A | 88 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 3 SEP 2016
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
Sello y cargo oficiales
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 40967

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40967

FECHA DE EMBARQUE:  0 3 SEP 2016

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No. 1369-31

DEX No.

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 88 Bolsos en Piel de Babilla

EX Q          Powered by CamScanner

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40717**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales
En la casilla No. 11 debe decir 150 Artículos,
de acuerdo a lo mencionado en la casilla No. 9

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE**
**Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332017

| 7,8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad unidad de medida |
|---|---|---|---|
| 7,8. Babilla<br>*Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648651 al 648800 | II<br><br>C | 150<br>Pieles<br>11a. Cupo nac |
| 12. País de origen ★   Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | | 12b. No. de la operación★ o fecha de la adquisición ★ ★ |
| COLOMBIA   CO40717   24/05/2016   *****   *********   ****** | | | |
| 7,8. *****<br>*********** | ********* | 10. **<br>** | 11.<br>11a. Cupo n |
| 12. País de origen ★   Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | | 12b. No. de la operación★ o fecha de la adquisición ★ |
| *****   *******   ******   ******   *********   **** | | | |
| 7,8. *****<br>****** | ******** | 10. *<br>** | 11.<br>11a. Cupo n |
| 12. País de origen ★   Permiso No.   Fecha   12a. País de la última reexportación   No. de certificado   Fecha | | | 12b. No. de la operación★ o fecha de la adquisición★ |
| ****   *******   *******   ******   ********   ***** | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          24-mayo-2016
Lugar               Fecha          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 89 A 27 |
| B | |
| C | |

CALI
Puerto de exportación

0 4 AGO 2016
Fecha          Firma

Corporación Autónoma
Regional del Valle del Cauca
Sello Corporación Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40717**

República de Colombia
**MINISTERIO DE AMBIENTE**
**Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE:   0 4 AGO 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.

SALVOCONDUCTO No.   1356 V 96

DEX No.

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40717**

1414 615 311

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO   *John Luis Bonilla*
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo

OBSERVACIONES:   89 Bolsos en Piel de babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX R          Powered by   CS CamScanner

PERMISO/CERTIFICADO No. CO **40973**

| | |
|---|---|
| ☐ EXPORTACION | |
| ☑ RE-EXPORTACION | |
| ☐ IMPORTACION | |
| ☐ OTRO: | 2. Válido hasta el **15-febrero-2017** |

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL"S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)  T

5b. Estampilla de seguridad  CO1332259

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades)/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  *Caiman crocodilus fuscus* | 50 bolsas de 1200 cm2 , con marquillas numeradas del 649551 al 649600 | 10. **II**  C | 11. **50**  Articulos 11a. Cupo nacional |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO40973 | Fecha  16/08/2016 | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★★★ | Fecha ★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. ★★★★  ★★★★★★★★★★ | | | | | 10. ★★  ★★ | 11.★★★★★ 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★★★ | Fecha ★★★★ | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
| 7./8. ★★★★  ★★★★★★★★★★★★★ | | | | | 10. ★★  ★★ | 11. 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★ | Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★ | Fecha ★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  16-agosto-2016
Lugar  Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

| Sección | Cantidad |
|---|---|
| A | 19425 |
| B | |
| C | |

CALI

0 7 SEP 2016
Puerto de exportación   Fecha   Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

15. Conocimiento de embarque/carga de porte aéreo:

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40973**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40973**

FECHA DE EMBARQUE  0 7 SEP 2016

NOMBRE DEL ESTABLECIMIENTO:  *John Luis Bonilla*
Técnico Operativo

SALVOCONDUCTO No.  736376C   0776

DEX No.  6C 326532 04751

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO  1144181050

NOMBRE Y FIRMA DEL FUNCIONARIO  *John Luis Bonilla*  ...n Rivas
DE LA AUTORIDAD AMBIENTAL:  Técnico Operativo

OBSERVACIONES:  12 Bolsos en pie! e babilla

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Powered by CS CamScanner

PERMISO/CERTIFICADO No. CO **40718**

| | |
|---|---|
| **CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE** | ☒ EXPORTACION |
| | ☐ RE-EXPORTACION |
| | ☐ IMPORTACION |
| | ☐ OTRO: |

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   En la casilla No. 11 debe decir 150 Artículos, de
acuerdo a lo mencionado en la casilla No. 9.

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (vea el respaldo)   |   5b. Estampilla de seguridad
T   |   CO1332018

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648901 al 648950 | 10. II C | 11 150 Pieles 11a. Cupo nacional |

**A**

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40718 | 24/05/2016 | ***** | ********** | ****** | |

| 7/8. ***** *********** | ********* | | 10. ** ** | 11. 11a. Cupo nacional |
|---|---|---|---|---|

**B**

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ****** | ********* | ******* | ****** | ********** | **** | ** |

| 7/8. ***** *********** | ******* | | 10. * ** | 11. ******* 11a. Cupo nacional |
|---|---|---|---|---|

**B**

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | ********* | ******* | ***** | ******* | ***** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   |   24-mayo-2016
Lugar   |   Fecha   |   Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION   |   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 110 ART |
| B | — |
| C | — |

CALI   |   0 8 AGO 2016

Puerto de exportación   |   Fecha   |   Firma

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   |   PERMISO/CERTIFICADO No. CO **40718**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40718**
1414 B 18 391

FECHA DE EMBARQUE   0 8 AGO 2016

NOMBRE DEL ESTABLECIMIENTO   C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO   John Luis Bonilla

SALVOCONDUCTO No.   1356V95

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL   Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No.   |   OBSERVACIONES   110 Bolsos en piel de babilla

EX T

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 40875

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el 31 Enero 2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales    Las piezas de Python reticulatus utilizadas en los
artículos son especímenes de reexportación (Conf. 12.3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332169

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  Caiman crocodilus fuscus | 53 bolsos combinados en babilla de 800 cm2 y pitón reticulado de 400 cm2, con marquillas numeradas del 649848 al 649900 | 10. II  C | 11. 53 Artículos  11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40875 | Fecha 19/07/2015 | 12a. País de la última reexportación ***** | No. de certificado ********** | Fecha ****** | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. Pitón reticulado  Python reticulatus | bolsos combinados con 400cm2, en piel de pitón (con la misma información de la sección A, casilla 9 ) | 10. II  C | 11.  11a. Cupo nacional |
| 12. País de origen ★ VIETNAM | Permiso No. 12VN00155/CT-KL | Fecha 04/01/2012 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50175/13E | Fecha 16/05/2013 | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. #####  #######  | ########## | 10. ##  ## | 11. ##### 11a. Cupo nacional |
| 12. País de origen ★ #### | Permiso No. ######### | Fecha ######### | 12a. País de la última reexportación ##### | No. de certificado ##### | Fecha ##### | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

19-julio-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 4 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación

1 0 SEP 2016
Fecha

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO  40875

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FECHA DE EMBARQUE  1 0 SEP 2016

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC/1369744 04/04/14

DEX No. 6027655437687

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO  40875

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: Bolsos Combinados en piel de babilla
y pitón reticulado

EX U

Powered by  CamScanner

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40971**

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **15-febrero-2017**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332257

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 60 bolsos de 1200 cm2 , con marquillas numeradas del 651171 al 651230 | 10. **II** C | 11. 60 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40971 | 15/08/2016 | ✱✱✱✱✱✱ | ✱✱✱✱✱✱✱✱✱ | ✱✱✱✱ | |

| 7./8. ✱✱✱ ✱✱✱✱✱✱✱✱✱✱✱ | ✱✱✱✱✱ | | | 10. ✱✱ | 11✱✱✱✱ 11a. Cupo nacional |
|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ✱✱✱✱ | ✱✱✱✱✱✱ | ✱✱✱✱✱✱ | ✱✱✱✱ | ✱✱✱✱✱✱✱✱✱ | ✱✱✱✱ | |

| 7./8. ✱✱✱✱✱ ✱✱✱✱✱✱✱✱✱✱✱ | ✱✱✱✱ | | | 10. ✱✱ ✱✱ | 11. |
|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ✱✱✱✱ | ✱✱✱✱✱✱ | ✱✱✱✱✱✱ | ✱✱✱✱✱ | ✱✱✱✱✱ | ✱✱✱✱✱ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                16-agosto-2016
Lugar                           Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 47 ART |
| B | |
| C | |

CALI

1 2 SEP 2016

Puerto de exportación              Fecha              Firma

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40971**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE: 1 2 SEP 2016

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No CVC 1369464 08/09/16

DEX No 6027605432687

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **40971**

Corporación Autónoma
regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 47 Bolsos en Piel de babilla

EX V

Powered by  CamScanner

PERMISO/CERTIFICADO No. CO 40968

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| [X] | EXPORTACION |
| [ ] | RE-EXPORTACION |
| [ ] | IMPORTACION |
| [ ] | OTRO: |

2. Válido hasta el
15-febrero-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332254

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 , con marquillas numeradas del 650901 al 651000 | 10. II | 11. 100 Artículos |
| A | | C | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40968 | 16/08/2016 | ★★★★★ | ★★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★ | | | | 10. ★★ | 11.★★★★ |
|---|---|---|---|---|---|
| B ★★★★★★★★★★ | | | ★★ | | ★★★★★ |
| | | | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★★ | | | ★★★★★ | 10. ★★ | 11. |
|---|---|---|---|---|---|
| B ★★★★★★★★★★★★★ | | | | ★★ | ★★ |
| | | | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★★★★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.               16-agosto-2016
Lugar                              Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 56 ART |
| B | — |
| C | — |

CALI

2 1 SEP 2016

Puerto de exportación      Fecha      Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 40968

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40968

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE: 2 1 SEP 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1369717

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

DEX No. 6027605810106

OBSERVACIONES: 56 bolsos en piel Babilla

EX W

Powered by CamScanner

**PERMISO/CERTIFICADO No. CO** 41087

CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- EXPORTACION
- RE-EXPORTACION
- IMPORTACION
- OTRO:

2. Válido hasta el

25-marzo-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)

T

5b. Estampilla de seguridad

CO1332366

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 149 bolsos de 1200 cm2, con marquillas numeradas del 652651 al 652799 | 10. **II** C | 149 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41087 | 25/09/2016 | ***** | ***** | ****** | |

| 7./8. ***** | | | ***** | | | 10. ** | 11. ***** |
| ***** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

| 7./8. ****** | | | *** | | | 10. ** | 11. *** ***** |
| ***** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          26-septiembre-2016
Lugar                 Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION      15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 55 ART |
| B | |
| C | |

CALI

Puerto de exportación

0 4 OCT 2016

Fecha          Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** 41087

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO** 41087

FECHA DE EMBARQUE:  0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

SALVOCONDUCTO No. CVC 1369999/0430-17

DEX No. 6077606443141

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO: John Luis Rivera Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 55 Bolsos en Piel de babilla

EX X

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **41087**

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **25-marzo-2017**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332366

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 149 bolsas de 1200 cm2, con marquillas numeradas del 652651 al 652799 | 10. II C | 149 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41087 | 26/09/2016 | ★★★★★ | ★★★★★ | ★★★★★★ | |

| 7./8. ★★★★★ | | | ★★★★★ | | | 10. ★★ ★★ | 11. ★★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★ | ★★★ | ★★★★★ | ★★★ | ★★★ | |

| 7./8. ★★★★★★ | | | ★★★ | | | 10. ★★★ ★★ | 11. ★★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★ | ★★★ | ★★★★★ | ★★★ | ★★★ | |

★ ★★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.              26-septiembre-2016
Lugar                         Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 55 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 4 OCT 2016
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **41087**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41087**

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla

SALVOCONDUCTO No. CVC 1369999/0x3u-n    NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No. 6072606443141    OBSERVACIONES: 55 Bolsos en Piel de babilla



EX Y



Powered by CamScanner

PERMISO/CERTIFICADO No. CO **41086**

| | |
|X| EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

2. Válido hasta el
25-marzo-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

_Andrea Rivas_
Firma del Titular

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales  Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332365

| | 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7,8. Babilla  *Caiman crocodilus fuscus* | 30 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 652601 al 652630 | 10. II  C | 11. 30 Artículos  11a. Cupo nacional |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO41086 | Fecha 26/09/2016 | 12a. País de la última reexportación ***** | No. de certificado ***** | Fecha ******* | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
| B | 7,8. Piton reticulado  *Python reticulatus* | bolsos combinados con 400cm2, en  piel de piton reticulado  (con la misma información de la sección A, casilla 9 ) | 10. II  C | 11.**  ****  11a. Cupo nacional |
| | 12. País de origen ★ REP. LAOS | Permiso No. 152/11 | Fecha 12/08/2011 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50014/12E | Fecha 25/01/2012 | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
| B | 7,8. *******  ***** | *** | 10.  **  11. ***  ****  11a. Cupo nacional |
| | 12. País de origen ★ **** | Permiso No. *** | Fecha *** | 12a. País de la última reexportación | No. de certificado *** | Fecha *** | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        26-septiembre-2016
Lugar                        Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION        15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 20 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación

0 4 OCT 2016
Fecha

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        PERMISO/CERTIFICADO No. CO **41086**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41086**
1749 181060

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO _John Luis Bonilla_

SALVOCONDUCTO No. CVC 1369800/04-10-16

NOMBRE, Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

DEX No. 607 7606436166

OBSERVACIONES: 24 Bolsos combinados en piel de babilla y Piton reticulado

EX Z

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **41074**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
14-marzo-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   Las pieles de *Varanus salvator* utilizadas en los
artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver el respaldo)
T

5b. Estampilla de seguridad
CO1332353

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver el respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7,8. *Babilla* <br> *Caiman crocodilus fuscus* | 20 bolsas combinadas en babilla de 800 cm2 serpiente del ratí de 400 cm2, con marquillas numeradas del 570301 al 570320 | 10. <br> II <br> C | 11. 20 <br> Artículos <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41074 | 15/09/2016 | ★★★★★ | ★★★★★★★★★★ | ★★★★★★ | |

| 7,8. *Serpiente del ratí indiano* <br> **B** *Ptyas mucosus* | bolsos combinados con 400cm2, en piel de serpiente y babilla de 800cm2, (con la misma información de la sección A, casilla 9 ) | 10. <br> II <br> W | 11. <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| INDONESIA | 02073/VI/SATS-LN/1999 | 19/03/1999 | ITALIA | IT/RX/2010/FI/00020 | 11/01/2010 | |

| 7,8. ★★★★★ <br> **B** ★★★★★★★ | ★★★★★★★★ | 10. <br> ★ <br> ★★ | 11. <br> ★★★★★★ <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★★ | ★★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★   Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★   Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.         15-septiembre-2016
Lugar                Fecha                          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 16 ART |
| B | combinados |
| C | |

CALI          2 9 OCT 2016
Puerto de exportación        Fecha          Firma

REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE         PERMISO/CERTIFICADO No. CO **41074**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41074**

FECHA DE EMBARQUE:  2 9 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

DEX No. 602760751540L

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: *John Luis Bonilla*

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

REPUBLICA DE COLOMBIA

OBSERVACIONES: *16 Bolsos combinados en piel de babilla y serpiente del ratí indiano*

EX AA          Powered by   CS CamScanner

PERMISO/CERTIFICADO No. CO **41309**

| | CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE |
|---|---|

| ☐ EXPORTACION |
| ☐ RE-EXPORTACION |
| ☐ IMPORTACION |
| ☐ OTRO: |

2. Válido hasta el
**01-junio-2017**

3. Importador (nombre y dirección)

SZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) T | 5b. Estampilla de seguridad CO1332572 |
|---|---|

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2, con marquillas numeradas del 632221 al 632300 y del 649981 al 649880 | 10. II C | 11. **100** Artículos 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO41309 | Fecha 02/12/2016 | 12a. País de la última reexportación ***** | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ |
| **B** 7./8. ***** ***** | ***** | | 10. ** | 11.** 11a. Cupo nacional |
| 12. País de origen ★ **** | Permiso No. *** | Fecha *** | 12a. País de la última reexportación ***** | No. de certificado *** | Fecha *** | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ |
| **B** 7./8. ******* ***** | *** | | 10. ** | 11. ***** 11a. Cupo nacional |
| 12. País de origen ★ **** | Permiso No. *** | Fecha *** | 12a. País de la última reexportación ***** | No. de certificado *** | Fecha *** | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. Lugar | 02-diciembre-2016 Fecha | Estampilla de seguridad, firma y sello oficiales |
|---|---|---|

| 14. APROBACION DE LA EXPORTACION | 15. Conocimiento de embarque/carga o porte aéreo: |
|---|---|

| Sección | Cantidad |
|---|---|
| A | 58 ART. |
| B | |
| C | |

CALI
Puerto de exportación

0 3 ENE 2017
Fecha

CVC
Dirección
REPUBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **41309**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41309**

FECHA DE EMBARQUE 0 3 ENE 2017

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

SALVOCONDUCTO No. CVC 1369938

DEX No. GO27610158012

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL
REPUBLICA DE COLOMBIA

OBSERVACIONES: 58 ADRTINAS DE BIEL DE BABILLA

**EX BB**

Powered by  CamScanner

PERMISO/CERTIFICADO No. CO **41314**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
**01-junio-2017**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332577

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2, con marquillas numeradas del 648751 al 648900 , del 654001 al 654050 | 10. **II** **C** | ¹**100** **Artículos** 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41314 | 02/12/2016 | ***** | | | |

| 7./8. ***** | ***** | 10. ** | 11.** |
|---|---|---|---|
| ***** | | ** | **** |
| | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★★★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

| 7./8. ****** | *** | 10. ** | 11. |
|---|---|---|---|
| ***** | | ** | ***** |
| | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★★★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★★★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-diciembre-2016
Lugar                 Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 69 Art |
| B | |
| C | |

CALI          **17 ENE 2017**          Olga Gutierrez
Puerto de exportación   Fecha          Firma          Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **41314**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41314**

FECHA DE EMBARQUE:  **17 ENE 2017**

NOMBRE DEL ESTABLECIMIENTO: _____

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: _____

SALVOCONDUCTO No. **1369-55**

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Olga Viviana Gutierrez

DEX No. 602 76107 33832

OBSERVACIONES: _____

EX CC

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

☐ EXPORTACIÓN
☑ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
18-octubre-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA
Firma del Solicitante

3a. País del destino (y puerto de entrada)
ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre Nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 · Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1332937

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Piton reticulado* *Python reticulatus* | 9. 20 bolsos con 800 cm2 con marquillas numeradas del 655151 al 655170 | 10. II W | 11. 20 Articulos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| INDONESIA | 15660/IV/SATS-LN/2010 | 10/09/2010 | ESPAÑA | ES-LC-90298/16ES-LC-16I | 05/12/2016 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **B** 7./8. ★★★★★ ★★★★★ | 9. ★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **C** 7./8. ★★★★ ★★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★★ | ★★★★★ | | ★★★★★ | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales
★ ★ ★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        19-abril-2017

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
0 3 MAY 2017
Fecha        Puerto de exportación

15. Nº de solicitud de autorización de embarque
FMM-9203/2971

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 17 ART |
| B | |
| C | |

Firma        Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        REPUBLICA DE COLOMBIA        PERMISO/CERTIFICADO No. CO **41703**

---

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES        161734.021

No. DEL PERMISO **41703**

FECHA DE EMBARQUE: 0 3 MAY 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No.: CVC 1370066

SAE No.: FMM-9203/2971

OBSERVACIONES: 17 bolsos en piel de piton reticulada

EX DD        Powered by CamScanner

**PERMISO/CERTIFICADO No. CO** 41630

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
**30-septiembre-2017**

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU SEOL

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)   T

5b. Estampilla de seguridad   CO1332873

| 7/8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsas en babilla de 1200 cm2, con marquillas numeradas del 635941 al 635980, del 631671 al 631680, del 637091 al 637100, del 637891 al 637900, del 637931 al 637940 | 10. **II** **C** | 11. **50** **Artículos** 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41630 | 31/03/2017 | | | | |

| 7/8. #### #### ### | ##### | 10. ** | 11. ### ### 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ###### | ##### | #### | ###### | ########## | #### | ## |

| 7/8. #### ############ | ############ | 10. ** | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★  Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★  Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★  Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   31-marzo-2017
Lugar   Fecha   Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 36 ART |
| B | |
| C | |

CALI   0 9 MAY 2017
Puerto de exportación   Fecha   Firma

Corporación Autónoma Regional del Valle del C...
Sello original DE COLOMB...

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   PERMISO/CERTIFICADO No. CO   41630

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 41630

FECHA DE EMBARQUE   0 9 MAY 2017

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN *John Luis Bonilla*

SALVOCONDUCTO No. CVC1370069

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTE Técnico Operativo

DEX No. 6 02761524 8768

OBSERVACIONES: 36 Bolsas en Piel de babilla

EX EE

Powered by   CS CamScanner

PERMISO / CERTIFICADO No. CO 41692

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| [x] | EXPORTACIÓN |
| [ ] | RE-EXPORTACIÓN |
| [ ] | IMPORTACIÓN |
| [ ] | OTRO: |

2. Válido hasta el
18-octubre-2017

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU
SEUL

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)      KOREA (SEOUL)

5. Condiciones especiales

Las piezas de *Python reticulatus* utilizadas en los articulados la
sección B, son especímenes de reexportación (Conf. 12,3 Sección II e. ).

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la
Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías
perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres
vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133292B

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. *Babilla*<br>*Caiman crocodilus fuscus* | 9.  10 bolsos combinados en babilla de 800 cm2, *python reticulatus* de 400 cm2 con marquillas numeradas 650458, 612070, 629646, 649917, 570090, 611929, 570959, 622814, 540854, 566301 | 10.<br>II<br>C | 11.  10<br>Artículos<br>11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO41692 | Fecha 19/04/2017 | 12a. País de la última reexportación | No. del certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. *Piton reticulado*<br>*Python reticulatus* | 9.  10 bolsos combinados en babilla de 800 cm2, *python reticulatus* de 400 cm2 con marquillas numeradas 650458, 612070, 629646, 649917, 570090, 611929, 570959, 622814, 540854, 566301 | 10.<br>II | 11.<br>11a. Total exportado/Cupo |
| | 12. País de origen ★ VIETNAM | Permiso No. 15VN27415/CT-KL | Fecha 03/11/2015 | 12a. País de la última reexportación ESPAÑA | No. del certificado ES-LC-50298/16E | Fecha 05/12/2016 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. ★★★★<br>★★★★★★★★★★★★★ | 9.  ★★★★★★★★★★★★ | 10.<br>★★ | 11.<br>11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha | 12a. País de la última reexportación ★★★★★ | No. del certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza; criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        19-abril-2017
Lugar              Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 9 MAY 2017        CALI
Fecha               Puerto de

15. Nº de solicitud de autorización de embarque
602 76 15 24 87 68

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 8 ART |
| B | Combinados |
| C | |

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **41692**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **41692**

FECHA DE EMBARQUE  0 9 MAY 2017

NOMBRE DEL ESTABLECIMIENTO  C.I. Diseño y Moda Internacional Sas

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Luis Bonilla

SALVOCONDUCTO No.  CVC 137 00 72

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

SAE No.  602 76 15 24 87 68

OBSERVACIONES:  8 Bolsos Combinadas en piel bab. lla y Piton reticulado

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX FF

Powered by [CS] CamScanner

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
09-enero-2018

3. Importador (nombre y dirección)
AL TAYER INSIGNIA LLC
AL TAYER LOGISTICS WAREHOUSE AL QUOZ INDUSTRIAL
AREA 3 DUBAI UAE DUBAI

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   UNITED ARAB EMIRATES (DUBAI)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº
CO1333168

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A**<br>7./8. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 20 bolsos de babilla de 2400 cm con marquillas numeradas del 554811 al 554830 | 10.<br>II<br>C | 11. 20<br>Articulos<br>11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO/41064 | Fecha  12/09/2016 | 12a. País de la última reexportación | No. de certificado  ES-LC-50017/17E | Fecha  11/04/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B**<br>7./8. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 10 bolsos de babilla de 2400 cm con marquillas numeradas del 554831 al 554840 | 10.<br>II<br>C | 11. 10<br>Articulos<br>11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO/41054 | Fecha  12/09/2016 | 12a. País de la última reexportación | No. de certificado  ES-LC-50008/17E | Fecha  11/04/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C**<br>7./8. ★★★★<br>★★★★★★★★★★★★ | 9. ★★★★★★★★★★ | 10.<br>★★<br>★★★ | 11.<br>11a. Total exportado/Cupo |
| 12. País de origen ★  ★★★★★★★★★★ | Permiso No.  ★★★★★★★★★★ | Fecha | 12a. País de la última reexportación  ★★★★★ | No. de certificado  ★★★★★ | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        10-julio-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 AGO 2017     CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 12 Art |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
Sello entidad
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE      PERMISO/CERTIFICADO No. CO 41950

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 41950

FECHA DE EMBARQUE:  2 3 AGO 2017

NOMBRE DEL ESTABLECIMIENTO:  C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No.  CVC 142 1513

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

SAE No.  6D27619695344

OBSERVACIONES:  12 Bolsos Piel Babilla

EX GG          Powered by  CS CamScanner

PERMISO/CERTIFICADO No. CO 42038

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☐ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
02-febrero-2018

3. Importador (nombre y dirección)
GZUNIGA LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, si se aplica a la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333244

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 244701 al 244800 y del 587201 al 587250 | 10. II | 11. 150 Articulos |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA   Permiso No. CO42038   Fecha 1./05/2017 | 12a. País de la última reexportación *****   No. de certificado *****   Fecha **** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |
| B | 7./8. ****<br>*********** | 9. ***** | 10. ** | 11. **** |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ *****   Permiso No. ******   Fecha ***** | 12a. País de la última reexportación ********* ****   No. de certificado *******   Fecha ***** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |
| C | 7./8. ****<br>************* | 9. *********** | 10. ** | 11. |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ ***********   Permiso No. **********   Fecha | 12a. País de la última reexportación *****   No. de certificado *****   Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CÉSAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.              03-agosto-2017
Lugar                     Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 1 SEP 2017        CALI
Fecha              Puerto de exportación

15. Nº de solicitud de autorización de embarque: 602 262 07050 541

16. Espacio para la autoridad aduanera

| Sección | Cantidad | Firma | Sello entidad | Firma |
|---|---|---|---|---|
| A | 123 ART | | | |
| B | | | | |
| C | | | | |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42038

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42038

FECHA DE EMBARQUE: 0 1 SEP 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL RECEPTOR: Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No.: N21580 CVC

SAE No.: 60230207050541

OBSERVACIONES: 123 Bolsos piel Babilla

EX HH

Powered by CS CamScanner

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 43 of 85

PERMISO/CERTIFICADO No. CO **42043**

**CITES** CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
02 febrero 2018

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
Las piezas de Python reticulatus, utilizadas en los artículos
son especímenes de reexportación (Conf. 12.3 Sección II e.)

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la
Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía
perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres
vivas.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1333249

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  Caiman crocodilus fuscus | 9. 50 bolsos combinados en babilla de 1400 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 545851 al 545900 | 10. II  C | 11. 50 Articulos  11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42043 | Fecha 03/08/2017 | 12a. País de la última reexportación ********** | No. de certificado ****** | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. Piton reticulado  Python reticulatus | 9. bolsos combinados en piton reticulado 1000 cm2 y babilla de 1400 cm2 (con la misma informacion de la seccion A, casilla 9 ) | 10. II  W | 11.  11a. Total exportado/Cupo |
| 12. País de origen ★ INDONESIA 06523/IV/SATS-LN/2008 | Permiso No. | Fecha 10/06/2008 | 12a. País de la última reexportación ****** | No. de certificado ES-LC-00033/09E | Fecha 18/12/2009 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ****  ************ | 9. *********** | 10. **  *** | 11.  11a. Total exportado/Cupo **** |
| 12. País de origen ★ *********** | Permiso No. ********* | Fecha | 12a. País de la última reexportación ****** | No. de certificado ***** | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        03-agosto-2017

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 7 SEP 2017        CALI
Fecha        Puerto de exportación

15. Nº de solicitud de autorización de embarque
6027620344361

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 48 ART |
| B | (mbinado) |
| C | |

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

Copia exenta Autónoma
Regional del Valle del Cauca

REPÚBLICA DE COLOMBIA
PERMISO/CERTIFICADO No. CO **42043**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42043**

FECHA DE EMBARQUE: 0 7 SEP 2017

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 1421529

SAE No. 6027620344361

John Camilo Avila
CC 1118.248.089

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 48 Bolsos combinados en piel de
babilla y piton reticulado

**EX II**

Powered by [CS] CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el

3. Importador (nombre y dirección)

GZUNIGA, LTD
3 EAST 57TH STREET 5TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133325

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Caiman crocodilus fuscus | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 658701 al 658900 y del 520821 al 520870 | 10. II | 11. 150 Artículos |
| | | C | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42069 | Fecha 24/08/2017 | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. | 9. | 10. | 11. |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | 11a. Total exportado/Cupo |
| 7./8. | 9. | 10. | 11. |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | 11a. Total exportado/Cupo |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes prec-convención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.       24-agosto-2017

Lugar       Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

09 SEP 2017   CALI

Fecha

15. Nº de solicitud de autorización de embarque: 602-762-0436461

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 71 ART |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE       PERMISO/CERTIFICADO No. CO 42069

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE  09 SEP 2017

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO

SALVOCONDUCTO No. CVC-1421530

SAE No. 602-762-0436461

FORMATO DE ENTREGA DEL PERMISO CITES

John Camilo Aguilar
cc 1187...       No. DEL PERMISO 42069

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 71 Bolsos en piel de babilla

EX JJ

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [X] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
12-marzo-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH FLOOR 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Las pieles de Ayrhan reticuleae utilizadas en los artículos son
especímenes de reexportación (Conf. 12.3 Sección II e.)

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederos de la IATA o, en el caso del transporte por aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133370

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndices y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* / *Caiman crocodilus fuscus* | 9. 50 bolsos combinados en babilla de 1400 cm2 y pitón reticulado de 1000 cm2 con marquillas numeradas del 368922 al 368967 y del 584951 al 584954 | 10. II / C | 11. 50 Artículos / 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA   Permiso No. CO42174   Fecha 13/09/2017 | 12a. País de la última reexportación ★★★★★★★★★★   No. de certificado ★★★★★★   Fecha ★★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. *Pitón reticulado* / *Python reticulatus* | 9. bolsos combinados en pitón reticulado 1000 cm2 y babilla de 1400 cm2 (con la misma información de la sección A, casilla 9) | 10. II / W | 11. / 11a. Total exportado/Cupo |
| 12. País de origen ★ INDONESIA   Permiso No. 06622/IV/SATS-LN/2008   Fecha 10/06/2008 | 12a. País de la última reexportación ESPAÑA   No. de certificado ES-LC-50033/09E   Fecha 28/12/2009 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. ★★★★ / ★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. / 11a. Total exportado/Cupo ★★★ |
| 12. País de origen ★ ★★★★★★★★★★★   Permiso No.   Fecha | 12a. País de la última reexportación ★★★★★★   No. de certificado ★★★★★   Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvenio.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          13-septiembre-2017

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 2 SEP 2017     CALI

Fecha

15. Nº de solicitud de autorización de embarque
6022620091681

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | (ambiguedad) |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO 42174

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FECHA DE EMBARQUE: 2 2 SEP 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 142552

SAE No. 6022620091684

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42174

John Camilo Aguilar
CC 118.295.004
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 27 bolsos combinados
babilla y pitón reticulado

EX KK

Powered by  CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| | EXPORTACIÓN |
| | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el
05 mar 20  2017

**3.** Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4.** Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a.** País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

**5.** Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**6.** Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

**5a.** Propósito de la transacción (véase al dorso)
T

**5b.** Estampilla de seguridad Nº
CO1333331

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla Caiman crocodilus fuscus | 9. 130 bolsos de 2400 cm2 con marquillas numeradas del 488902 al 488986 y del 421626 al 421670 | 10. II | 11. 130 Artículos |
| | | | 11a. Total exportado/Cupo C |
| 12. País de origen ★   Permiso No.   Fecha COLOMBIA   CO42130   05/09/2017 | 12a. País de la última reexportación   No. de certificado ★★★★★   ★★★★★   Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. ★★★★   ★★★★★★★★★ | 9. ★★★★★ | 10. ★★   ★ | 11. ★★★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★   Permiso No.   Fecha ★★★★★   ★★★★★★   ★★★★★ | 12a. País de la última reexportación   No. de certificado ★★★★★★★★ ★★★★★   Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. ★★★★   ★★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★   Permiso No.   Fecha ★★★★★★★★★★★   ★★★★★★★★★★★ | 12a. País de la última reexportación   No. de certificado ★★★★★   Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

**13.** Permiso / Certificado expedido por

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.       06-septiembre-2017

Lugar             Fecha

Estampilla de seguridad, firma y sello oficial

**14.** APROBACIÓN DE LA EXPORTACIÓN

2 9 SEP 2017
Fecha

CALI

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**15.** Nº de solicitud de autorización de embarque:
6022621183336

**16.** Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 50 ART |
| B | |
| C | |

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42130

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

2 9 SEP 2017

FECHA DE EMBARQUE

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No.

SAE No.

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42130

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES: 50 Bolsos pri de Bebilla

EX LL       Powered by  CS CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO / CERTIFICADO No. CO **42124**

- [X] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **05-marzo-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**
Libertad y Orden

Si se aplica a los animales vivos, este permiso / certificado es válido únicamente si las condiciones de transporte cumplan las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333326

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 659101 al 659200 | 10. **II** C | 11. **100** Articulos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42124 | 06/09/2017 | ***** | ***** | ***** | |

| 7./8. **####** ######### | 9. ##### | 10. ## ★ | 11. ##### 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ***** | ****** | ***** | | ######### ***** | | |

| 7./8. **####** ############## | 9. ************ | 10. ★★ | 11. 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ********** | ********** | | | ***** | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     06-septiembre-2017

Lugar     Fecha     Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
0 3 OCT 2017     CALI
Fecha

15. Nº de solicitud de autorización de embarque
602762142 8342

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 81 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **42124**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42124**

FECHA DE EMBARQUE: 0 3 OCT 2017

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 142 1559

SAE No. 602 762 142 8342

NOMBRE/IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Camilo Avila
CC 1118 295.089

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

OBSERVACIONES: 81 Bolsos en piel de babilla

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Powered by CamScanner

EX MM

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 42576

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: 27-junio-2018

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333745

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 374728 al 374749, del 388022 al 388056 y del 215122 al 215165 | 10. II C | 11. 100 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No. CO41597 | Fecha 08/03/2017 | 12a. País de la última reexportación ES-ES-AFA | No. de certificado ES-LC-50340/17E | Fecha 06/11/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ***** ***** | 9. ***** | 10. ** ** | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ************ | Fecha **** | 12a. País de la última reexportación ********* | No. de certificado ************ | Fecha **** | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ***** *********** | 9. ***** | 10. ** ** | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ***** | Fecha ***** | 12a. País de la última reexportación ********* | No. de certificado ****** | Fecha ***** | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          28-diciembre-2017
Lugar                      Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 ENE 2018          CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 22 APT |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 42576

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42576

FECHA DE EMBARQUE: 2 3 ENE 2018

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

SAE No.: 60776265593SG

John Camilo Amaya
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bernalea

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 22 Bolsos en *Babilla*

Powered by CamScanner

EX NN

**CITES / 42573**

| CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | ☐ EXPORTACIÓN<br>☒ RE-EXPORTACIÓN<br>☐ IMPORTACIÓN<br>☐ OTRO: | 2. Válido hasta el<br>27-junio-2018 |
|---|---|---|

| 3. Importador (nombre y dirección)<br>GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,<br>NEW YORK | 4. Exportador/Reexportador (nombre, dirección y país)<br>C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |
|---|---|

3a. País del destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)    Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**                                                    Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)    T    | 5b. Estampilla de seguridad NF<br>CO1333742 |

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** | 7,8. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 20 agendas de 1000 cm2 numeradas con marquillas del 335140 al 335159 | 10.<br><br>II<br><br>C | 11.    20<br>Artículos<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★   Permiso No.   Fecha<br>COLOMBIA   CO40887   19/07/2016 | 12a. País de la última reexportación | No. de certificado   Fecha<br>ES-LA-50292/17E   02/10/2017 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** | 7,8. ★★★★★<br><br>★★★★★ | 9. ★★★★★ | 10.<br>★★<br>★★ | 11.<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★   Permiso No.   Fecha<br>★★★★★   ★★★★★★★★★★   ★★★★ | 12a. País de la última reexportación   ★★★★★★★★★★ | No. de certificado   Fecha<br>★★★★★★★★★★   ★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** | 7,8. ★★★★★<br><br>★★★★★★★★★★ | 9. ★★★★★ | 10.<br>★★★<br>★★ | 11.<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★   Permiso No.   Fecha<br>★★★★★   ★★★★★★   ★★★★★ | 12a. País de la última reexportación   ★★★★★★ | No. de certificado   Fecha<br>★★★★★★   ★★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    28-diciembre-2017

Lugar    Fecha    Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN    CALI    15. Nº de solicitud de autorización de embarque

**2 6 ENE 2018**
Fecha    16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10   ART |
| B | — |
| C | — |

Corporación Autónoma Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    **PERMISO/CERTIFICADO No. CO 42573**

---

| República de Colombia<br>**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** | **FORMATO DE ENTREGA DEL PERMISO CITES** | |
|---|---|---|
| FECHA DE EMBARQUE   **2 6 ENE 2018** | | **No. DEL PERMISO 42573** |
| NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S | NOMBRE, IDENTIFICACION Y FIRMA   John Camilo Aguilar   c.c 1118795069   John Luis Bonilla | Corporación Autónoma Regional del Valle del Cauca<br>REPÚBLICA DE COLOMBIA |
| SALVOCONDUCTO No.   CVC 1421642 | NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL   Técnico Operativo | |
| SAE No.   60276267✓3828 | OBSERVACIONES   10 agendas en piel de babilla | |

EX OO    Powered by    CS CamScanner

CITES

| | |
|---|---|
| CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | EXPORTACIÓN |
| | [x] RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el
19 abril 2018

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL, GANGNAM GU, SEOUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreos de animales y plantas silvestres.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
C01333478

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla  Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 555401 al 555474 y del 513465 al 513490 | 10. II  C | 11. 1,00 Artículos  11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO41536 | Fecha 21/02/2017 | 12a. País de la última reexportación | No. de certificado ES-LC-90251/17E | Fecha 25/08/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. ★★★★★  ★★★★ | 9. ★★★★★★★ | 10. ★★ | 11.  11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. ★★★★  ★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11.  11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención

13. Permiso / Certificado expedido por
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.              20-octubre-2017

Lugar                     Fecha                     Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI

0 1 FEB 2018
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 82 ART |
| B | |
| C | |

Firma              REPÚBLICA DE COLOMBIA              Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**     PERMISO/CERTIFICADO No. CO 42288

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42288

FECHA DE EMBARQUE 0 1 FEB 2018

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Camilo Aguilar

SALVOCONDUCTO No. CVC 1471645

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  John Luis Bonilla  Técnico Operativo

SAE No. 6027627156608

OBSERVACIONES  82 Bolsas en Piel

REPÚBLICA DE COLOMBIA

EX PP     Powered by  CS CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☐ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTROS

2. Válido hasta el: 30-mayo-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)
ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (Véase al dorso)

5b. Estampilla de seguridad Nº
CO133362B

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** *Caiman crocodilus fuscus* | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 664201 al 664250 y del 664601 al 664700 | 10. **II** | 11. **150** Artículos |
| | | | 11a. Total exportado/Cupo |
| | | | **C** |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO 41536 | 21/02/2017 | | ES-LC-80291/17E | 02/10/2017 | |

| 7./8. ★★★★ | | | 9. ★★★★★★ | | | 10. | 11. |
| ★★★★ | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★ | ★★★★★★ | ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Sólamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvenidos.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.      01-diciembre-2017

Lugar      Fecha      Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 1 FEB 2018      CALI

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 51 ART |
| B | |
| C | |

Firma      Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE      PERMISO/CERTIFICADO No. CO **42451**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42451**

FECHA DE EMBARQUE  0 1 FEB 2018

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  *John Luis Bonilla* Técnico Operativo

SALVOCONDUCTO No  CVC 142/653

SAE No  602762 7EV 67 81

OBSERVACIONES: S/ Bolsos en piel de Babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX QQ

Powered by CamScanner

PERMISO/CERTIFICADO No. CO 42773

**CITES**
CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
07-septiembre-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO133933

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** _Caiman crocodilus fuscus_ | 9. 30 bolsos combinados en babilla de 1200 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 654371 al 654400 | 10. **II** **C** | 11. **30 Artículos** 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA  Permiso No. CO41598  Fecha 08/03/2017 | 12a. País de la última reexportación  No. de certificado ES-LA-50708/17E  Fecha 07/12/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. **Piton reticulado** _Python reticulatus_ | 9. bolsos combinados en babilla de 1200 cm2 y pitón de reticulado de 1000 cm2 (con la misma información de la sección A, casilla 9) | 10. **II** **C** | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ VIETNAM  Permiso No. 14VN2617N/CT-KL  Fecha 24/10/2014 | 12a. País de la última reexportación  No. de certificado ES-LC-00040/17E  Fecha 02/10/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. **** ***** | 9. | 10. ** *** | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ *****  Permiso No. ********  Fecha | 12a. País de la última reexportación  No. de certificado *****  Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          08-marzo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 3 ABR 2018
Fecha          Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 15 C R I |
| B | (Combinados) |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **42773**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42773**

FECHA DE EMBARQUE: 0 3 ABR 2018
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

John Camilo Ajusto
CC 1182915-034

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No. CVC 142/711

SAE No. 6027629672906

OBSERVACIONES: 15 Bolsos combinados en piel de babilla y pitón reticulado

EX RR

Powered by CamScanner

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO Nº CO 42975

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
06-noviembre-2018

| 8. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)    T

5b. Estampilla de seguridad Nº   CO1334124

| | 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7,8. Babilla *Caiman crocodilus fuscus* | 9. 50 bolsos de 2400 cm2 con marquillas numeradas del 385203 al 385219 y del 242607 al 242639 | 10. II C | 11. 50 Artículos 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO42031 | Fecha 03/08/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50141/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| B | 7,8. ***** ***** | 9. ***** | 10. ** ** | 11. 11a. Total exportado/Cupo |
| | 12. País de origen ★ ***** | Permiso No. *********** | Fecha **** | 12a. País de la última reexportación | No. de certificado ************ | Fecha **** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| C | 7,8. ***** *********** | 9. ***** | 10. #### *** ** | 11. 11a. Total exportado/Cupo |
| | 12. País de origen ★ ***** | Permiso No. ***** | Fecha ***** | 12a. País de la última reexportación | No. de certificado ***** | Fecha ***** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          07-mayo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

19 MAY 2018     CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 42 ART |
| B | |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **42975**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE:  19 MAY 2018          No. DEL PERMISO 42975
                                                        16.734.021

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. CVC 19113008289 / Costo de aprovtto = FCS61912

NOMBRE Y FIRMA DEL FUNCIONARIO   John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 16027631717556          OBSERVACIONES: 42 Bolsos en piel de babilla

EX SS

Powered by CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **42978**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: **06-noviembre-2018**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación sobre el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334126

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Pitón reticulado* *Python reticulatus* | 9. 10 bolsos de 2400 cm2 con marquillas numeradas del 651041 al 651050 | 10. **II** **W** | 11. **10** **Articulos** 11a. Total exportado/Cupo |
| 12. País de origen ★ INDONESIA | Permiso No. 15459/IV/SATS-LN/2010 | Fecha 30/09/2010 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50497/17E | Fecha 28/12/2017 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **B** 7./8. ★★★★★ ★★★★★★ | 9. ★★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **C** 7./8. ★★★★ ★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo ★★★★ |
| 12. País de origen ★ ★★★★★★★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes descritos anteriormente.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          07-mayo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**2 3 MAY 2018**          CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **42978**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42978**

FECHA DE EMBARQUE: **2 3 MAY 2018**

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
CVC 19113 00 83032

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Camilo Aguilar
C.C. 1116 263 0

NOMBRE Y FIRMA DEL FUNCIONARIO:
John Luis Bonilla

SALVOCONDUCTO No. Codigo Seguridad (1710373)
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SAE No. 602763919415

OBSERVACIONES: 10 Bolsos en piel de Pitón reticulado

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX TT

Powered by CamScanner

CITES
CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**03-noviembre-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
**CO1334106**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** _D.L.N._ _Crocodilia_ <br> _Caimán crocodilus fuscus_ | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 1-H001 al 1-H030, del 408329 al 408360 y del 537626 al 537663 | 10. <br> II <br> C | 11. 100 <br> **Artículos** <br><br> 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO 42000 | Fecha 24/07/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50140/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7./8.** ★★★★★ <br><br> ★★★★★ | 9. ★★★★★ | 10. ★★ <br><br> ★★ | 11. <br><br> 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7./8.** ★★★★★ <br><br> ★★★★★★★★★ | 9. ★★★★★ | 10. ★★ <br><br> ★★ | 11. ★★★★ <br><br> ★★★ <br> ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          04-mayo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI
**3 0 MAY 2018**
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 100 A2T |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **42957**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42957**

FECHA DE EMBARQUE: **3 0 MAY 2018**

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CVC 11 M300 83028

SALVOCONDUCTO No Código Seguridad: TRR84726

SAE No. 6027632182V9F

John Camilo Ajutr
Cc 1 18.298029
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 100 Bolsos en Piel de Babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX UU

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No.

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**01-febrero-2019**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   CO1334361

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla*<br><br>*Caiman crocodilus fuscus* | 9.   70 bolsos de 2400 cm2 con marquillas numeradas del 659236 al 659300 y del 360405 al 360409 | 10.<br>**II**<br><br>C | 11.   70<br><br>**Artículos**<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★   COLOMBIA | Permiso No.   CO42362 | Fecha   09/11/2017 | 12a. País de la última reexportación   ITALIA | No. de certificado   ES-LA-50297/18E | Fecha   14/06/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. | 9. | 10. | 11. |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. | 9. | 10. | 11. |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por

NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar                      Fecha                      Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 AGO 2018      CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 70 ALT |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO   **43221**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO   **43221**

FECHA DE EMBARQUE:   2 3 AGO 2018

NOMBRE DEL ESTABLECIMIENTO   C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

John Camilo Ajuid
cc 7118.295.029

CYC 1111398 84697 / 22-08-2018

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. Código segundad # UNM68

NOMBRE Y FIRMA DEL FUNCIONARIO   John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL

**Técnico Operativo**

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No.   6027635581005

OBSERVACIONES:   70 Bolsos en piel de Babilla

EX VV

Powered by   CamScanner

140

**PERMISO/CERTIFICADO No. CO** 43222

| CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | |
|---|---|
| | EXPORTACIÓN |
| X | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

01-febrero-2019

2. Válido hasta el
01-febrero-2019

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**5a. Propósito de la transacción (véase al dorso)**
T

**5b. Estampilla de seguridad Nº**
CO1334362

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del +49117 al +49143 y del 664808 al 664850 | 10. II C | 11. 70 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ COLOMBIA | Permiso No. CO42362 | Fecha 09/11/2017 | 12a. País de la última reexportación ★★★ | No. de certificado ES-LA-50297/18E | Fecha 14/06/2018 | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★ ★★★★ | 9. ★★★ | 10. ★★ | 11. ★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. | 11. ★★★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes mencionados.

**13. Permiso / Certificado expedido por:**
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**
CALI
2 7 AGO 2018
Fecha

**15. Nº de solicitud de autorización de embarque:**

**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 59 ART |
| B | |
| C | |

Firma          Puerto de exportación          Sello entidad          Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          **PERMISO/CERTIFICADO No. CO** 43222

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO** 43222

FECHA DE EMBARQUE: 2 7 AGO 2018
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC 19113D084729 / 24-08-2018
SALVOCONDUCTO No Codigo Seguridad DT531698
SAE No. 6027635765075

John Camilo Aguilera
CC 718,878.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo
OBSERVACIONES 59 Bolsos en piel de babilla

EX WW

Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43226

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el: **01-febrero-2019**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
**T**

5b. Estampilla de seguridad Nº
**CO1334366**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 8. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluye la unidad de medida) |
|---|---|---|---|
| 7./8. _Babilla_ <br> _Caiman crocodilus fuscus_ | 8. 100 bolsos de 2400 cm2 con marquillas numeradas del 554825 al 554940, del 317838 al 317872 y del 213511 al 213559 | 10. **II** | 11. **100** <br> **Artículos** <br> 11a. Total exportado/Cupo **C** |
| 12. País de origen * COLOMBIA | Permiso No. CO42363 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50326/18E | Fecha 19/06/2018 | 12b. No. del establecimiento ** o fecha de adquisición *** |
| 7./8. **＊＊＊** <br> ＊＊＊＊ | | | 9. **＊＊＊** | | | 10. **＊＊** <br> 11. **＊＊** <br> 11a. Total exportado/Cupo |
| 12. País de origen * ＊＊＊＊＊ | Permiso No. ＊＊＊＊＊ | Fecha ＊＊＊＊ | 12a. País de la última reexportación ＊＊＊＊＊ | No. de certificado ＊＊＊＊＊ | Fecha ＊＊＊＊＊ | 12b. No. del establecimiento ** o fecha de adquisición *** |
| 7./8. **＊＊＊** <br> ＊＊＊＊＊ | | | 9. **＊＊＊** | | | 10. **＊** <br> 11. **＊＊＊＊** <br> 11a. Total exportado/Cupo |
| 12. País de origen * ＊＊＊＊＊ | Permiso No. ＊＊＊＊＊ | Fecha ＊＊＊＊ | 12a. País de la última reexportación ＊＊＊＊＊ | No. de certificado ＊＊＊＊＊ | Fecha ＊＊＊＊ | 12b. No. del establecimiento ** o fecha de adquisición *** |

* País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
** Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
*** Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

NATALIA MARÍA RAMÍREZ MARTÍNEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**3 1 AGO 2018**          CALI

Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43226**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**3 1 AGO 2018**

FECHA DE EMBARQUE:

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO

CVC 19113 0084835 / 30-08-20/

SALVOCONDUCTO No.

SAE No. 607-763 5958260

FORMATO DE ENTREGA DEL PERMISO CITES

John Camilo Aguila
CC 1118.305.089

No. DEL PERMISO **43226**

NOMBRE, IDENTIFICACIÓN Y FIRMA John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES: 53 Bolsos en piel de babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**03-noviembre-2018**

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbra nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5A. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334101

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla _Caiman crocodilus fuscus_ | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 303601 al 303612, del 545657 al 545700 y del 270555 al 270598 | 10. _II_ | 11. 100 Artículos |
| | | C | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO 42000 | Fecha 24/07/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50140/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★★★ | ★★★★★ | | 9. ★★★★★ | | | 10. ★★ ★★ | 11. |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★★★ | ★★★★★★★★★★ | | 9. ★★★★★ | | | 10. ★★ ★★ | 11. ★★★★ ★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.       04-mayo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

0 1 SEP 2018
Fecha

CALI

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

| Sección | Cantidad |
|---|---|
| A | 35 ART |
| B | |
| C | |

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE       PERMISO/CERTIFICADO No. CO 42953

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42953

FECHA DE EMBARQUE   0 1 SEP 2018

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC 91115042836/ 30-09-21

NOMBRE, IDENTIFICACIÓN Y FIRMA DE REGIDOR:
John Luis Bonilla

SALVOCONDUCTO No Código zoptmal 4 UQU9

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SAE No   602 763 600 2865

OBSERVACIONES: 35 Bolsos en piel

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA



EX YY


Powered by **CS CamScanner**

PERMISO/CERTIFICADO No CO **43066**

## CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
19-diciembre-2018

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| JANNET BUKEYHANA STR. 16 (GOODS IN TRANSIT) ASTANA - KAZAKHSTAN | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |

3a. País del destino (y puerto de entrada)   KAZAKHSTAN (ASTANA)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334212

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  *Caiman crocodilus fuscus* | 9. 10 bolsos de 2400 cm2, con marquillas numeradas del 387291 al 387300 | 10. **II** | 11. **10** Artículos |
| | | C | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42000 | 24/07/2017 | ESPAÑA | ES-LA-50195/19E | 24.05.2018 | |

| 7./8. ★★★★★   ★★★★★ | 9. ★★★★★ | 10. ★★  ★★ | 11.  11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★★★★★ | ★★★★ | | | | |

| 7./8. ★★★★★   ★★★★★★★★★★ | 9. ★★★★★ | 10. ★★  ★★ | 11. Mo★★ ★★★ 11a. Total exportado/Cupo ★★★ |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★★ | | | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ÁNGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                20-junio-2018
Lugar                           Fecha                        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**2 1 SEP 2018**
Fecha

| Sección | Cantidad |
|---|---|
| A | 6 Art |
| B | |
| C | |

Firma

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

Corporación Autónoma Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**
Sello entidad

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43066**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**2 1 SEP 2018**

FECHA DE EMBARQUE: _____
**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**
NOMBRE DEL ESTABLECIMIENTO _____

SALVOCONDUCTO No. **191/30085256**

SAE No. **CO 2763758857**

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **43066**

Corporación Autónoma Regional del Valle del Cauca
**REPÚBLICA DE COLOM**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _____

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _____

OBSERVACIONES: _b. Bolsos piel de Babilla_

EX ZZ   Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **43078**

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☒ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el
**19 diciembre 2018**

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancia perecedera de la IATA si, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   CO1334223

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (etadihesc, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 207463 al 207500 y del 132519 al 132550 | 10.<br>II<br>C | 11. 70<br>Artículos<br>11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42413 | 21/11/2017 | ESPAÑA | ES-LA-50244/18E | 22/05/2018 | |

| B | 7./8. ★★★★★<br>★★★★★★ | 9. ★★★★★★ | 10.<br>★★<br>★★ | 11.<br>11a. Total exportado/Cupo |
|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | |

| C | 7./8. ★★★★★<br>★★★★★★ | 9. ★★★★ | 10.<br>★★ | 11a. Total exportado/Cupo |
|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.      20-junio-2018

Lugar      Fecha      Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**0 7 SEP 2018**   CALI
Fecha

| Sección | Cantidad |
|---|---|
| A | 44 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43078**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43078**

FECHA DE EMBARQUE   **0 7 SEP 2018**

C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.

NOMBRE DEL ESTABLECIMIENTO

CVC 1911300849597/03-09-2018

SALVOCONDUCTO Nº Codigo Yemadoc/71BV667

SAE No. 602763 62885533

John Camilo Aguil
Cc 1 118. 295. 089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo

OBSERVACIONES 44 Bolsos en Piel de Babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

---

**EX AAA**

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
10 enero 2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334284

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Piton reticulado* *Python reticulatus* | 9. 20 bolsos de 2400 cm2 con marquillas numeradas del 221801 al 221820 | 10. II | 11. 20 Articulos |
| | | | 11a. Total exportado/Cupo |

A

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado reexportación | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| INDONESIA | 20265-IV/SATS-LN/2016 | 28/12/2016 | ESPAÑA | ES-LA-50317/17E | 06/11/2017 | |

| 7./8. ***** ***** | 9. ***** | 10. ** | 11. |
|---|---|---|---|
| | | | 11a. Total exportado/Cupo |

B

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado reexportación | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ***** | *********** | **** | ********** | ********** | **** | |

| 7./8. ***** ********** | 9. ***** | 10. ** | 11. ***** |
|---|---|---|---|
| | | | 11a. Total exportado/Cupo |

C

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado reexportación | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ***** | ***** | ***** | ***** | ***** | ***** | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad,o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        11-julio-2018

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 OCT 2018        CALI
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 11 ART |
| B | |
| C | |

Firma        Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO 43140

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43140

FECHA DE EMBARQUE 2 3 OCT 2018

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE DEL ESTABLECIMIENTO

CVC#1911 30085696/16-10-2018

SALVOCONDUCTO No. Codigo Segunda # 2 BQ5395

SAE No. 60276384440.13

John Camilo Aguilar
C C 118.775.029

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

Jose Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 11 Bolsos en piel de piton reticulado

EX BBB        Powered by CamScanner

**PERMISO CERTIFICADO No.**

| | | |
|---|---|---|
| | EXPORTACIÓN | |
| | RE-EXPORTACIÓN | |
| | IMPORTACIÓN | |
| | OTRO: | 2. Válido hasta el |

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

**CITES**

20 febrero 2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |

Firma del Solicitante

| 3a. País de destino (y puerto de entrada) | 
|---|
| ESTADOS UNIDOS (NEW YORK) |

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA; o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

| 5a. Propósito de la transacción (véase al dorso) | 5b. Estampilla de seguridad Nº |
|---|---|
| T | CO1334396 |

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 533756 al 533766, del 544878 al 544900 y del 658535 al 658600 | 10. II | 11. 100 Artículos |
| A | | | 11a. Total exportado/Cupo C |
| 12. País de origen ★ COLOMBIA | Permiso No. C036130 | Fecha 30/04/2013 | 12a. País de la última reexportación | No. de certificado ES-LA-50259/18E | Fecha 23/05/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7,8. ★★★ ★★★★ | 9. ★★★ | | 10. ★★ | 11. ★★ 11a. Total exportado/Cupo |
| B | | | | |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7,8. ★★★ ★★★★★ | 9. ★★★ | | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo ★★★★ |
| C | | | | |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          21-agosto-2018

| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |
|---|---|---|

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. Nº de solicitud de autorización de embarque: |
|---|---|
| 0 9 OCT 2018   CALI | 16. Espacio para la autoridad aduanera |
| Fecha | |

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

| Sección | Cantidad |
|---|---|
| A | 67 ART |
| B | — |
| C | — |

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** 43256

---

**FORMATO DE ENTREGA DEL PERMISO CITES**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**No. DEL PERMISO** 43256

FECHA DE EMBARQUE: 0 9 OCT 2018

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

John Camilo Aguilar
NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBIÓ

SALVOCONDUCTO No. CVC 19830085493/04-10-18

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

SAE No. 6027637858786

OBSERVACIONES: 67 Bolsos en piel de babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX CCC

Powered by CamScanner

PERMISO / CERTIFICADO No. CO **43299**

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

1.
☐ EXPORTACIÓN
☐ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el  04-marzo-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR. NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, o si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334437

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 150 bolsas de 2400 cm2 con marquillas numeradas del 664501 al 664600, del 411725 al 411746 y del 360101 al 360128 | 10. **II** | 11. **150 Artículos** |
| | | **C** | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42352 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50176/18E | Fecha 05/07/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. | | | 9. | | | 10. | 11. |
| | | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. | | | 9. | | | 10. | 11. |
| | | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   05-septiembre-2018

Lugar                          Fecha                          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 9 OCT 2018   CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 140 ART |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        PERMISO/CERTIFICADO No. CO **43299**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43299**

FECHA DE EMBARQUE: 0 9 OCT 2018

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.

CVC 191130085,491/ 04-10-2018

SALVOCONDUCTO No. Cvc 90 Regional 17/4010

SAE No. 602763 7858732

John Camilo Aquilo
cc 1118.29

NOMBRE, IDENTIFICACIÓN Y FIRMA DE PEDIDO
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL

John Luis Bonilla
Tecnico Operativo

OBSERVACIONES: 140 Bolsos en Piel de Babilla

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX DDD        Powered by CamScanner

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 65 of 85

**PERMISO/CERTIFICADO No. CO 43271**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-febrero-2019

3. Importador (nombre y dirección)
AOI COMPANY LIMITED
2-3-5, MINATOJIMA NAKAMACHI, CHUO-KU, KOBE, JAPAN
(650-0046 ) KOBE

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   JAPON (KOBE)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334410

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 30 bolsos de 2400 cm2 con marquillas numeradas del 650871 al 650900 | 10. II C | 11. 30 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ COLOMBIA | Permiso No. CO42363 | Fecha 09/11/2017 | 12a. País de la última reexportación COLOMBIA | No. de certificado ES-LA-50326/18E | Fecha 19/06/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★ ★★★★ | | | 9. ★★★ | | 10. | 11. ★★ 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★ ★★★★★ | | | 9. ★★★ | | 10. | 11. ★★★★ 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

A

B

C

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-agosto-2018
_____        _____
Lugar                  Fecha                          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
10 ENE 2019
CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 26 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          **PERMISO/CERTIFICADO No. CO 43271**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43271**

FECHA DE EMBARQUE  10 ENE 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S
CVC # 1911300 873680 del 10-01-2019
SALVOCONDUCTO No. 171 d.f. # LWV94782

SAE No. 602764/906197

John Camilo Ayala
CC 1118.295.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES  26 Bolsos en Piel de babilla

**EX EEE**

Powered by CS CamScanner

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO

- EXPORTACIÓN
- ☑ RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el
05-marzo-2019

3. Importador (nombre y dirección)
MODERN HOME - BD AND P
P.O.Box 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)
QATAR (DOHA)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado sólo es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334441

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluye la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* **Caiman crocodilus fuscus** | 9. 90 bolsos de 2400 cm2 con marquillas numeradas del 254655 al 254700 y del 515664 al 515697 | 10. II C | 11. 90 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO43263 | Fecha 09/11/2017 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50310/18E | Fecha 03/07/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★ ★★★★ | 9. ★★★ | 10. ★★ | 11. ★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★ ★★★★★ | 9. ★★★★ | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          06-septiembre-2018

Lugar                 Fecha                 Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
16 ENE 2019
Fecha
CALI

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 29 A 2T |
| B | — |
| C | — |

Firma

REPÚBLICA DE COLOMBIA
Corporación Autónoma Regional del Valle del Cauca

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO  43303

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: 16 ENE 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC # 19113008 7486 2015-01-2017
SALVOCONDUCTO Nº gunidad 7 UTI60182
SAE No. 6027642220362

No. DEL PERMISO 43303

John Camilo Aguilar
CC 1118 293 089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
OBSERVACIONES: 29 Bolsos en piel de babilla

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX FFF          Powered by  CS CamScanner

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO / CERTIFICADO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el 29-abril-2019

3. Importador (nombre y dirección)
AOI COMPANY LIMITED
2-3-5, MINATOJIMA NAKAMACHI, CHUJO-KU, KOBE, JAPAN
(650-0046 ) KOBE

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)  JAPON (KOBE)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA si, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334598

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 20 bolsos de 2400 cm2 con marquillas numeradas del 635681 al 635700 | 10.<br>II<br>C | 11. 20<br>Artículos<br>11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42362 | 09/11/2017 | ESPAÑA | ES-LA-50310/18E | 03/07/2018 | |

| **B** 7./8. ★★★<br>★★★★ | 9. ★★★ | 10.<br>★★<br>11a. Total exportado/Cupo | 11. ★<br>★★ |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

| **C** 7./8. ★★★<br>★★★★★ | 9. ★★★ | 10.<br>★★<br>★★★★★ | 11. ★<br>★★★★★ |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          31-octubre-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
2 5 FEB 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43470

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43470

FECHA DE EMBARQUE: 2 5 FEB 2019
C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC # 1911 30088292 del 19-02-2019
Guía/conducto Remisión # ZDB56344

SAE No. 60276V3930032

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Camilo Aguilar
CC 1/18.295.089

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL
John Luis Bonilla
Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 10 Bolsos en Piel de babilla

EX GGG

Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43487

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el **01-mayo-2019**

3. Importador (nombre y dirección)
MILL1 LTD
310 MAIN STREET. WEST HAMILTON ONTARIO L8P 1J8,
ONTARIO

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   CANADA (ONTARIO)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº **CO1334614**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7.A. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 10 bolsos de 2400 cm2, con marquillas numeradas del 656061 al 656070 | 10.<br>II | 11. 10<br>Articulos<br><br>11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42279 | 119/10/2017 | ESPAÑA | ES-LA-00034/18E | 26/07/2018 | |

| 7./8. ### |  |  | 9. ### |  |  | 10. ##<br>11.<br>## |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7./8. ### |  |  | 9. |  |  | 10. #<br>11.<br>#### |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    02-noviembre-2018

Lugar    Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN    CALI

2 3 FEB 2019
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 8 A2T |
| B | |
| C | |

Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    PERMISO/CERTIFICADO No. CO **43487**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43487**

FECHA DE EMBARQUE 2 3 FEB 2019

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

John Camilo Aguilar
CC 1 118,295. 629

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

CVC #1911300 88293 del 19-02-20-19

SALVOCONDUCTO Regional # HOC15611

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 602 764 3856582

OBSERVACIONES: 8 Bolsos en piel de babilla

EX HHH    Powered by ⓒⓈ CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **43492**

1.
- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el  07-mayo-2019

3. Importador (nombre y dirección)

PEDDER VISION LIMITED
CENTRAL WAREHOUSE HK UNITS AE 23F TSUEN WAN
INTERNATIONAL CENTRE WANG LUNG STREET TSUEN
WAN NT HONG KONG

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   HONG KONG (HONG KONG)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para transporte de animales vivos de la IATA, o si se aplica a las plantas vivas, de la Reglamentación para transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº   CO1334619

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* <br> *Caiman crocodilus fuscus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 658571 al 658600 | 10. II <br> C | 11. 30 Artículos <br> 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42413 | 21/11/2017 | COLOMBIA | ES-LA-00034/18E | 26/07/2018 | |

| 7/8. ★★★ | | | 9. ★★★ | | | 10. ★★ <br> 11. ★★ <br> 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7/8. ★★★ | | | 9. ★★★ | | | 10. ★★ <br> 11. ★★★★ <br> 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.      08-noviembre-2018

Lugar         Fecha         Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN      CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

2 5 FEB 2019
Fecha

| Sección | Cantidad |
|---|---|
| A | 22 ART |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE      PERMISO/CERTIFICADO No. CO **43492**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES      No. DEL PERMISO **43492**

FECHA DE EMBARQUE: 2 5 FEB 2019

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBE:
John Camilo Aguilar
cc 118295989

CVC # 1911300088291 del 19-02-
GUÍA/CONDUCTOR: VFN 23727

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla  Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 60776V385 4371

OBSERVACIONES: 22 Bolsos en piel de babilla

**EX III**

Powered by CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

**PERMISO/CERTIFICADO No. CO**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**07-mayo-2019**

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)
KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, o las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO13334626

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (etad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. _Babilla_ _Caiman crocodilus fuscus_ | 9. 15 bolsos de 2400 cm2 con marquillas numeradas del 449714 al 449728 | 10. II | 11. 15 Artículos |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA  Permiso No. CO42364  Fecha 09/11/2017 | 12a. País de la última reexportación COLOMBIA  No. de certificado IIS-LA-00034/18E  Fecha 26/07/2018 | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| B | 7./8. _Babilla_ _Caiman crocodilus fuscus_ | 9. 35 bolsos de 2400 cm2 con marquillas numeradas del 449729 al 449740 y del 530432 al 530454 | 10. II C | 11. 35 Artículos |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA  Permiso No. CO42413  Fecha 21/11/2017 | 12a. País de la última reexportación COLOMBIA  No. de certificado IIS-LA-00034/18E  Fecha 26/07/2018 | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| C | 7./8. ★★★  ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★  11a. Total exportado/Cupo ★★★★ |
| | 12. País de origen ★ ★★★★★  Permiso No. ★★★★★  Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★  No. de certificado ★★★★★  Fecha ★★★★★ | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        08-noviembre-2018

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

0 8 MAR 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 15 ART |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        **PERMISO/CERTIFICADO No. CO 43499**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

FECHA DE EMBARQUE 0 8 MAR 2019        **No. DEL PERMISO 43499**

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
codigo seguridad# KLK34639210
SALVOCONDUCTO No. CVC 19113008871

John Carlo Avi
CC 1118.295-089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 60221443802.51        OBSERVACIONES: 15 Bolsos en piel de babilla

Powered by CamScanner

EX JJJ

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

|  | EXPORTACIÓN |
|---|---|
|  | RE-EXPORTACIÓN |
|  | IMPORTACIÓN |
|  | OTRO: |

2. Válido hasta el
20 agosto 2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| HARRODS LTD<br>MILL LANE THATCHAM BERKSHIRE, RG19 4AL LONDON | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |

3a. País del destino (y puerto de entrada) UNITED KINGDOM (LONDON)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa.

En la casilla No. 14 el puerto de exportación debe decir BARRANQUILLA

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

| 5a. Propósito de la transacción (véase al dorso) | 5b. Estampilla de seguridad Nº<br>CO1334861 |
|---|---|

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla**<br>*Caiman crocodilus fuscus* | 9. 60 bolsas de 2400 cm2 con marquillas numeradas del 091909 al 091932, del 536375 al 536400 y del 559901 al 559910 | 10. **II**<br>C | 11. 60 Artículos<br>11a. Total exportado/Cupo |
| 12. País de origen<br>COLOMBIA | Permiso No.<br>CO42383 | Fecha<br>09/11/2017 | 12a. País de la última reexportación<br>ESPAÑA | No. de certificado<br>ES-LA-50406/18E | Fecha<br>24/09/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ |
| 7./8. ★★★★★★ | | 9. ★★★★★★★ | | | 10. ★★ | 11. ★★★ |
| ★★★★★★★★ | | | | | | ★★★ |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No.<br>★★★★★★ | Fecha<br>★★★★ | 12a. País de la última reexportación | No. de certificado<br>★★★★★ | Fecha<br>★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ | | 9. ★★★ | | | 10. ★ | 11. |
| ★★★★★ | | | | | | |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No.<br>★★★★★ | Fecha<br>★★★★ | 12a. País de la última reexportación ★ | No. de certificado<br>★★★★★ | Fecha<br>★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ ★ ★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precedentemente.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        21-febrero-2019

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. Nº de solicitud de autorización de embarque: |
|---|---|
| 2 3 MAR 2019<br>Fecha | CALI |
| | 16. Espacio para la autoridad aduanera |
| Sección | Cantidad |
| A | 57 ART |
| B | |
| C | |
| Firma | Sello entidad | Firma |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        **PERMISO/CERTIFICADO No. CO 43745**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**        FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO 43745**

FECHA DE EMBARQUE: 2 3 MAR 2019

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: John Camilo Aguilar
CC 1.118.295.087
21/03/2019

SALVOCONDUCTO No. cva 19113008902B

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nubia Edith Emgrez Garcia

SAE No. 6007450067431

OBSERVACIONES: 57 bolsas en piel de babilla

EX KKK        Powered by  CS CamScanner

PERMISO/CERTIFICADO No. CO 43747

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

1.
- EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334863

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. Bolsillo *Caimán crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 460217 al 460263 y del 485601 al 485623 | 10. II | 11. 70 Artículos 11a. Total exportado/Cupo C |
| B | 7./8. ████████ ████████ | 9. ████████ | 10. ██ | 11. ███ ███ 11a. Total exportado/Cupo |
| C | 7./8. ███ ██████ | 9. ███ | 10. █ | 11. █████ 11a. Total exportado/Cupo |

| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|---|
| A | COLOMBIA | CO42383 | 09/11/2018 | ESPAÑA | ES-LA-50406/18E | 24/08/2018 | |
| B | ★★★★★ | ★★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |
| C | ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por
EDGAR EMILIO RODRÍGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo SoG86tAZ93stenible

BOGOTA, D.C.        27-febrero-2019

Lugar          Fecha                          Estampilla de seguridad/firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN        CALI

0 8 MAR 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 68 ART |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        **PERMISO/CERTIFICADO No. CO 43747**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO 43747**

FECHA DE EMBARQUE:  0 8 MAR 2019

John Camilo Aguilar
CC 1118.28.889

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
Código seguridad # JDI 86727

NOMBRE, IDENTIFICACIÓN Y FIRMA DE REPEDIDO
08-03-2019  John Luis Bonilla

SALVOCONDUCTO No. CVC 1911 30 0 88709

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 60276V4395588

OBSERVACIONES: 68 Bolsos en piel di bab.ll

Powered by CamScanner

EX LLL

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.,
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)
ESTADOS UNIDOS (NEW YORK )

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334867

| 7,/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7,/8. *Pitón reticulado* / *Python reticulatus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 531130 al 531151 y del 517335 al 517342 | 10. II | 11. 30 Articulos |
| | | | | 11a. Total exportado/Cupo 4 |
| | 12. País de origen ★ VIETNAM | Permiso No. 15VN1056N/CT-KL | Fecha 19/06/2015 | 12a. País de la última reexportación ITALIA | No. de certificado IT.R/X/2018/FI/02314 | Fecha 03/05/2018 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7,/8. ★★★★★★ ★★★★★★★★ | 9. ★★★★★★★ | 10. ★★ | 11. ★★★ / ★★★ |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7,/8. ★★★ ★★★★★ | 9. ★★★ | 10. | 11. ★★★★ ★★★★ |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-febrero-2019
Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
1 6 MAR 2019
Fecha

| Sección | Cantidad |
|---|---|
| A | 20 ART |
| B | — |
| C | — |

Firma

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera:

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca

**REPÚBLICA DE COLOMBIA**

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43751**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43751**

FECHA DE EMBARQUE: 1 6 MAR 2019

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

NOMBRE DEL ESTABLECIMIENTO CVC-1911300788855 del 15-03-2019

NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBIÓ:
Jhon Camilo Aguilar
CC 1.118.295.689

SALVOCONDUCTO (No) ... 4 QEM 14404

SAE No. 602 764467 0336

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:
John Luis Bonilla
Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

OBSERVACIONES: 20 Bolsos en piel de Pitón retículado

EX MMM          Powered by CamScanner

CITES
CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMIS/CERTIFICADO N°

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY. 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (el puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad N°
CO1334868

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. N°. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 498324 al 498370, del 410601 al 410623, del 650986 al 651000 y del 383542 al 383556 | 10.  II  C | 11. 100 Artículos  11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42360 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado E54A-50406/18E | Fecha 14/08/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★★  ★★★★★★★★ | 9. ★★★★★★★ | 10. ★★ | 11. ★★★  ★★★  11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★  ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

15. N° de solicitud de autorización de embarque:

1 3 MAR 2019
Fecha

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 51 ART |
| B | I |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO  43752

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO  43752

FECHA DE EMBARQUE  1 3 MAR 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
CVC#911300082+2 del 11-03-2019
SALVOCONDUCTO No. Vndal # EWX84099

SAE No.  6027644525646

John Camilo Aguilar
cc 118.295.085
NOMBRE, IDENTIFICACIÓN Y FIRMA DEL REMITENTE
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 51 Bolsos en piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

Powered by  CS CamScanner

EX NNN

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 75 of 85

| | |
|---|---|
| **CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE** | **PERMISO / CERTIFICADO No. CO 43791** |

EXPORTACIÓN
☒ RE-EXPORTACIÓN
IMPORTACIÓN
OTRO:

2. Válido hasta el **11 septiembre 2019**

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Solicitante*

**3a. País del destino (y puerto (o entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

*Libertad y Orden*

**5a. Propósito de la transacción (véase al dorso)**

**5b. Estampilla de seguridad N°** CO1334903

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| 7./8. | Babilla *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 560091 al 560054 y del 667725 al 667800 | 10. **II** C | 11. **100 Artículos** |
| | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO43145 | Fecha 11/07/2018 | 12a. País de la última reexportación | No. de certificado ES-48-51253/18E | Fecha 17/12/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★★★★ | ★★★★★★ | | 9. ★★★★★★★ | | 10. ★★ | 11. ★★★ |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★★★★ | ★★★★★★ | | 9. ★★★★ | | 10. ★★ | 11. ★★★★ |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★ | 12a. País de la última reexportación ★★★ | No. de certificado ★★★ | Fecha ★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por:**
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          12-marzo-2019

*Lugar          Fecha*

*Estampilla de seguridad, firma y sello oficial*

**14. APROBACIÓN DE LA EXPORTACIÓN**

CALI

**20 MAR 2019**
*Fecha*

**15. N° de solicitud de autorización de embarque**

**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 74 ART |
| B | |
| C | |

*Firma*

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43791**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

John Camilo Agu   **No. DEL PERMISO 43791**
CC 1 112 295 087

FECHA DE EMBARQUE: **20 MAR 2019**
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S.
CVC4 F11300 88 707 del 18-03-201
SALVOCONDUCTO No: idad 1 AFH50938
602 364 4874 440
SAE No. 602164 4895431

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
*John Luis Bonilla*
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 74 Bolsos en piel de babilla

EX OOO     Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
17-junio-2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase el dorso)   T

5b. Estampilla de seguridad Nº   CO1334727

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8.  *Babilla*  *Caiman crocodilus fuscus* | a. 20 bolsos de 1800 cm2 y correa adicional de 600 cm2 con marquillas numeradas del 623381 al 623400 | 10. **II** C | 11. 20 **Articulos** 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42740 | 01/03/2018 | reexportación | ES-LA-50404/18E | 26/07/2018 | |

| 7./8.  ★★★★  ★★★★★ | 9. ★★★★★★ | 10. ★★ | 11. ★★★ ★★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★ | reexportación | ★★★★★★ | ★★★★★ | |

| 7./8.  ★★★  ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | reexportación | ★★★★★ | ★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   18-diciembre-2018

Lugar   Fecha   Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

2 3 MAY 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 9  A 2 T |
| B | |
| C | |

Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 43604

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43604

FECHA DE EMBARQUE  2 3 MAY 2019

John Camilo Agular
C C 1418 298 091

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC 1 17113009C223 1.1 23-03-7619

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla

SALVOCONDUCTO No 1.1.1.1  1 E32 71213

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Tecnico Operativo

SAE No: 6021CV3278130

OBSERVACIONES: 9 Bolsos

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el

19-agosto-2019

1. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de plantas de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)    5b. Estampilla de seguridad Nº

CO1334850

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8.  *Pitón de birmania*  *Python bivittatus* | 9.  50 bolsos de 2400 cm2 con marquillas numeradas del 663501 al 663550 | 10.  II  C | 11.  50  Artículos  11a. Total exportado/Cupo |
| 12. País de origen ★  VIETNAM  Permiso No.  15VN15265/CT-KL  Fecha  28/12/2018 | 12a. País de la última reexportación  ESPAÑA  No. de certificado  ES-LA-50497/17E  Fecha  28/12/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8.  ★★★★★★  ★★★★★★★★ | 9.  ★★★★★★★★ | 10.  | 11.  ★★★  ★★★  11a. Total exportado/Cupo |
| 12. País de origen ★  ★★★★★  Permiso No.  ★★★★★★  Fecha  ★★★★ | 12a. País de la última reexportación  No. de certificado  ★★★★★  Fecha  ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8.  ★★★  ★★★★★ | 9.  ★★★ | 10.  ★ | 11.  ★★★★  11a. Total exportado/Cupo |
| 12. País de origen ★  ★★★★★  Permiso No.  ★★★★★  Fecha  ★★★★ | 12a. País de la última reexportación  No. de certificado  ★★★★★  Fecha  ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        20-febrero-2019

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 7 MAY 2019        CALI
Fecha

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 45-344 |
| B | |
| C | |

Firma        Sello entidad        Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO  43734

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FECHA DE EMBARQUE  2 7 MAY 2019

C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

FORMATO DE ENTREGA DEL PERMISO CITES

Daniela Rogelio G        No. DEL PERMISO  43734

114 1196806

NOMBRE DEL ESTABLECIMIENTO
(VC 1911300902 92   22/5/2014

SALVOCONDUCTO No. 012 90 Seguridad
OLR 34794

SAE No. 102 3 642 698 0070

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Andres Achili Diaz

OBSERVACIONES  45 Bolsos Piel de Piton de
birmania

EX QQQ        Powered by  CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
17 septiembre 2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334915

| 7,/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas y los números de identificación (edad/sexo: si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 670801 al 670900 | 10. II<br><br>C | 11. 100<br>Artículos<br><br>11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43146 | 11/07/2018 | COLOMBIA | ES-LC-50383/19E | 12/12/2018 | |

| **B** 7./8. ★★★★★★<br>★★★★★★ | 9. ★★★★★★★ | 10. ★★<br><br>★★ | 11. ★★<br><br><br>11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★ | ★★★★ | | ★★★★★★ | ★★★★ | |

| **C** 7./8. ★★★★★★<br>★★★★★★ | 9. ★★★★ | 10. ★<br><br>★ | 11. ★★★★<br><br><br>11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★ | ★★★★ | | ★★★ | ★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          18-marzo-2019

Lugar                Fecha                Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 2 MAY 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 57 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO 43804

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43804

FECHA DE EMBARQUE: 0 2 MAY 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
CVC#19/13008968V 4429-OV-
SALVOCONDUCTO Nº gundrul # DEK33991

SAE No. 6027468150414

John Camilo Aguirre
CC 1.118.295.092
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 57 Bolsos en P.P

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX RRR

Powered by CS CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO  43753

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS /NEW YORK

Firma del Solicitante

5. Condiciones especiales   Relación de marquillas en anexo de una (1) hoja

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334869

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 500 piezas de 12cm2 c/u para mostrario de colores, identificadas con marquillas identificadas según relación anexa de una (1) hoja | 10. II | 11. 500 Piezas 11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA  Permiso No. CO4197  Fecha 26/09/2017 | 12a. País de la última reexportación ESPAÑA  No. de certificado ES-LA-50390/18E  Fecha 27/08/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ###### ###### | 9. ####### | 10. ## ## | 11. ### 11a. Total exportado/Cupo |
| 12. País de origen ★ #####  Permiso No. #######  Fecha #### | 12a. País de la última reexportación ########  No. de certificado #######  Fecha #### | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ######  ###### | 9. #### | 10. # | 11. #### 11a. Total exportado/Cupo |
| 12. País de origen ★ #####  Permiso No. #####  Fecha ## | 12a. País de la última reexportación #####  No. de certificado ###  Fecha #### | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes procedentes de

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        27-febrero-2019

Lugar        Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI
0 4 JUN 2019
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 212 Art |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO  43753

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
0 4 JUN 2019

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO  43753

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Camilo
CC 71.295.089

SALVOCONDUCTO No  CVC 19 1130090 414 -
(01 593  VVN 19839 del 31/5/2019
SAE No.  602 76824 X5 31

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES:  212 piezas 13.6.1

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB

EX SSS

Powered by  CamScanner

PERMISO/CERTIFICADO No. CO 43899

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL SOBRE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
21 octubre 2019

3. Importador (nombre y dirección)

HARRODS LTD
MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
C LI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)
UNITED KINGDOM (LONDON)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334998

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla Caiman crocodilus fuscus | 9. 50 bolsas de 2400 cm2 con marquillas numeradas del 493880 al 493900, del 501422 al 501450 | 10. II C | 11. 50 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA  Permiso No. CO43150  Fecha 11/07/2018 | 12a. País de la última reexportación ESPAÑA  No. de certificado ES-AB-51258/18E  Fecha 10/12/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. ★★★★★   ★★★★★★ | 9. ★★★★★★★ | 10. ★★   ★★ | 11. ★★★   ★★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★  Permiso No. ★★★★★★  Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★  No. de certificado ★★★★★★  Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| 7./8. ★★★★★   ★★★★★ | 9. ★★★★ | 10. ★ | 11. ★★   ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★  Permiso No. ★★★★★  Fecha ★★ | 12a. País de la última reexportación ★★★★★  No. de certificado ★★★  Fecha ★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precriación.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                     30-abril-2019

Lugar                          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

13 JUN 2019
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

CALI

| Sección | Cantidad | |
|---|---|---|
| A | 42 A 27 | |
| B | | |
| C | | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43899

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

Daniela Rogelis G    No. DEL PERMISO 43899

FECHA DE EMBARQUE  13 JUN 2019    1144186806

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.    NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
CVC# 1711300905 47  del 06-06-20  Luis Bonilla
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
SALVOCONDUCTO No  4 VGH 03513    NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 602 KV 865975 V    OBSERVACIONES: 47 Bolsas en pie

EX TTT

Powered by CamScanner

| | |
|---|---|
| CITES | CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE |

☐ EXPORTACIÓN

☒ RE-EXPORTACIÓN

☐ IMPORTACIÓN

☐ OTRO:

2. Válido hasta el
29 septiembre 2019

**3. Importador (nombre y dirección)**
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE RG19 4AL LONDON

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Mike Brand*
Firma del Solicitante

**3a. País del destino (y puerto de entrada)** UNITED KINGDOM (LONDON)

**5. Condiciones especiales**

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**5a. Propósito de la transacción (véase al dorso)**
T

**5b. Estampilla de seguridad Nº**
CO1334996

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7,8. *Babilla* *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 671301 al 671400 *Mike Brand* | 10. II C | 11. 100 Artículos 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. C043151 | Fecha 11/07/2018 | 12a. País de la última reexportación | No. de certificado 85-AB-51220/18E | Fecha 07/12/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7,8. ★★★★★ ★★★★★★ | 9. ★★★★★★ | 10. ★★ ★★ | 11. ★★★★★ 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7,8. ★★★★★★ ★★★★★★ | 9. ★★★★ | 10. ★★ | 11. ★★★★★ 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★ | 12a. País de la última reexportación | No. de certificado ★★★ | Fecha ★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por**
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        30-abril-2019

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**

0 3 AGO 2019        CALI

Fecha        Puerto de exportación

**15. Nº de permiso de autorización de embarque:**

**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 40 ART |
| B | |
| C | |

Firma        Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
**PERMISO/CERTIFICADO No. CO 43897**

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

---

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FECHA DE EMBARQUE: 0 3 AGO 2019

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
NOMBRE DEL ESTABLECIMIENTO

SALVOCONDUCTO No. CVC # 11113007766
código seguridad LOE25332

SAE No. E0276S0936432

FORMATO DE ENTREGA DEL PERMISO CITES
*Mike Brand*
1144088991 *Mike Brand*

**No. DEL PERMISO 43897**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nubia Tortith Vasquez
del 02/08/2019

OBSERVACIONES: 40 bolsos en piel de babilla

EX UUU

Powered by CS CamScanner

| CITES | CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | | 1. | EXPORTACIÓN | |
|---|---|---|---|---|---|
| | | | [x] | RE-EXPORTACIÓN | |
| | | | | IMPORTACIÓN | |
| | | | | OTRO: | 2. Válido hasta el 13-noviembre-2019 |

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| HARRODS LTD MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |
| | Firma del Solicitante |

| 3a. País de destino (y puerto de entrada) UNITED KINGDOM (LONDON) | 6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa |
|---|---|
| 5. Condiciones especiales | República de Colombia **MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** Calle 37 No. 8-40 • Bogotá, D.C. COLOMBIA Libertad y Orden |
| Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos. | |
| 5a. Propósito de la transacción (ver el dorso) | 5b. Estampilla de seguridad Nº CO1335043 |

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Pitón reticulado* *Python reticulatus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 648631 al 648650 y del 527724 al 527733 | 10. II C | 11. 30 Artículos 11a. Total exportado/Cupo |

| 12. País de origen | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| VIETNAM | 17VN05275/CT-KL | 07/03/2017 | ESPAÑA | ES-LC-50058/19E | 13/05/2019 | |

| 7./8. ★★★★★★ ★★★★★★★★ | 9. ★★★★★★★★ | 10. ★★ | 11. ★★★ ★★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12a. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última exportación ★★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo ★★★★ |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ En el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

| 13. Permiso / Certificado expedido por: |
|---|
| EDGAR EMILIO RODRIGUEZ BASTIDAS Director de Bosques, Biodiversidad y Servicios Ecosistémicos Ministerio de Ambiente y Desarrollo Sostenible |
| BOGOTA, D.C.          14-mayo-2019 |
| Lugar          Fecha          Estampilla de seguridad, firma y sello oficial |

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. Nº de solicitud de autorización de embarque: |
|---|---|
| 1 0 AGO 2019          CALI | 16. Espacio para la autoridad aduanera |
| Fecha          Puerto de exportación | |

| Sección | Cantidad | | |
|---|---|---|---|
| A | 10 ART | | |
| B | | | |
| C | | CVC Corporación Autónoma Regional del Valle del Cauca | Firma |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE    REPÚBLICA DE COLOMBIA    **PERMISO/CERTIFICADO No. CO 43946**

---

| República de Colombia **MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** | FORMATO DE ENTREGA DEL PERMISO CITES | |
|---|---|---|
| FECHA DE EMBARQUE: 1 0 AGO 2019 | Daniela Rogeris G.    **No. DEL PERMISO 43946** | |
| NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S** | 1144196006    NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: | |
| SALVOCONDUCTO No. CV # 1941300911-34 codigo cantidad QAK40573 | NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nuby del 9/08/2019 | |
| SAE No. 60236512-1606 | OBSERVACIONES: 10 bolsos en piel de pitón reticulado | |

EX VVV

Powered by CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | EXPORTACIÓN |
|---|---|
| ☑ | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

PERMISO/CERTIFICADO No. 44034

2. Válido hasta el
12-diciembre-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)
ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1335128

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 671001 al 671100 | II | 11. 100 Artículos |
| A | *Caiman crocodilus fuscus* | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43147 | 11/07/2018 | ESPAÑA | ES-LC-50065/19E | 05/03/2019 | |

| 7./8. ★★★★★ | 9. ★★★★★★ | 10. ★★ | 11. ★★★★ |
|---|---|---|---|
| B ★★★★★★★ | | ★★ | ★★★★★ |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★ | ★★★★★★ | ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | |

| 7./8. ★★★★★★ | 9. ★★★★ | 10. ★ | 11. ★★★★ |
|---|---|---|---|
| C ★★★★★★ | | | ★★★★ |
| | | | ★★★★ |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★ | ★★★★★★ | ★★★★★★ | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
RUBEN DARIO GUERRERO USEDA
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 13-junio-2019 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |

14. APROBACIÓN DE LA EXPORTACIÓN

17 AGO 2019     CALI

Fecha     Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 95 ART |
| B | |
| C | |

Fecha     Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     REPÚBLICA DE COLOMBIA     PERMISO/CERTIFICADO No. CO 44034

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 44034

FECHA DE EMBARQUE: 17 AGO 2019

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

Daniela Rogelis
1144196806
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. CVC # 1941300720<del>74</del>
(Codigo seguridad ZE080076)

SAE No. 602324527928

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Nubia Edith Amigos del 16/08/2019

OBSERVACIONES: 95 bolsos en piel de babilla

EX WWW

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [X] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **25-diciembre-2019**

1. Importador (nombre y dirección)
MODERN HOME - BD AND P
P.O.BOX 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

M.Ke Brand
Firma del Solicitante

3a. País de destino y puerto de entrada **QATAR (DOHA)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase el dorso)
T

5b. Estampilla de seguridad Nº **CO1634021**

| 7/A. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7.A. **Babilla** *Caiman crocodilus fuscus* | 50 bolsos de 2400 cm2 con marquillas numeradas del 102356 al 102378, del 546092 al 546095 y del 412623 al 412645 | 10. **II** C | 11. **50** Artículos |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen **COLOMBIA** | Permiso No. **CO43146** | Fecha **11/07/2018** | 12a. País de la última reexportación | No. de certificado **ES-LC-50094/19E** | Fecha **14/03/2019** | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

15. Nº de solicitud de autorización de embarque

| Sección | Cantidad | Fecha | Puerto de exportación |
|---|---|---|---|
| A | 35 A | | |
| B | | | |
| C | | | |

13. Permiso
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        26-junio-2019

Lugar        Fecha

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO **44153**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

M.Ke Brand
No. DEL PERMISO **44153**

FECHA DE EMBARQUE **1 4 NOV 2019**
C.I. DISEÑO Y MODA

1144088991   M.Ke Brand

NOMBRE DEL ESTABLECIMIENTO **INTERNACIONAL S.A.S**
CVCA1911130140669 del 13-11-2019   NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO John Luis Bonilla

SALVOCONDUCTO No. **CED 8g 7 WNQ7349**   NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Tecnico Operativo

SAE No. **60 1455534567V**   OBSERVACIONES: 35 Bolsos en Piel de

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX XXX

Powered by CS CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| PERMISO/CERTIFICADO No. CO | **44157** |

- [X] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: 25-diciembre-2019

3. Importador (nombre y dirección)
MODERN HOME - BD AND P
P.O.BOX 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Mike Brand*
Firma del Solicitante

3a. País del destino y (puerto de entrada)  QATAR (DOHA)

6. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 · Bogotá, D.C.
COLOMBIA
Libertad y Orden

5a. Propósito de la transacción (véase el dorso)
T

5b. Estampilla de seguridad Nº
CO1634025

| 7/A. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7/A. **Babilla**<br>*Caiman crocodilus fuscus* | a. 10 bolsos combinados en piel de babilla de 1000 cm2 y piton reticulado de 1400 cm2 con marquillas numeradas del 373155 al 373164 | 10. **II**<br>C | 11. **10**<br>**Articulos**<br>11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO43150 | Fecha (11/07/2018) | 13a. País de la última reexport. **ESPAÑA** | No. de certificado ES-LC-50068/19E | Fecha 05/03/2019 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7/A. *Piton reticulado*<br>*Python reticulatus* | a. bolsos combinados en babilla de 1000 cm2 y piton reticulado de 1400 cm2 (con la misma información de la sección A, casilla 9) | 10. **II**<br>C | 11. **10**<br>**Articulos**<br>11a. Total exportado/Cupo |
| 12. País de origen ★ VIETNAM | Permiso No. 16VN06095/CT-KL | Fecha 15/03/2016 | 13a. País de la última reexport. **ESPAÑA** | No. de certificado ES-LA-50091/19E | Fecha 10/04/2019 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7/A. ####<br>############ | 9. | 10. **\*\***<br>**\*\*\*** | 11.<br>11a. Total exportado/Cupo **\*\*\*\*** |
| 12. País de origen ★ **\*\*\*\*\*\*** | Permiso No. **\*\*\*\*\*\*\*\*** | Fecha | 13a. País de la última reexportación **\*\*\*\*\*** | No. de certificado **\*\*\*\*\*** | Fecha **\*\*\*\*\*** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.           26-junio-2019
Lugar                    Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

15. Nº de solicitud de autorización de embarque
602765 534 567 √

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 6 ART |
| B | ver ceisilla A |
| C | |

Fecha          Puerto de exportación

Firma          Sello entidad          Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **44157**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES
*Mike Brand*

No. DEL PERMISO **44157**

FECHA DE EMBARQUE  **1 4 NOV 2019**

C.I. DISEÑO Y MODA
1114408899) *Mike Brand*

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S
CVC411130490667  del 13-11-2019

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
*Juan Luis Bonilla*

SALVOCONDUCTO No. del  No. 4 WNG 73497

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:
Técnico Operativo

SAE No. 602765534567 √

OBSERVACIONES: 6 Bolsos combinados, 2 de babilla y p.

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**EX YYY**