# EXHIBIT 9

EXHIBIT 9

ANEXO 2
- Formula - Requerimien-
to medica -
nos.

# DR. CARLOS ARTEAGA UNIGARRO

MEDICO INTERNISTA- REUMATOLOGO
UNIVERSIDAD DE EL BOSQUE-FSFB
UNIVERSIDAD NACIONAL DE COLOMBIA
RM. 12748022

NANCY TERESA GONZALEZ
Documento: CC 31258112

09/jun./2023

ARTRODAR TABLETA 50MG ( DIACEREINA)          No 90
1 TABLETA AL DIA

VITAMINA D CAPSULAS DE 2000UI          No 90
1 TABLETA AL DIA

CALCIO + VITAMINA D TABLETA 1500MG/200UI          No 90
1 TABLETA AL DIA

Cra 16 No 82 - 74  Ed.  San Sebastián del Country      Cons 501      TEL 691 9240 – 6919264 -3184032011

**DR. CARLOS ARTEAGA UNIGARRO**

MEDICO INTERNISTA- REUMATOLOGO
UNIVERSIDAD DE EL BOSQUE-FSFB
UNIVERSIDAD NACIONAL DE COLOMBIA
RM. 12748022

09/jun./2023

NANCY TERESA GONZALEZ
Documento:CC 31258112

DX CONDROMALACIA

ESTIRAMIENTO Y FORTALECIMIENTO MUSCULAR DE CUADRICEPS, ISQUIOTIBIALES, OBLICIO
SEDATIVA DE RODILLA
TERAPIA FISICA 10 SESIONES

Cra 16 No 82 - 74  Ed.  San Sebastián del Country      Cons 501      TEL 691 9240 – 6919264 -318403201I

#1

ANEXO 1
. HISTORIA clinica
. Diagnostico

## DR. CARLOS ARTEAGA UNIGARRO

MEDICO INTERNISTA- REUMATOLOGO
UNIVERSIDAD DE EL BOSQUE-FSFB
UNIVERSIDAD NACIONAL DE COLOMBIA
RM. 12748022

**Paciente**      : NANCY TERESA GONZALEZ DE BARBERI
**Identificación** : CC 31258112
**Nacimiento**   : 18/mar./1953
**Edad**          : 70 años
**Teléfonos**     : 3165791933
**Carnet No.**    :
**Entidad**       : SURAMERICANA

**Fecha y Hora** : 28/abr./2023 07:17 am
**Descripción**  : Apertura de Historia Clinica

### MOTIVO DE CONSULTA Y ENFERMEDAD ACTUAL :

Paciente quien en 2020 presenta cuadro de dolor y debilidad axial, se Dx den Valle de Lili cuadro de Polimialgia reumatica, se maneja con Esteroide por 1 año con mejoria posterior control y proceso de rehabilitación. a venido controlado, a tenido con dolor articular en rodillas.

a venido con dolor ocasional en rodillas y hombro derecho.

**REVISION POR SISTEMAS**: reacciones urticariales ocasionales
no sintomas respiratorios, no disnea,

**ANTECEDENTES PERSONALES:**
**Patológicos** :  Polimialgia reumatica en remisión (2020), Urticaria
**Hospitalarios** :
**Quirurgicos** :  implantes y explantes de mama
**Traumáticos** :
**Toxicos** : no
**Alergicos** : no
**Farmacológicos** : allegra 180mg dia
**Deportivos** :
**Gineco Obstétricos**:  G2P2A0

**ANTECEDENTES FAMILIARES**: NO

**EXAMEN FISICO**

TA :    120/80 FC :    65     FR :   18      Peso :  65     Talla :  1.65
CABEZA Y CUELLO :   Cuello movil sin masas
CARDIOPULMONAR:   ruidos cardiacos ritnmicos sin soplos, ruidos respiratorios adecuados sin agregados,
ABDOMEN: no masas
EXTREMIDADES: roce en rodilla, crepitacion en hombro derecho con ligera dolor movilidad articular de hombro
SISTEMA NERVIOSO CENTRAL:   no lesiones
PIEL Y FANERAS: no lesiooones
GENITO/URINARIO:   no evaluado

**LABORATORIOS** :
31/03/2023 Densitometria Osea L1_l4 1.164   -0.1 L1_l4   femoral 0.793 -1.8

---

Cra 16 No 82 - 74   Ed.   San Sebastián del Country        Cons 501       TEL 691 9240 – 6919264 -3184032011

**DR. CARLOS ARTEAGA UNIGARRO**

MEDICO INTERNISTA- REUMATOLOGO
UNIVERSIDAD DE EL BOSQUE-FSFB
UNIVERSIDAD NACIONAL DE COLOMBIA
RM. 12748022

10/04/2023 creatinina 0.65 AST 21 ALT 21   calcio 9.2 cloro 107 col total 184   Glucosa 97   TAG 78
leucos 6160 N 3860 L 1500 hb 13.6 hto 39 plt 256.000 vitamina B 12 784   Vitamina D 26.9 AC folico
14.6 TSh 2.362   vdrl nr   citologia negativa para cambios neoplásicos.
Rx de torax: con signos de hiperinsuflasion pulmonar con cambios enfisematosos.

**DIAGNOSTICO**:
Antecedente de Polimialgia reumatica en remision
OA de rodilla
Descartar Lesion en Ombro
Osteopenia
- 31/03/2023 Densitometria Osea L1_l4 1.164   -0.1 L1_l4    femoral 0.793 -1.8
Def de vitamina D

**PLAN DE TRATAMIENTO** :
Paciente con cambios artrosicos leves se deja Piascledine y se estudiara con Rx de rodilla y ecografía de
hombro.   se recomienda terapia fisica de hombro y rodilla.

CARLOS ARTEAGA UNIGARRO
REUMATOLOGO

Bogotá, 31/03/2023

NOMBRE:                 GONZALEZ DE BARBERI,NANCY TERESA
IDENTIFICACION:     31258112CC
FECHA DE NACIMIENTO:   18/03/1953
SERVICIO:

Clínica
del
Country

**Reporte:**

## OSTEODENSITOMETRIA (DXA):

Se practica Osteodensitometría por absorsiometría de fotón dual de rayos X (DXA), en un equipo LUNAR  PRODIGY IDXA versión 13.60.033, con un coeficiente de variabilidad de 0.26% de acuerdo a la calibración del día del examen.

**HALLAZGOS:**
En la Columna Lumbar el nivel L1-L4 tiene un T-score de  -0.1 para una densidad mineral ósea de 1.164 gr/cm2.
En el cuello femoral  izquierdo el T-score es de -1.8 para una densidad mineral ósea de 0.793 gr/cm2.
**CONCLUSIÓN:**
**BAJA DENSIDAD MINERAL ÓSEA (OSTEOPENIA).**
Atentamente,

**DR. CARLOS AUGUSTO PEREZ N.**
MEDICO GINECOLOGO
DENSITOMETRISTA CLINICO CERTIFICADO ISCD
R.M. 79296469

*"Los estudios de Imagenología son ayudas diagnósticas, su médico tratante debe correlacionar estos resultados con los  hallazgos clínicos, para determinar su diagnóstico y plan de tratamiento".*

1/1

# CLINICA DEL COUNTRY
## CENTRO DIAGNOSTICO
## CRA 18 NO. 82-39 TEL 5300470  EXT2972

| | | | |
|---|---|---|---|
| **Paciente:** | GONZALEZ DE BARBERI, NANCY TERESA | **ID del paciente:** | 31258112CC |
| **Fecha de nacimiento:** | 18/3/53   70.0 años | **Médico tratante:** | JESUS HERNANDO GONZALEZ |
| **Estatura / Peso:** | 150.3 cm   66.1 kg | **Medido:** | 31/3/23   08:28:02 a.m.  (13.60) |
| **Sexo / Origen étnico:** | Mujer   Hispano | **Analizado:** | 31/3/23   08:31:52 a.m.  (13.60) |

Columna AP Densidad ósea Tendencia





Ref. de la densitometría: L1-L4 (DMO)
DMO (g/cm²)            AJ T-score

Tendencia:L1-L4 (DMO)
%Cambio con respecto a la línea base

| Región | DMO[1] (g/cm²) | Adulto-Joven[2] Puntuación T | Ajust. a edad[3] Puntuación Z |
|---|---|---|---|
| L1 | 1.044 | -0.7 | 0.9 |
| L2 | 1.168 | -0.3 | 1.4 |
| L3 | 1.171 | -0.2 | 1.4 |
| L4 | 1.252 | 0.4 | 2.1 |
| L1-L2 | 1.107 | -0.5 | 1.1 |
| L1-L3 | 1.129 | -0.3 | 1.3 |
| L1-L4 | 1.164 | -0.1 | 1.5 |
| L2-L3 | 1.169 | -0.3 | 1.4 |
| L2-L4 | 1.200 | 0.0 | 1.6 |
| L3-L4 | 1.214 | 0.1 | 1.7 |

| Tendencia:L1-L4 | | | Cambiar a | |
|---|---|---|---|---|
| Medido Fecha | Edad (años) | DMO[1] (g/cm²) | Línea base (%) | Línea base (g/cm²) |
| 31/3/23 | 70.0 | 1.164 | inicio | inicio |

COMENTARIOS: MENOPAUSIA 50 AÑOS

Esta imagen no es para diagnóstico
Impreso: 31/3/23 08:31:59 a.m. (13.60)100:2.50:50.00:6.0 0.00:10.44 0.30x0.25
22.8%Grasa=42.2%
0.00:0.00 0.00:0.00
Verifique que el hueso está centrado y que hay suficiente tejido junto al hueso.
Nombre del archivo: dxzdsr4i64.mex
Modo de exploración: Estándar   146.0 µGy

1 - Estadísticamente 68% de las exploraciones repetidas caen dentro del 1DE (± 0.010 g/cm² para Columna AP L1-L4)
2 - USA (NHANES combinados (edad 20-30) / Lunar (edad 20-40)) Columna AP Población de referencia (v112)
3 - Ajustado para edad, peso (mujeres 25-100 kg), origen étnico
11 - Organización Mundial de la Salud - Definición de osteoporosis y osteopenia en mujeres caucásicas: Normal = Puntuación T igual o superior a -1.0 DE; Osteopenia = Puntuación T entre -1.0 y -2.5 SD; Osteoporosis = Puntuación T igual o inferior a -2.5 DE; (las definiciones de la OMS son válidas sólo si se utiliza una base de datos de referencia de mujeres caucásicas jóvenes y sanas para determinar sus T-scores.)

Lunar iDXA
me+210172

GE Healthcare

# CLINICA DEL COUNTRY
## CENTRO DIAGNOSTICO
## CRA 18 NO. 82-39 TEL 5300470  EXT2972

| Paciente: | GONZALEZ DE BARBERI, NANCY TERESA | ID del paciente: | 31258112CC |
|---|---|---|---|
| Fecha de nacimiento: | 18/3/53   70.0 años | Médico tratante: | JESUS HERNANDO GONZALEZ |
| Estatura / Peso: | 150.3 cm   66.1 kg | Medido: | 31/3/23   08:30:32 a.m.  (13.60) |
| Sexo / Origen étnico: | Mujer   Hispano | Analizado: | 31/3/23   08:31:52 a.m.  (13.60) |

DualFemur Densidad ósea Tendencia



Esta imagen no es para diagnóstico



**Ref. de la densitometría: Total (DMO)**
DMO (g/cm²)        AJ T-score

**Tendencia:Total Media (DMO)**
%Cambio con respecto a la línea ba

Resultados de gráfico HAL no disponibles

(Derecho = 98.3 mm)     (Izquierda = 99.6 mm)

| Región | 1 DMO (g/cm²) | 2, 7 Adulto-Joven Puntuación T | 3 Ajust. a edad Puntuación Z |
|---|---|---|---|
| Cuello | | | |
| Izquierda | 0.793 | -1.8 | -0.1 |
| Derecha | 0.826 | -1.5 | 0.1 |
| Media | 0.810 | -1.6 | 0.0 |
| Diferencia | 0.032 | 0.2 | 0.2 |
| Total | | | |
| Izquierda | 0.861 | -1.2 | 0.3 |
| Derecha | 0.884 | -1.0 | 0.5 |
| Media | 0.873 | -1.1 | 0.4 |
| Diferencia | 0.024 | 0.2 | 0.2 |

**Tendencia:Total Media**

| Medido Fecha | Edad (años) | 1 DMO (g/cm²) | Cambiar a Línea base (%) | Línea base (g/cm²) |
|---|---|---|---|---|
| 31/3/23 | 70.0 | 0.873 | inicio | inicio |

COMENTARIOS: MENOPAUSIA 50 AÑOS

1 - Estadísticamente 68% de las exploraciones repetidas caen dentro del 1DE (± 0.010 g/cm² para DualFemur Total)
2 - USA (NHANES combinados (edad 20-30) / Lunar (edad 20-40)) Fémur Población de referencia (v112)
3 - Ajustado por edad, peso (mujeres 25-100 kg), origen étnico
7 - DualFemur Total la diferencia Puntuación T es 0.2. Asimetría es Ninguna.
11 - Organización Mundial de la Salud - Definición de osteoporosis y osteopenia en mujeres caucásicas: Normal = Puntuación T igual o superior a -1.0 DE; Osteopenia = Puntuación T entre -1.0 y -2.5 SD; Osteoporosis = Puntuación T igual o inferior a -2.5 DE; (las definiciones de la OMS son válidas sólo si se utiliza una base de datos de referencia de mujeres caucásicas jóvenes y sanas para determinar los T-scores.)

Impreso: 31/3/23 08:32:00 a.m. (13.60); Nombre del archivo: dxzdsr4i64.mex; Fémur derecho: 17.8:%Grasa=36.7%; Ángulo del cuello (grad)= 50; Modo de exploración: Estándar   146.0 µGy; Fémur izquierdo; 17.5:%Grasa=36.1%; Ángulo del cuello (grad)= 47; Modo de exploración: Estándar   146.0 µGy

 GE Healthcare

Lunar iDXA
me+210172

# DR. CARLOS ARTEAGA UNIGARRO

MEDICO INTERNISTA- REUMATOLOGO
UNIVERSIDAD DE EL BOSQUE-FSFB
UNIVERSIDAD NACIONAL DE COLOMBIA
RM. 12748022

28/abr./2023

NANCY TERESA GONZALEZ DE B
Documento:CC 31258112

SS/     RX DE RODILLAS COMPARATIVAS CON APOYO



Cra 16 No 82 - 74  Ed.  San Sebastián del Country     Cons 501     TEL 691 9240 – 6919264 -3184032011

Página 1 de 1

| Paciente | Examen |
|---|---|
| Nombre: Nancy Teresa Gonzalez De Barberi | Médico referente: GONZALEZ JESUS HERNANDO |
| Cédula: 31258112 | IPS: AYUDAS DIAGNÓSTICAS SALUDSURA CALLE 100 |
| Sexo: F | Fecha del examen: 31/05/2023 |
| Teléfono: 6959111 | Fecha de finalización: 31/05/2023 09:30:25 PM |
| Edad: 70año(s) 2ms. | Ciudad: BOGOTÁ |

**ESTUDIO REALIZADO: RX RODILLAS COMPARATIVAS**

**TÉCNICA:**
Estudio realizado en equipo de radiología convencional digital.

**HALLAZGOS:**

En las proyecciones obtenidas se observa afilamiento de espinas tibiales, formaciones osteofíticas en los platillos tibiales y en los contornos  posteriores de las patelas.

No hay  signos de fractura.

No hay calcificaciones intra ni periarticulares.

**IMPRESIÓN DIAGNÓSTICA:**
Cambios gonartrósicos iniciales  bilaterales.

JAVIER DARIO CIFUENTES SANDOVAL
Médico Radiólogo RM 2589

Tecnólogo:Jessica Alejandra Suarez Murillo

Página 1 de 1

| Paciente | Examen |
|---|---|
| Nombre: Nancy Teresa Gonzalez De Barberi | Médico referente: GONZALEZ JESUS HERNANDO |
| Cédula: 31258112 | IPS: AYUDAS DIAGNÓSTICAS SALUDSURA CALLE 100 |
| Sexo: F | Fecha del examen: 31/05/2023 |
| Teléfono: 6959111 | Fecha de finalización: 31/05/2023 09:30:25 PM |
| Edad: 70año(s) 2ms. | Ciudad: BOGOTÁ |

**ESTUDIO REALIZADO: RX RODILLAS COMPARATIVAS**

**TÉCNICA:**
Estudio realizado en equipo de radiología convencional digital.

**HALLAZGOS:**

En las proyecciones obtenidas se observa afilamiento de espinas tibiales, formaciones osteofíticas en los platillos tibiales y en los contornos posteriores de las patelas.

No hay signos de fractura.

No hay calcificaciones intra ni periarticulares.

**IMPRESIÓN DIAGNÓSTICA:**
Cambios gonartrósicos iniciales bilaterales.

_____
JAVIER DARIO CIFUENTES SANDOVAL
Médico Radiólogo RM 2589

Tecnólogo:Jessica Alejandra Suarez Murillo

Bogotá, 8/06/2023

NOMBRE:                GONZALEZ DE BARBERI,NANCY TERESA

IDENTIFICACION:      31258112CC

FECHA DE NACIMIENTO:  18/03/1953

SERVICIO:



**Clínica del Country**
Carrera 16 N° 82 - 57
Conmutador: 530 04 70
Fax Médico: 530 13 04
Fax Administrativo: 530 0912
Nit: 830 005 028-1
www.clinicadelcountry.com

**Reporte:**

**ECOGRAFÍA ARTICULAR DE HOMBRO:**

Con transductor lineal se realizó barrido sonográfico a nivel del hombro derecho con los siguientes hallazgos:

El tendón largo del bíceps tiene adecuada continuidad y movilidad, se identifica discreta cantidad de líquido libre peritendinoso.

Los elementos del manguito rotador de un aspecto ecográfico normal en adecuada continuidad y movilidad con la aducción abducción.

La bursa subacromiosubdeltoidea de aspecto normal.

Las superficie articular humeral es regular.

OPINIÓN:

Se identifica tendinosis del bíceps.

DR. ANTONIO MORENO SANCHEZ
MD. RADIOLOGO R.M. 80180420

*"Los estudios de Imagenología son ayudas diagnósticas, su médico tratante debe correlacionar estos resultados con los hallazgos clínicos, para determinar su diagnóstico y plan de tratamiento".*

# DR. CARLOS ARTEAGA UNIGARRO

MEDICO INTERNISTA- REUMATOLOGO
UNIVERSIDAD DE EL BOSQUE-FSFB
UNIVERSIDAD NACIONAL DE COLOMBIA
RM. 12748022

28/abr./2023

NANCY TERESA GONZALEZ DE B
Documento:CC 31258112

SS/     ECOGRADIA DE HOMBRO DERECHO



---

Cra 16 No 82 - 74  Ed.  San Sebastián del Country     Cons 501     TEL 691 9240 – 6919264 -3184032011



GONZALEZ DE BARBERI , NANCY TERESA ,        Mujer 31258112        68 6.3
Salud Sura Calle 100        31/05/2023 07:05:25        Tg. Suarez Jessica  57.4 %



Der.

Izq.

31/05/2023 07:06:36
GONZALEZ DE BARBERI , NANCY TERESA ,
55.9 %
Mujer 31258112
31/05/2023 07:07:08
50.3 %

**FECHA:** 26 Sept 2019

**NOMBRE:** Nancy Gonzalez Z.

**C.c #** 31'258.112

**DOCTOR:** Noé Fernando López C

Internacionalmente se Recomienda examinarse cada año

*Noé Fernando López*
OPTÓMETRA ULS
T.P. 0306 CTNBO

Internacionalmente se Recomienda examinarse cada año

| | ESF | CIL | EJE | AV | ADD |
|---|---|---|---|---|---|
| O.D | +0.25 | -0.75 | 85° | 20/30 | +2.50 |
| O.I | +3.25 | -0.50 | 120° | 20/20 | +2.50 |

Intermedia:

**LENTES:** de Contacto Dailies Aqua

Cerca Especial:

Observaciones: Comfort Plus Multifocal

OT 8.7 +3.25 H1 14.0

P: Formula en progreso Julio 2023



**Dr. Alejandro Orozco Linares**
Gastroenterólogo – Internista
Calle 116 9 -72 Consultorio 703
Teléfonos. 751 7708 ·314 4578279

**Bogotá D.C,** 16/may./2023

| | |
|---|---|
| **Paciente** | : NANCY TERESA GONZALEZ |
| **Entidad** | : SURAMERICANA |
| **Documento** | : CC 31258112 |
| **Edad** | : 70.1 años |
| **Telefono** | : 3113181300 |

### ORDEN MEDICA

Trimebutina + Simeticona   tabletas 200/120 mg. Tomar 1 tableta cada 8 horas.
Vinagre de manzana 1 copa de 5 cc antes del desayuno.
Proteina Vegetal NUtrilite- Colageno   2 frasco. Tomar 1 medida en la mañna y en la noche en un vaso
de agua.
Esomed tabletas   40 mg.   Tomar 1 tableta en ayunas con reflujo.   30 tabletas.
Metamucil sobres adicionar a la porcion proteina en la mañana.
VALORACION POR NUTRICION


Atentamente,


Dr. ALEJANDRO OROZCO LINARES
R.M. 13831



**GASTRO CENTER**
Soluciones en Gastroenterología
Una marca registrada de Alejandro Orozco

Dr. Alejandro Orozco Linares
Gastroenterólogo – Internista
Calle 116 9 -72 Consultorio 703
Teléfonos. 751 7708 -314 4578279

**Bogotá D.C,** 16/may./2023

| | | |
|---|---|---|
| **Paciente** | : | NANCY TERESA GONZALEZ |
| **Entidad** | : | SURAMERICANA |
| **Documento** | : | CC 31258112 |
| **Edad** | : | 70.1 años |
| **Telefono** | : | 3113181300 |

## ORDEN MEDICA

1. Hemograma VSG
2. Proteinas totales y diferenciadas
3. AST ALT F Alalina Bilirrubinas
4. TSH
5 Vitamina D3 25 oh
6. Vitmana B12 Acido Folico
7. Vitamina A
8. Creatinina

Control en un mes con resultados

**Atentamente,**

Dr. ALEJANDRO OROZCO LINARES
R.M. 13831



**GASTRO CENTER**
Soluciones en Gastroenterología
Una marca registrada de Alejandro Orozco

Dr. Alejandro Orozco Linares
Gastroenterólogo – Internista
Calle 116 9 -72 Consultorio 703
Teléfonos. 751 7708 ·314 4578279

**Bogotá D.C,** 16/may./2023

| | |
|---|---|
| **Paciente** | : NANCY TERESA GONZALEZ |
| **Entidad** | : SURAMERICANA |
| **Documento** | : CC 31258112 |
| **Edad** | : 70.1 años |
| **Telefono** | : 3113181300 |

### ORDEN MEDICA

Trimebutina + Simeticona   tabletas 200/120 mg. Tomar 1 tableta cada 8 horas.
Vinagre de manzana 1 copa de 5 cc antes del desayuno.
Proteina Vegetal NUtrilite- Colageno   2 frasco. Tomar 1 medida en la mañna y en la noche en un vaso de agua.
Esomed tabletas    40 mg.   Tomar 1 tableta en ayunas con reflujo.   30 tabletas.
Metamucil sobres adicionar a la porcion proteina en la mañana.
VALORACION POR NUTRICION

Atentamente,

Dr. ALEJANDRO OROZCO LINARES
R.M. 13831



**GASTRO CENTER**
Soluciones en Gastroenterología
Una marca registrada de Alejandro Orozco

**Dr. Alejandro Orozco Linares**
**Gastroenterólogo – Internista**
**Calle 116 9 -72 Consultorio 703**
**Teléfonos. 751 7708 -314 4578279**

**Bogotá D.C,** 16/may./2023

| | |
|---|---|
| **Paciente** | : NANCY TERESA GONZALEZ |
| **Entidad** | : SURAMERICANA |
| **Documento** | : CC 31258112 |
| **Edad** | : 70.1 años |
| **Telefono** | : 3113181300 |

**MOTIVO DE CONSULTA:** Cambios en la dieta

**ENFERMEDAD ACTUAL:** Paciente tiene cambio en la dieta. Distension abdomnal asocaido a nauseas y dolor adbominal infraumbilical dede hace 5 meses.   Cambio en la forma del bolo fecal.   Habito intestinal diario.   Endoscopia polipo corporal polipo hiperplasico   Polipo colon resecado   polipo velloso  sin displasia severa.   Actualmente con dieta hipoproteica en el sitio de reclusion.

**ANTECEDENTES PERSONALES PATOLÓGICOS** (Detallara los antecedentes de importancia clínica, así como el tratamiento que recibe para cada situación comorbida y su duración)
**Cardiovasculares: Normal**
**Pulmonares: Normal**
**Digestivos:Polipos de colon y de estomago**
**Diabetes:Normal**
**Renales: Normal**
**Quirúrgicos: Protesis mamarias hace 40 años y 20 años**
**Alérgicos:   negativo**
**Transfusiones: Negativo**

**FARMACOLÓGICOS:**

| Medicamento | Dosis | Frecuencia |
|---|---|---|
| Allegra | 180 mg dia | 1 al dia |
| | | |
| | | |
| | | |

**ANTECEDENTES PERSONALES NO PATOLÓGICOS** (se anotara aquí lo relacionado a tabaquismo, uso de alcohol, así como diferentes adicciones y su duración, de igual forma se anotaran aquí, de requerirse, los antecedentes sexuales del paciente)
Alcohol: Niega
Tabaquismo:Niega
Drogas:Vitamina C 1 gm al dia Biotina Omega 3
Inmunizaciones:Negativo
Otros:

**ANTECEDENTES FAMILIARES:**

Padre vivo    Si      No x
Enfermedades que padece fallecio de anemia plastica

Madre viva    Si      x  No
Enfermedades que padece   negativo



**Dr. Alejandro Orozco Linares**
**Gastroenterólogo – Internista**
**Calle 116 9 -72 Consultorio 703**
**Teléfonos. 751 7708 -314 4578279**

Hermanos ¿Cuántos?   4        Vivos: 4
Enfermedades que padecen:

Otros:

<u>**ANTECEDENTES GINECO-OBSTETRICOS**</u>:

Menarquia:        Ritmo:         F.U.M.:
G:2      P:2       A:0      C: 0
I.V.S.A:
Uso de Métodos Anticonceptivos:        Si:        No:

¿Cuáles?

<u>**REVISIÓN POR SISTEMAS**</u>:

| Sistema | Normal | Anormal | Observación |
|---|---|---|---|
| Circulatorio | x | | |
| Muscular | x | | |
| Nervioso | x | | |
| Genital | x | | |
| Urinario | x | | |
| Respiratorio | x | | |
| Digestivo | | x | Gastritis. Poipo de colon |
| Endocrino | x | | Polimialgia reumatica |

<u>**PEEA.**</u> (En este apartado se integrara lo relacionado con el padecimiento actual que hace que el paciente acuda, es de mencionar que de cada uno de los síntomas se solicitara un desglose adecuado en base a calidad, cantidad, cronología, área, agravantes, atenuantes y acompañantes.)

<u>**DOLOR ABDOMINAL**</u>:   Si ocasional

<u>**LOCALIZACION**</u>:

| HIPOCONDRIO DERECHO | | EPIGASTRIO | | HIPOCONDRIO IZQUIERDO | |
|---|---|---|---|---|---|
| FLANCO DERECHO | | MESOGASTRIO | | FLANCO IZQUIERDO | |
| FOSA ILIACA DERECHA | | HIPOGASTRIO | | FOSA ILIACA IZQUIERDA | |

**DESCRIPCION DEL DOLOR**: en region infraumbilical

**TIEMPO DE EVOLUCIÓN**: 5 meses

**DIARREA**: no

**TABLA DE HECES DE BRISTOL**



**Dr. Alejandro Orozco Linares**
**Gastroenterólogo – Internista**
**Calle 116 9 -72 Consultorio 703**
**Teléfonos. 751 7708 -314 4578279**

| TIPO | DESCRIPCION | |
|---|---|---|
| 1 | ESTREÑIMIENTO SEVERO | |
| 2 | ESTREÑIMIENTO LEVE | |
| 3 | NORMAL | x |
| 4 | NORMAL | |
| 5 | FALTA DE FIBRA | |
| 6 | DIARREA LEVE | |
| 7 | DIARREA SEVERA | |

Liquida:          acuosa:        Desde cuándo:

Con presencia de sangre:        pus:          moco:

Frecuencia al día: intervalos de:

**ESTREÑIMIENTO:**    Cada cuanto evacua:        Frecuencia:    Desde cuando

**VOMITO:** frecuencia Desde cuando

**NAUSEAS:** frecuencia Desde cuando

**ACIDEZ:**  si    frecuencia      Desde cuando

**FIEBRE:**      frecuencia:      Desde cuando

**OTROS SINTOMAS:**


**SIGNOS VITALES:**
T.A.: SISTOLE: 129    DIASTOLE: 86  (Brazo derecho)        F.C  69
Peso:66.5 kilos              Talla:   153    IMC:

**EXPLORACIÓN FÍSICA:**

| | Parte del cuerpo | Variable |
|---|---|---|
| a. | Boca | Normal |
| b. | Cuello | Normal |
| c. | Tórax | Normal |
| d. | Abdomen | Globoso abundante paniculo adipos   sinmasa ni megalias |
| e. | Extremidades | Normal |
| f. | Neurológico | Normal |
| g. | Osteomuscular | Nromal |
| h. | Piel y faneras | Normal |
| i. | Aspecto general | Nromal |

**OBSERVACIONES:**


**GASTRO CENTER**
Soluciones en Gastroenterología
Una marca registrada de Alejandro Orozco

**Dr. Alejandro Orozco Linares**
Gastroenterólogo – Internista
Calle 116 9 -72 Consultorio 703
Teléfonos. 751 7708 -314 4578279

**DIAGNÓSTICO**:     Sindrome de colon irritable.   Polipos de colon    Polipo corporal estomago
Obesidad grado 1. ERGE     **CIE**:

**AYUDAS DIAGNOSTICAS**:

| CUPS | DESCRIPCION | |
|------|-------------|---|
| 423301 | POLIPECTOMÍA DE ESÓFAGO VÍA ENDOSCÓPICA | |
| 441302 | ESOFAGOGASTRODUODENOSCOPIA [EGO] CON O SIN BIOPSIA | |
| 451302 | ENTEROSCOPIA O ENDOSCOPIA DE INTESTINO DELGADO DESPUÉS DEL DUODENO | |
| 451306 | ENTEROSCOPIA O ENDOSCOPIA DE INTESTINO DELGADO DESPUÉS DEL DUODENO CON BIOPSIA | |
| 452305 | COLONOSCOPIA TOTAL CON O SIN BIOPSIA | X EN UN AÑO |
| 452401 | SIGMOIDOSCOPIA FLEXIBLE O RÍGIDA | |
| 454205 | MUCOSECTOMÍA DE COLON O RECTO VÍA ENDOSCÓPICA | |
| 454201 | RESECCIÓN ENDOSCÓPICA DE LESIONES EN SIGMOIDE (RESECCIÓN ENDOSCOPICA DE POLIPOS DEL RECTO) | |
| 454202 | RESECCION ENDOSCOPICA DE LESIONES DE COLON NCOC •(RESECCIÓN ENDOSCOPICA DE POLIPOS DEL COLON) | |
| 482701 | MANOMETRÍA ANORECTAL | |
| 451401 | VIDEO CAPSULA ENDOSCÓPICA | |
| 494001 | LIGADURA DE HEMORROIDES | |
| 881314 | ULTRASONOGRAFIA ENDOSCÓPICA DE ESTOMAGO | |
| 881312 | ULTRASONOGRAFIA ENDOSCÓPICA DE ESOFAGO | |
| 881319 | ULTRASONOGRAFIA ENDOSCÓPICA RECTAL | |
| 893905 | MONITOREO DE pH ESOFÁGICO EN 24 HORAS [pHMETRÍA] CON IMPEDANCIOMETRÍA | |
| 893824 | PRUEBA DE HIDRÓGENO ESPIRADO(GLUCOSA,FRUCTUOSA,LACTULOSA,LACTOSA) | |
| 893200 | MANOMETRÍA ESOFÁGICA CON IMPEDANCIOMETRÍA | |
| 903043 | PRUEBA DE ALIENTO PARA HELICOBACTER PILORY | |
| 881302 | ECOGRAFÍA DE ABDOMEN TOTAL (HÍGADO, PÁNCREAS,VESÍCULA VÍAS BILIARES , RIÑONES, BAZO, GRANDES VASOS,PELVIS Y FLANCOS) | |
| 881301 | ECOGRAFÍA DE TEJIDOS BLANDOS DE PARED ABDOMINAL Y DE PELVIS | |

| PATOLOGIAS PRIORITARIAS | | OBSERVACION |
|---|---|---|
| | **Endoscopia de vías digestivas altas EVDA.** | |
| 1 | Paciente con deterioro clínico con alta sospecha de patología neoplásica | |
| 2 | Extracción de cuerpo extraño | |
| 3 | Sangrado digestivo en paciente hemodinamicamente estable | |
| 4 | Sangrado digestivo agudo o crónico agudizado | |
| 5 | Paciente con enfermedad acido péptica, refractario o tratamiento con inhibidor   de bomba de protones por 4 semanas y sin toma de endoscopia de vías  digestivas en el último año. | |
| | **Endoscopía de vía digestiva baja EVDB:** | OBSERVACION |
| 6 | En casos de alta sospecha de patología neoplásica (banderas rojas). | |
| 7 | Paciente con síndrome de intestino irritable, refractario a tratamiento, sin toma de colonoscopia en el último año. | |

**PARACLÍNICOS**:

**Medicamentos Prescritos**: Trimebutina + Simeticona   tabletas 200/120 mg. Tomar 1 tableta cada 8 horas.    Vinagre de manzana 1 copa de 5 cc antes del desayuno.

| Medicamento | dosis | Frecuencia |
|---|---|---|
| | | |
| | | |



**Dr. Alejandro Orozco Linares**
**Gastroenterólogo – Internista**
**Calle 116 9 -72 Consultorio 703**
**Teléfonos. 751 7708 -314 4578279**

| | | |
|---|---|---|
| | | |

**RECOMENDACIONES**:Observe cuidadosamente su estado de salud o el efecto del tratamiento, ante cualquier cambio de salud comuníquese con nosotros inmediatamente. Sugiero dieta hiperproteica normocalorica baja en grasa y carbohidratos. Valoracion por nutricion para iniciar dieta 1200 kcal dias. Abundante agua.

**SIGNOS DE ALARMA**:Si se intensifica la sintomatología tratada en su cita o manifiesta algún síntoma inusual a los que ha venido presentando e informados al momento de la consulta (fiebre, dolor más intenso o agudo, sangrado, vómito y diarrea de manera reiterada), comuníquese o si es el caso remítase a urgencias.

**Atentamente,**

_____
Dr. ALEJANDRO OROZCO LINARES
R.M. 13831



**G GASTRO CENTER**
Soluciones en Gastroenterología
Una marca registrada de Alejandro Orozco

**Dr. Alejandro Orozco Linares**
**Gastroenterólogo – Internista**
**Calle 116 9 -72 Consultorio 703**
**Teléfonos. 751 7708 -314 4578279**

**Bogotá D.C,** 16/may./2023

| | |
|---|---|
| **Paciente** | : NANCY TERESA GONZALEZ |
| **Entidad** | : SURAMERICANA |
| **Documento** | : CC 31258112 |
| **Edad** | : 70.1 años |
| **Telefono** | : 3113181300 |

**ORDEN MEDICA**

1. Hemograma VSG
2. Proteinas totales y diferenciadas
3. AST ALT F Alalina Bilirrubinas
4. TSH
5 Vitamina D3 25 oh
6. Vitmana B12 Acido Folico
7. Vitamina A
8. Creatinina

Control en un mes con resultados

**Atentamente,**

Dr. ALEJANDRO OROZCO LINARES
R.M. 13831



Salud | sura

| **Nombre:** NANCY TERESA GONZALEZ DE BARBERI **Cédula:** 31258112 | **Sexo:** F **Tel:** 6959111 | **Edad:** 70 años y 0 meses |
| **Médico Referente:** DIANA GARZON NOSSA | **IPS:** SALUD SURA POLIZA | |
| **Fecha Exámen:** 27/03/2023 | **Fecha de Finalizado:** 31/03/2023 | **Ciudad:** Bogotá |

**LABORATORIO DE PATOLOGIA**     **Informe No: 23P037425**

## DESCRIPCIÓN:

**MACROSCÓPICA:**

Rotulado "Pólipo de colon ascendente". En formol se recibe un fragmento de tejido color pardo claro, de consistencia blanda, que miden 0.2 x 0.2 cm. Se procesa todo en un bloque 1A.
Rotulado "Pólipo colon descendente". En formol se recibe múltiples fragmentos de tejido color pardo claro, de consistencia blanda, que miden 0.3 x 0.2 cm. Se procesa todo en un bloque 2A.

**MICROSCÓPICA:**

1A, 2A: Los cortes muestran tejido colónico con una lesión conformada por la proliferación adenomatosa de las criptas, las cuales adoptan un patrón predominantemente velloso y están tapizadas por células con displasia de bajo grado, con depleción en la producción de moco, trastorno de la polaridad nuclear y en algunos sectores con presencia de figuras mitóticas.

**Procedimiento: RESECCIÓN**
**Organo:** COLON ASCENDENTE (DERECHO)
**Diagnóstico:** -ADENOMA VELLOSO CON DISPLASIA DE BAJO GRADO.

**Organo:** COLON DESCENDENTE (IZQUIERDO)
**Diagnóstico:** -ADENOMA SESIL ASERRADO CON DISPLASIA DE BAJO GRADO.

**MARIO ALEXANDER MELO URIBE**
**Médico Patólogo RM. 91514516**



| | |
|---|---|
| **Nombre:** NANCY TERESA GONZALEZ DE BARBERI **Cédula:** 31258112 | **Sexo:** F  **Tel:** 6959111  **Edad:** 70 años y 0 meses |

**Médico Referente:** DIANA GARZON NOSSA                    **IPS:** SALUD SURA POLIZA

**Fecha Exámen:** 27/03/2023          **Fecha de Finalizado:** 31/03/2023          **Ciudad:** Bogotá

**LABORATORIO DE PATOLOGIA**          **Informe No:** 23P037424

## DESCRIPCIÓN:

### MACROSCÓPICA:

Rotulado "Cardias". En formol se recibe un fragmento de tejido color pardo claro, de consistencia blanda, que miden 0.3 x 0.2 cm. Se procesa todo en un bloque 1A.
Rotulado "Pólipo de cuerpo". En formol se recibe cuatro fragmentos de tejido color pardo claro, de consistencia blanda, que miden 0.3 x 0.2 cm. Se procesa todo en un bloque 2A.
Rotulado "Cuerpo". En formol se recibe dos fragmentos de tejido color pardo claro, de consistencia blanda, que miden 0.3 x 0.2 cm. Se procesa todo en un bloque 3A.
Rotulado "Antro e incisura". En formol se recibe cuatro fragmentos de tejido color pardo claro, de consistencia blanda, que miden 0.3 x 0.2 cm. Se procesa todo en un bloque 4A.

### MICROSCÓPICA:

1A, 3A, 4A. Los cortes muestran mucosa gástrica de tipo corantral con edema de la lámina propia e inflamación de predominio mononuclear. No se evidencia Helicobacter pylori, atrofia glandular, metaplasia intestinal, displasia celular ni malignidad.
2A.Los cortes muestran fragmentos de pólipo, constituido por glándulas fundocorporales sin atipia, algunas de ellas dilatadas, asociado a hiperplasia del epitelio foveolar e inflamación mixta. No se reconoce atrofia metaplasia, displasia ni malignidad.

| | |
|---|---|
| **Procedimiento:** | **BIOPSIA POR ENDOSCOPIA DIGESTIVA SUPERIOR** |
| **Organo:** | **CARDIAS** |
| **Diagnóstico:** | **- GASTRITIS CRONICA DIFUSA, SIN ACTIVIDAD AGUDA NI ATROFIA** |
| | **- NEGATIVO PARA HELICOBACTER PYLORI, METAPLASIA INTESTINAL, DISPLASIA Y MALIGNIDAD.** |
| **Organo:** | **ESTOMAGO - CUERPO** |
| **Diagnóstico:** | **ROTULADO "PÓLIPO DE CUERPO":** |
| | **-PÓLIPO HIPERPLÁSICO DE GLÁNDULAS FÚNDICAS.** |
| | **-NEGATIVO PARA DISPLASIA Y MALIGNIDAD.** |
| | **ROTULADO "CUERPO":** |
| | **- GASTRITIS CRONICA DIFUSA, SIN ACTIVIDAD AGUDA NI ATROFIA** |
| | **- NEGATIVO PARA HELICOBACTER PYLORI, METAPLASIA INTESTINAL, DISPLASIA Y MALIGNIDAD.** |
| **Organo:** | **ESTOMAGO** |
| **Diagnóstico:** | **- GASTRITIS CRONICA DIFUSA, SIN ACTIVIDAD AGUDA NI ATROFIA** |
| | **- NEGATIVO PARA HELICOBACTER PYLORI, METAPLASIA INTESTINAL, DISPLASIA Y MALIGNIDAD.** |

E-mail: servicioalcliente@dinamicalps.com.co     - Av Caracas # 49 - 55     - Tel: 3314500

10041284535382023 - Fecha de impresión: 2023/04/10



| | | | | |
|---|---|---|---|---|
| **Nombre:** NANCY TERESA GONZALEZ DE BARBERI **Cédula:** 31258112 | | **Sexo:** F | **Tel:** 6959111 | **Edad:** 70 años y 0 meses |
| **Médico Referente:** DIANA GARZON NOSSA | | **IPS:** SALUD SURA POLIZA | | |
| **Fecha Exámen:** 27/03/2023 | **Fecha de Finalizado:** 31/03/2023 | | **Ciudad:** Bogotá | |

**LABORATORIO DE PATOLOGIA**      **Informe No: 23P037424**

_(firma)_

**MARIO ALEXANDER MELO URIBE**
**Médico Patólogo RM. 91514516**

Página 2 de 3



Nombre: Nancy Teresa Gonzalez De Barberi
Cédula: 31258112

Fecha del exámen: 2023/0
Fecha de finalización: 2023/04/03 12:05:34 p. m.



Página 1 de 3

## Paciente
**Nombre:** Nancy Teresa Gonzalez De Barberi
**Cédula:** 31258112
**Sexo:** Femenino
**Teléfono:** 6959111
**Edad:** 70año(s)

## Examen
**Médico referente:** Fabio Murillo
**IPS:** GASTRO CALLE 100
**Fecha del examen:** 2023/03/27
**Fecha de finalización:** 2023/03/27 10:30:03 a. m.
**Ciudad:** BOGOTÁ

**ESTUDIO: ENDOSCOPIA DIGESTIVA**

**INDICACION:**
**Dolor abdominal**

**SEDACIÓN:**
**Dr. Rojas**

**HALLAZGOS:**

**ESOFAGO**
**Paso fácil del endoscopio por el cricofaringeo. Mucosa, calibre y motilidad normal.**

**UNION ESOFAGOGASTRICA**
**Línea Z a los 35 cm. Compresión diafragmática a los 36 cm. Hiato competente**

**ESTOMAGO**
**Lago gástrico claro. En el cardias, pliegues con edema, eritema y erosiones, se tomaron biopsias, frasco 1. No se observan lesiones subcardiales a la retrovisión. Mucosa fúndica normal. Distensibilidad conservada. En el cuerpo, hacia la pared anterior, se encuentran dos pólipos de entre 4 y 5 mm, que se resecaron al tomar biopsia, frasco 2. Incisura angularis sin lesiones.  En el cuerpo y en el antro presenta eritema plano. En el antro discretas elevaciones, con erosión central. Se tomaron biopsias: Frasco 3, cuerpo. Frasco 4, antro e incisura.**

**PÍLORO**
**Central y permeable**

**DUODENO**
**Normal, hasta la segunda porción.**

**Se finaliza estudio sin complicaciones.**

**IMPRESIÓN DIAGNOSTICA:**

1. **CARDITIS EN ESTUDIO**
2. **PÓLIPOS EN CUERPO GÁSTRICO RESECADOS**
3. **GASTRITIS ERITEMATOSA CRONICA ANTRAL**
4. **GASTRITIS EROSIVA CRÓNICA ANTRAL**

Página 2 de 3

Nombre: Nancy Teresa Gonzalez De Barberi
Cédula: 31258112

Fecha del exámen: 2023/03/27
Fecha de finalización: 2023/03/27 10:30:03 a. m.





# SERVICIO DE GASTROENTEROLOGIA Y ENDOSCOPIA DIGESTIVA



## COLONOSCOPIA TOTAL

**FECHA:** 2023-03-27

**NOMBRE:** NANCY TERESA GONZALEZ DE BARBERI    **DOCUMENTO:** 31258112    **EDAD:** 70 años

**INDICACIÓN:** DOLOR ABDOMINAL

**SEDACIÓN:** Dr. ROJAS    **MD REMITENTE:** Dr. GONZALEZ

   

  

**INSPECCIÓN:** Pliegues anales redundantes.

**TACTO RECTAL:** Esfínter normo tónico. Ampolla rectal vacía, no se palpan masas.

**ANOSCOPIA:** No se aprecian paquetes hemorroidales internos en toda la circunferencia. Papilas anales normales.

**COLONOSCOPIA:** Se avanza el colonoscopio hasta el ciego encontrando las mucosas en toda su extensión endoscópicamente normales con buen patrón vascular y austral, buena distensibilidad de las paredes. Se visualiza orificio apendicular y válvula ileocecal normal. Se canula la válvula ileocecal, la mucosa examinan los 10 cm distales de íleon, con mucosa de aspecto normal. Ángulo hepático, colon transverso, ángulo esplénico, colon sigmoide y recto. En el colon ascendente, se encuentra pólipo de 5 mm, que se resecó al tomar biopsias, frasco 1. En el colon descendente, se encuentra pólipo de aproximadamente 6 mm, que se resecó con pinza de biopsia, frasco 2.

Preparación por escala de Boston: 7/9 CD 2 CT 3 CI 2
Tiempo de retiro del equipo: 9 minutos

Se finaliza estudio sin complicaciones.

**DIANA CAROLINA GARZON NOSSA**
**GASTROENTEROLOGA**
**Reg. 52719062**

# SERVICIO DE GASTROENTEROLOGIA Y ENDOSCOPIA DIGESTIVA



SaludSura Calle100

## COLONOSCOPIA TOTAL

**FECHA:** 2023-03-27

**NOMBRE:** NANCY TERESA GONZALEZ DE BARBERI

**DOCUMENTO:** 31258112   **EDAD:** 70 años

**INDICACIÓN:** DOLOR ABDOMINAL

**SEDACIÓN:** Dr. ROJAS

**MD REMITENTE:** Dr. GONZALEZ

**DIAGNÓSTICOS:**
1. PLIEGUES ANALES REDUNDANTES
2. PÓLIPOS COLÓNICOS RESECADOS
3. ILEOSCOPIA TERMINAL NORMAL

**DIANA CAROLINA GARZON NOSSA**
**GASTROENTEROLOGA**
**Reg. 52719062**

Página 1 de 3



## Paciente

Nombre: Nancy Teresa Gonzalez De Barberi
Cédula: 31258112
Sexo: Femenino
Teléfono: 6959111
Edad: 70año(s)

## Examen

Médico referente: Fabio Murillo
IPS: GASTRO CALLE 100
Fecha del examen: 2023/03/27
Fecha de finalización: 2023/04/03 12:05:34 p. m.
Ciudad: BOGOTÁ

**ESTUDIO: COLONOSCOPIA TOTAL**

**INDICACION:**
Dolor abdominal

**SEDACION:**
Dr. Rojas

**INSPECCIÓN:**
Pliegues anales redundantes.

**TACTO RECTAL**
Esfínter normo tónico. Ampolla rectal vacía, no se palpan masas.

**ANOSCOPIA**
No se aprecian paquetes hemorroidales internos en toda la circunferencia. Papilas anales normales.

**COLONOSCOPIA**
Se avanza el colonoscopio hasta el ciego encontrando las mucosas en toda su extensión endoscópicamente normales con buen patrón vascular y austral, buena distensibilidad de las paredes. Se visualiza orificio apendicular y válvula ileocecal normal. Se canula la válvula ileocecal, la mucosa examinan los 10 cm distales de ileon, con mucosa de aspecto normal. Ángulo hepático, colon transverso, ángulo esplénico, colon sigmoide y recto. En el colon ascendente, se encuentra pólipo de 5 mm, que se resecó al tomar biopsias, frasco 1. En el colon descendente, se encuentra pólipo de aproximadamente 6 mm, que se resecó con pinza de biopsia, frasco 2.

**Preparación por escala de Boston: 7/9 CD 2 CT 3 CI 2**
**Tiempo de retiro del equipo: 9 minutos**

**Se finaliza estudio sin complicaciones.**

**IMPRESIÓN DIAGNOSTICA**

1. **PLIEGUES ANALES REDUNDANTES**
2. **PÓLIPOS COLÓNICOS RESECADOS**
3. **ILEOSCOPIA TERMINAL NORMAL**

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112  ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA   Procedente  de : BOGOTA

### Controles

**24 de Julio de 2023  (08:52 AM)**

*ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS*

VIENE A CONTROL CON RESULTADO DE EXAMENES DE LABORATORIO EL PARCIAL DE
ORININA ESTA BIEN Y EL CULTIVO NEGATIVO Y CONTROL POR URTICARIA Y MANCHAS EN
REGION CERVICAL Y PECHO

SE LEPRACTICO LASER NDY EN MANCHAS RESIDUALES Y QUERATOSIS ACTINCIAS

*RECETARIOS*

1. SUN SHIELD
EXTRACTO DE  POLYPODIUM LEUCOTOMOS 240 MG
CAPSULAS #  2 FRASCOS
TOMAR 2 CAP DIARIAS

2. LECETIR TAB #1 CAJA
Tomar 1 tab. al dia

3. PH 33 Emulsión x 100gr#1
MENTOL 0.5%
ALCANFOR 0.4%
OXIDO DE ZINC 2%          Aplicar a necesidad en sitios de rascado
DESONIDA 0.1%
SILICONA 1%
ALANTOINA 0.2%
TRICLOSAN (IRGASAN) 0.6%

4. HYDRASKIN EYES TUBO #1
APLICAR 2 VECES AL DIA

5. KIT DERMALY ESENCIALES

DERMALY ESENCIALES LIMPIADOR FACIAL FRASCO #1
UTILIZAR DIA Y NOCHE COMO LIMPIADOR

DERMALY  ESENCIALES HIDRATANTE FACIAL FRASCO #1
APLICAR EN LA MAÑANA Y EN LA NOCHE

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA  Procedente  de :  BOGOTA

DERMALY ESENCIALES
PROTECTOR SOLAR 50+ SPF
APLICAR 2 VECES AL DIA

6. VITAMINA C SPRAY ADA VON SEIDE  30 ML# 1 FCO
APLICAR 2 VECES AL DIA.

7. HYDRAXER HYALURON BOOSTER  # 2 FRASCO
VOLUMINIZADOR PROBIOTICO ANTIPOLUCION
APLICAR DIA Y NOCHE

8. RETIMAX BIO FRASCO #2
REESTRUCTURADOR ANTIAGE
APLICAR 2 VECESAL DIA

9. HYDRAMED  FLUID
HIDRATANTE CORPORAL #1 FRASCO
APLICAR DESPUES DEL BAÑO O/Y EN LA NOCHE

10. PH 241 GOTERO X 10 ML
LATANOPROST  0.1% APLICAR COMO PESTAÑINA

11. ALLEGRA PASTILLAS # 180
TOMAR UNA CADA MAÑANA

*FORMULA VIRTUAL*
8. RETIMAX BIO FRASCO #2
REESTRUCTURADOR ANTIAGE
APLICAR 2 VECESAL DIA

9. HYDRAMED  FLUID
HIDRATANTE CORPORAL #1 FRASCO
APLICAR DESPUES DEL BAÑO O/Y EN LA NOCHE

10. PH 241 GOTERO X 10 ML
LATANOPROST  0.1% APLICAR COMO PESTAÑINA

11. ALLEGRA PASTILLAS # 180
TOMAR UNA CADA MAÑANA

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112   ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA   Procedente  de : BOGOTA

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**27 de Junio de 2023  (10:56 AM)**

**FORMULA VIRTUAL**

CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA No 31'258.112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA LUNES 24 DE JULIO DEL AÑO 2023
HORA 8:00 AM, EN LA DIRECCION AVENIDA CALLE  127 # 19 A 44 CONSULTORIO
402- 403,EDIFICIO ACOMEDICA ii PARA CONTROL DE PROCEDIMIENTO.

ATENTAMENTE.

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*ALMIRANTE COLON*

**23 de Junio de 2023  (10:41 AM)**

**ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS**

VIENE A PROCEDIMIENTO RETIRO DE VERRUGAS VIRICAS DE CUELLO PAPILOMAS
BASOCELULARES DE  ABDOMEN  E INGLES

TRAE RESULTADO DE EXAMENES DE LABORATORIO CON RESULTADO PARCIAL DE ORINA
CON BACTERIAS Y LEUCOCITOSCULTIVO Y  ANTIBIOGRAMA  E COLI  SENSIBLE   A TMP
SULFA Y NITROFURANTOINA,  VITAMINA D 28  RESTO NEGATIVO
SE REALIZA PROCEDIMIENTO SIN COMPLICACIONES

**DESCRIPCION QUIRURGICA**

PREVIA ASEPSIA Y ANTISEPSIA DEL AREA

---

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de : ANDALUCIA  Procedente  de : BOGOTA

BAJO ANESTESIA. LOCAL LIDOCAINA CON EPINEFRINA

SE PRACTICA. CRIOTERAPIA CON LN2

CON EQUIPO. CRYAC BRYMILL METODO ABIERTO DOBLE CICLO 30"X60" CONO C

EN REGION. INGUINAL Y CERVICAL

BAJO EL DX.  VERRUGAS VIRICAS

PACIENTE TOLERA BIEN EL PROCEDIMIENTO Y NO HUBO COMPLICACIONES

   *RECETARIOS*
1.  MUPICARE UNGUENTO # 1 tubo
APLICAR 2 VECES AL DIA EN LESIONES

2. TRIMETROPIN SULFA 400 - 160 TABLETAS # 20
TOMAR UNA CAPSULA CADA 12 HORAS

3. NITROFURANTOINA TABLETAS #20
TOMAR UNA TABLETA CADA 12 HORAS
INICIAR CUANDO SE LE ACABE EL #2

4. LECETIR TAB #2 CAJA
Tomar 1 tab. en la noche

5. PH 33 Emulsión x 100gr#1
MENTOL 0.5%
ALCANFOR 0.4%
OXIDO DE ZINC 2%          Aplicar a necesidad en sitios de rascado
DESONIDA 0.1%
SILICONA 1%
ALANTOINA 0.2%
TRICLOSAN (IRGASAN) 0.6%

6. SUNSTOP BARRA LABIAL
APLICAR SEGUN NESECIDAD
   *FORMULA VIRTUAL*

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA  Procedente  de :  BOGOTA

VIENE A PROCEDIMIENTO RETIRO DE VERRUGAS VIRICAS DE CUELLO PAPILOMAS
BASOCELULARES DE  ABDOMEN  E INGLES

TRAE RESULTADO DE EXAMENES DE LABORATORIO CON RESULTADO PARCIAL DE ORINA
CON BACTERIAS Y LEUCOCITOSCULTIVO Y  ANTIBIOGRAMA  E COLI  SENSIBLE  A TMP
SULFA Y NITROFURANTOINA,  VITAMINA D 28  RESTO NEGATIVO
SE REALIZA PROCEDIMIENTO SIN COMPLICACIONES

REVIA ASEPSIA Y ANTISEPSIA DEL AREA

BAJO ANESTESIA. LOCAL LIDOCAINA CON EPINEFRINA

SE PRACTICA. CRIOTERAPIA CON LN2

CON EQUIPO. CRYAC BRYMILL METODO ABIERTO DOBLE CICLO 30"X60" CONO C

EN REGION. INGUINAL Y CERVICAL

BAJO EL DX.  VERRUGAS VIRICAS

PACIENTE TOLERA BIEN EL PROCEDIMIENTO Y NO HUBO COMPLICACIONES

**PROCEDIMIENTOS**
SE APLICA TOXINA BUTULINICA TIPO A LAB IPSEN  LOTE W 25608 VENCE 80/24  TERCIO
SUPERIOR DE LA CARA   Y EN BANDAS PLATISMALES SIN COMPLICACIONES

LOTE: A52797   FECHA DE VENCIMIENTO: 12/2024    $ 1'300.000
                                            *DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**8 de Junio de 2023  (12:03 PM)**

**ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS**

CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA No 31'258.112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA MIERCOLES 14 DE JUNIO DEL AÑO 2023
HORA 8:00 AM, EN LA DIRECCION AVENIDA CALLE  127 # 19 A 44 CONSULTORIO
402- 403,EDIFICIO ACOMEDICA II PARA PROCEDIMIENTO.

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112  ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA  Procedente  de : BOGOTA

ATENTAMENTE.

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**14 de Junio de 2023  (12:04 PM)**

**RECETARIOS**

1. HYDRAXER HYALURON BOOSTER  # 21 FRASCO
VOLUMINIZADOR PROBIOTICO ANTIPOLUCION
APLICAR DIA Y NOCHE

**FORMULA VIRTUAL**

CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA No 31'258.112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA VIERNES 23 DE JUNIO DEL AÑO 2023
HORA 8:00 AM, EN LA DIRECCION AVENIDA CALLE  127 # 19 A 44 CONSULTORIO
402- 403,EDIFICIO ACOMEDICA II PARA PROCEDIMIENTO.

ATENTAMENTE.

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**7 de Junio de 2023  (09:25 AM)**

HISTORIA CLINICA 31258112

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112  ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA   Procedente  de : BOGOTA

*ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS*

VIENE A CONSULTA POR ALERGIA Y LESIONES DL CUELLO Y LA CARA MANCHAS Y DESE
ADYSPORT

*RECETARIOS*

1. LECETIR TAB #1 CAJA
Tomar 1 tab. al dia

2. PH 33 Emulsión x 100gr#1
MENTOL 0.5%
ALCANFOR 0.4%
OXIDO DE ZINC 2%            Aplicar a necesidad en sitios de rascado
DESONIDA 0.1%
SILICONA 1%
ALANTOINA 0.2%
TRICLOSAN (IRGASAN) 0.6%

3. KIT DERMALY ESENCIALES

DERMALY ESENCIALES LIMPIADOR FACIAL FRASCO #1
UTILIZAR DIA Y NOCHE COMO LIMPIADOR

DERMALY  ESENCIALES HIDRATANTE FACIAL FRASCO #1
APLICAR EN LA MAÑANA Y EN LA NOCHE

DERMALY ESENCIALES
PROTECTOR SOLAR 50+ SPF
APLICAR 2 VECES AL DIA

4. VITAMINA C SPRAY ADA VON SEIDE  30 ML# 1 FCO
APLICAR 2 VECES AL DIA.

5. HYDRAXER HYALURON BOOSTER  # 21 FRASCO
VOLUMINIZADOR PROBIOTICO ANTIPOLUCION
APLICAR DIA Y NOCHE

6. RETIMAX NECK #1
Utilizar en cuello y escote 2 veces al dia.

7. HYDRAMED  FLUID
HIDRATANTE CORPORAL #1 FRASCO

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA  Procedente  de : BOGOTA

APLICAR DESPUES DEL BAÑO O/Y EN LA NOCHE

8. PH 241 GOTERO X 10 ML
LATANOPROST  0.1%

### DIAGNOSTICO
URTICARIA
PAPILOMA BASO CELULAR INGUINAL
VERRUGAS
PIGMENTACION POST INFLAMATORIA

Diagnósticos CIE:

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**26 de Mayo de 2023  (09:05 AM)**

### ANTECEDENTES PERSONALES
Patológicos: NO
Quirúrgicos: NO
Traumáticos: NO
Tóxicos: NO
Alérgicos: NO
Farmacológicos: NO
ETS: NO
Gineco-Obstétricos
Menarquia (Años): Ciclo Menstrual:
Fecha Ult. Menstruación: Lactancia Materna Actual:
Métodos Anticonceptivos:
Embarazos: 2 Partos: 2 Abortos: Cesáreas: Vivos: 2 Fecha Ult. Parto:

### FORMULA VIRTUAL
CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA N0 31258112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA 7 DE JUNIO DEL AÑO 2023
MIERCOLES A LAS 9:00 AM.
AV CALLE  127 # 19 A 44 CONSULTORIO 403
EDIFICIO ACOMEDICA II

**HISTORIA CLINICA  31258112**

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112   ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA   Procedente  de : BOGOTA

ATENTAMENTE;

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*DR. EDUARDO GONZALEZ GUTIERREZ*

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112   ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA   Procedente  de : BOGOTA

### Controles

**24 de Julio de 2023  (08:52 AM)**

**ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS**
VIENE A CONTROL CON RESULTADO DE EXAMENES DE LABORATORIO EL PARCIAL DE
ORININA ESTA BIEN Y EL CULTIVO NEGATIVO Y CONTROL POR URTICARIA Y MANCHAS EN
REGION CERVICAL Y PECHO

SE LEPRACTICO LASER NDY EN MANCHAS RESIDUALES Y QUERATOSIS ACTINCIAS

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

Página 1

 Salud | SURA

Tel: 57 (4) 437 8888
www.saludsura.com

Paciente: **GONZALEZ  DE BARBERI  NANCY TERESA**
Sexo/Edad: **FEMENINO / 70 Años**
Médico: **SRM SRM SRM**
Empresa: **SEGUROS DE VIDA SURAMERICANA S.A.**

Identificación: **31258112**
Teléfono: **6959111**
Fecha servicio: **16/06/2023**

Nro. Servicio: **19173510**
Tipo servicio:
Fecha impresión: **23/06/2023 07:01 AM**
Habitación:

No. Paciente: **9058**

## UROCULTIVO CON RECUENTO DE COLONIAS          Validado: 18/06/2023 02:58 PM

| Análisis | Resultado |
|---|---|
| RESULTADO | POSITIVO |
| UBICACION ANATOMICA | TRACTO GENITO URINARIO |

**Microorganismo:**  Escherichia coli
**Cantidad:**      > 100.000 ufc/ml
**Antibiograma**

| ANTIBIOTICOS | SENSIBILIDAD | MIC |
|---|---|---|
| Trimethoprim/Sulfa | SENSIBLE | <= 20 |
| Gentamicin | SENSIBLE | <= 1 |
| Nitrofurantoin | SENSIBLE | 32 |
| Fosfomycin | SENSIBLE | <= 16 |
| Test de Blees | NEGATIVO | Neg |
| Cefazolin | SENSIBLE | 16 |
| Ceftriaxone | SENSIBLE | <= 0,25 |
| Ciprofloxacin | Resistente | 1 |
| Cephalothin | Resistente | >= 64 |

Nota 1:    LAS CEPAS RESISTENTES A LA CIPROFLOXACINA MUESTRAN RESISTENCIA CRUZADA CON OTRAS
QUINOLONAS.
EVITE SU USO EN INFECCIONES URINARIAS POR E. coli, POR LA ALTA RESISTENCIA OBSERVADA.
LA CIPROFLOXACINA NO ES PREDICTORA DE SENSIBILIDAD PARA OTRAS FLUOROQUINOLONAS.

BACTERIOLOGA
**DIANA MARCELA ROMERO PARRA**
**REG.  52975820**

Página 3



Tel: 57 (4) 437 8888
www.saludsura.com

| Paciente: **GONZALEZ  DE BARBERI  NANCY TERESA** | Identificación: **31258112** | Nro. Servicio: **19170799** | No. Paciente: **9058** |
| Sexo/Edad: **FEMENINO / 70 Años** | Teléfono: **6959111** | Tipo servicio: | |
| Médico: **GONZALEZ GUTIERREZ EDUARDO** | Fecha servicio: **16/06/2023** | Fecha impresión: **23/06/2023 07:01 AM** | |
| Empresa: **SEGUROS DE VIDA SURAMERICANA S.A.** | | Habitación: | |

| | | | | |
|---|---|---|---|---|
| UROBILINOGENO | **Normal** | 0.2 | 1.0 | mg/dl |
| LEUCOCITOS | **Negativos** | Negativo | | |

### SEDIMENTO URINARIO

| | | | | |
|---|---|---|---|---|
| LEUCOCITOS | 6-8 | 0 | 5 | x Campo |
| CELULAS EPITELIALES BAJAS | **ESCASAS** | 0 | 5 | x Campo |
| BACTERIAS | +++ | | | x Campo |

Estefania Navarro

BACTERIOLOGA
**YULI ESTEFANIA NAVARRO RODRIGUEZ**
**REG. 1104703238**

### VELOCIDAD DE SEDIMENTACION GLOBULAR VSG    Validado: 16/06/2023 03:28 PM

| Análisis | Resultado | Valores de Referencia | | Unidad |
|---|---|---|---|---|
| VELOCIDAD DE SEDIMENTACION GLOBULAR | 11 | 0 | 20 | mm/hora |

Método: Westergren Modificado
Nota: Cambio de valores de referencia debido a
renovación tecnológica a partir del 09-05-2022.
Valores de referencia tomado de CLSI
Procedures for the Erythrocyte Sedimentation Rate
Test; Approved Standard. CLSI document H02.

BACTERIOLOGA
**MARTHA CLAIRE ALFONSO GOMEZ**
**REG. 23326769**

### PROCALCITONINA PRUEBA CUANTITATIVA    Validado: 17/06/2023 03:49 AM

| Análisis | Resultado | Valores de Referencia | Unidad |
|---|---|---|---|
| | | | ng/mL |
| PROCALCITONINA CUANTITATIVA | 0.03 | | |
| VALORES DE REFERENCIA: | | < 2.0 | ng/mL |
| NIÑOS < 72 HORAS | | < 0.07 | ng/mL |
| ADULTOS | | | |

MÉTODO: CMIA

Nota: Cambio de valores de referencia por
renovación tecnológica.

BACTERIOLOGA
**EDNA MARGARITA FORERO CASTRO**
**REG. 51958065**

### CUADRO HEMATICO (HEMOGRAMA)    Validado: 16/06/2023 05:19 PM

| Análisis | Resultado | Valores de Referencia | Unidad |
|---|---|---|---|

Diagnóstico y Asistencia Médica SAS certifica el carácter técnico y científico de este documento y, responde íntegramente por su contenido

Página 2

 Salud | sura

Tel: 57 (4) 437 8888
www.saludsura.com

| | |
|---|---|
| Paciente: **GONZALEZ DE BARBERI NANCY TERESA** | Identificación: **31258112** |
| Sexo/Edad: **FEMENINO / 70 Años** | Teléfono: **6959111** |
| Médico: **GONZALEZ GUTIERREZ EDUARDO** | Fecha servicio: **16/06/2023** |
| Empresa: **SEGUROS DE VIDA SURAMERICANA S.A.** | |

| | |
|---|---|
| Nro. Servicio: **19170799** | No. Paciente: **9058** |
| Tipo servicio: | |
| Fecha impresión: **23/06/2023 07:01 AM** | |
| Habitación: | |

### ANTIESTREPTOLISINAS (AELO)   Validado: 16/06/2023 01:10 PM

| Análisis | Resultado | Valores de Referencia | | Unidad |
|---|---|---|---|---|
| CUANTIFICACION | <br>50.0 | | | UI/mL |
| VALORES DE REFERENCIA: | | | | UI/mL |
| Adultos: | | 0.0 | 200 | UI/mL |
| Niños en edad preescolar: | | 0.0 | 100 | UI/mL |
| 5 - 19 años: | | 166 | 250 | UI/mL |
| TECNICA: Inmunoturbidimetría | | | | |

Se modifican valores de referencia por renovación
tecnológica a partir del 2/07/2019

*[firma]*

BACTERIOLOGA
**NADIA ESTEFANIA HENAO NAGI**
**REG. 1013616325**

### 1.25 DIHIDROXI VITAMINA D (CALCITRIOL)   Validado: 16/06/2023 05:46 PM

| Análisis | Resultado | Valores de Referencia | | Unidad |
|---|---|---|---|---|
| **1.25 DIHIDROXI VITAMINA D (CALCITRIOL)** | | | | |
| RESULTADO | 43.2 | 15.2 | 90.1 | pg/mL |

Se modifican los valores de referencia a partir
a partir del 24/02/2023.
Valores de referencia establecidos por Inmuno
Diagnostic Systems de acuerdo las directrices
de la guía CLSI C28-A3.
Técnica: Quimioluminiscencia

*[firma]*

BACTERIOLOGA
**SONIA ROCIO CASTIBLANCO RAMIREZ**
**REG. 1053336119**

### PARCIAL DE ORINA, INCLUIDO SEDIMENTO   Validado: 16/06/2023 03:08 PM

| Análisis | Resultado | Valores de Referencia | | Unidad |
|---|---|---|---|---|
| **FISICO QUIMICO** | | | | |
| COLOR | **Amarillo** | | | |
| ASPECTO | **Lig.Turbio** | | | |
| DENSIDAD | **1.016** | 1.005 | 1.030 | |
| PH | **6.0** | 5.0 | 6.5 | |
| PROTEINAS | **Negativas** | Negativo | | mg/dl |
| GLUCOSA | **Negativa** | Negativo | | mg/dl |
| CUERPOS CETONICOS | **Negativos** | Negativo | | mg/dl |
| BILIRRUBINA | **Negativas** | Negativo | | |
| SANGRE | **Negativa** | Negativo | | |
| NITRITOS | **Positivos** | Negativo | | |

---

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112  ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA  Procedente  de : BOGOTA

## Controles

**24 de Julio de 2023  (08:52 AM)**

### *ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS*

VIENE A CONTROL CON RESULTADO DE EXAMENES DE LABORATORIO EL PARCIAL DE
ORININA ESTA BIEN Y EL CULTIVO NEGATIVO Y CONTROL POR URTICARIA Y MANCHAS EN
REGION CERVICAL Y PECHO

SE LEPRACTICO LASER NDY EN MANCHAS RESIDUALES Y QUERATOSIS ACTINCIAS

### *RECETARIOS*

1. SUN SHIELD
EXTRACTO DE  POLYPODIUM LEUCOTOMOS 240 MG
CAPSULAS #  2 FRASCOS
TOMAR 2 CAP DIARIAS

2. LECETIR TAB #1 CAJA
Tomar  1 tab. al día

3. PH 33 Emulsión x 100gr#1
MENTOL 0.5%
ALCANFOR 0.4%
OXIDO DE ZINC 2%          Aplicar a necesidad en sitios de rascado
DESONIDA 0.1%
SILICONA 1%
ALANTOINA 0.2%
TRICLOSAN (IRGASAN) 0.6%

4. HYDRASKIN EYES TUBO #1
APLICAR 2 VECES AL DIA

5. KIT DERMALY ESENCIALES

DERMALY ESENCIALES LIMPIADOR FACIAL FRASCO #1
UTILIZAR DIA Y NOCHE COMO LIMPIADOR

DERMALY  ESENCIALES HIDRATANTE FACIAL FRASCO #1
APLICAR EN LA MAÑANA Y EN LA NOCHE

---

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA  Procedente  de :  BOGOTA

DERMALY ESENCIALES
PROTECTOR SOLAR 50+ SPF
APLICAR 2 VECES AL DIA

6. VITAMINA C SPRAY ADA VON SEIDE  30 ML# 1 FCO
APLICAR 2 VECES AL DIA.

7. HYDRAXER HYALURON BOOSTER  # 2 FRASCO
VOLUMINIZADOR PROBIOTICO ANTIPOLUCION
APLICAR DIA Y NOCHE

8. RETIMAX BIO FRASCO #2
REESTRUCTURADOR ANTIAGE
APLICAR 2 VECESAL DIA

9. HYDRAMED  FLUID
HIDRATANTE CORPORAL #1 FRASCO
APLICAR DESPUES DEL BAÑO O/Y EN LA NOCHE

10. PH 241 GOTERO X 10 ML
LATANOPROST  0.1% APLICAR COMO PESTAÑINA

11. ALLEGRA PASTILLAS # 180
TOMAR UNA CADA MAÑANA

*FORMULA VIRTUAL*
8. RETIMAX BIO FRASCO #2
REESTRUCTURADOR ANTIAGE
APLICAR 2 VECESAL DIA

9. HYDRAMED  FLUID
HIDRATANTE CORPORAL #1 FRASCO
APLICAR DESPUES DEL BAÑO O/Y EN LA NOCHE

10. PH 241 GOTERO X 10 ML
LATANOPROST  0.1% APLICAR COMO PESTAÑINA

11. ALLEGRA PASTILLAS # 180
TOMAR UNA CADA MAÑANA

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112   ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA   Procedente  de : BOGOTA

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**27 de Junio de 2023  (10:56 AM)**

### FORMULA VIRTUAL

CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA No 31'258.112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA LUNES 24 DE JULIO DEL AÑO 2023
HORA 8:00 AM, EN LA DIRECCION AVENIDA CALLE  127 # 19 A 44 CONSULTORIO
402- 403,EDIFICIO ACOMEDICA II PARA CONTROL DE PROCEDIMIENTO.

ATENTAMENTE.

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO
*ALMIRANTE COLON*

**23 de Junio de 2023  (10:41 AM)**

### ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS
VIENE A PROCEDIMIENTO RETIRO DE VERRUGAS VIRICAS DE CUELLO PAPILOMAS
BASOCELULARES DE  ABDOMEN  E INGLES

TRAE RESULTADO DE EXAMENES DE LABORATORIO CON RESULTADO PARCIAL DE ORINA
CON BACTERIAS Y LEUCOCITOSCULTIVO Y  ANTIBIOGRAMA  E COLI  SENSIBLE   A TMP
SULFA Y NITROFURANTOINA,  VITAMINA D 28  RESTO NEGATIVO
SE REALIZA PROCEDIMIENTO SIN COMPLICACIONES

### DESCRIPCION QUIRURGICA
PREVIA ASEPSIA Y ANTISEPSIA DEL AREA

`HISTORIA CLINICA  31258112`

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112   ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA   Procedente  de :  BOGOTA

---

BAJO ANESTESIA. LOCAL LIDOCAINA CON EPINEFRINA

SE PRACTICA. CRIOTERAPIA CON LN2

CON EQUIPO. CRYAC BRYMILL METODO ABIERTO DOBLE CICLO 30"X60" CONO C

EN REGION. INGUINAL Y CERVICAL

BAJO EL DX.  VERRUGAS VIRICAS

PACIENTE TOLERA BIEN EL PROCEDIMIENTO Y NO HUBO COMPLICACIONES

### RECETARIOS

1. MUPICARE UNGUENTO # 1 tubo
APLICAR 2 VECES AL DIA EN LESIONES

2. TRIMETROPIN SULFA 400 - 160 TABLETAS # 20
TOMAR UNA CAPSULA CADA 12 HORAS

3. NITROFURANTOINA TABLETAS #20
TOMAR UNA TABLETA CADA 12 HORAS
INICIAR CUANDO SE LE ACABE EL #2

4. LECETIR TAB #2 CAJA
Tomar 1 tab. en la noche

5. PH 33 Emulsión x 100gr#1
MENTOL 0.5%
ALCANFOR 0.4%
OXIDO DE ZINC 2%          Aplicar a necesidad en sitios de rascado
DESONIDA 0.1%
SILICONA 1%
ALANTOINA 0.2%
TRICLOSAN (IRGASAN) 0.6%

6. SUNSTOP BARRA LABIAL
APLICAR SEGUN NESECIDAD

### FORMULA VIRTUAL

---

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA   Procedente  de :  BOGOTA

VIENE A PROCEDIMIENTO RETIRO DE VERRUGAS VIRICAS DE CUELLO PAPILOMAS
BASOCELULARES DE  ABDOMEN  E INGLES

TRAE RESULTADO DE EXAMENES DE LABORATORIO CON RESULTADO PARCIAL DE ORINA
CON BACTERIAS Y LEUCOCITOSCULTIVO Y  ANTIBIOGRAMA  E COLI  SENSIBLE   A TMP
SULFA Y NITROFURANTOINA,  VITAMINA D 28  RESTO NEGATIVO
SE REALIZA PROCEDIMIENTO SIN COMPLICACIONES

REVIA ASEPSIA Y ANTISEPSIA DEL AREA

BAJO ANESTESIA. LOCAL LIDOCAINA CON EPINEFRINA

SE PRACTICA. CRIOTERAPIA CON LN2

CON EQUIPO. CRYAC BRYMILL METODO ABIERTO DOBLE CICLO 30"X60" CONO C

EN REGION. INGUINAL Y CERVICAL

BAJO EL DX.  VERRUGAS VIRICAS

PACIENTE TOLERA BIEN EL PROCEDIMIENTO Y NO HUBO COMPLICACIONES

   *PROCEDIMIENTOS*
SE APLICA TOXINA BUTULINICA TIPO A LAB IPSEN  LOTE W 25608 VENCE 80/24  TERCIO
SUPERIOR DE LA CARA   Y EN BANDAS PLATISMALES SIN COMPLICACIONES

LOTE: A52797  FECHA DE VENCIMIENTO: 12/2024    $ 1'300.000
                                                  *DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

*8 de Junio de 2023  (12:03 PM)*

   *ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS*

CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA No 31'258.112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA MIERCOLES 14 DE JUNIO DEL AÑO 2023
HORA 8:00 AM, EN LA DIRECCION AVENIDA CALLE  127 # 19 A 44 CONSULTORIO
402- 403,EDIFICIO ACOMEDICA II PARA PROCEDIMIENTO.

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA   Procedente  de : BOGOTA

ATENTAMENTE.

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**14 de Junio de 2023  (12:04 PM)**

**RECETARIOS**

1. HYDRAXER HYALURON BOOSTER  # 21 FRASCO
VOLUMINIZADOR PROBIOTICO ANTIPOLUCION
APLICAR DIA Y NOCHE

**FORMULA VIRTUAL**

CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA No 31'258.112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA VIERNES 23 DE JUNIO DEL AÑO 2023
HORA 8:00 AM, EN LA DIRECCION AVENIDA CALLE  127 # 19 A 44 CONSULTORIO
402- 403,EDIFICIO ACOMEDICA II PARA PROCEDIMIENTO.

ATENTAMENTE.

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA*

**7 de Junio de 2023  (09:25 AM)**

## HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa :  SURAMERICANA -
Ocupacion :  DISEÑADORA
Natural de :  ANDALUCIA  Procedente  de : BOGOTA

### ENFERMEDAD ACTUAL Y EVOLUCION DE LA DERMATOSIS
VIENE A CONSULTA POR ALERGIA Y LESIONES DL CUELLO Y LA CARA MANCHAS Y DESE
ADYSPORT

### RECETARIOS
1. LECETIR TAB #1 CAJA
Tomar 1 tab. al dia

2. PH 33 Emulsión x 100gr#1
MENTOL 0.5%
ALCANFOR 0.4%
OXIDO DE ZINC 2%          Aplicar a necesidad en sitios de rascado
DESONIDA 0.1%
SILICONA 1%
ALANTOINA 0.2%
TRICLOSAN (IRGASAN) 0.6%

3. KIT DERMALY ESENCIALES

DERMALY ESENCIALES LIMPIADOR FACIAL FRASCO #1
UTILIZAR DIA Y NOCHE COMO LIMPIADOR

DERMALY  ESENCIALES HIDRATANTE FACIAL FRASCO #1
APLICAR EN LA MAÑANA Y EN LA NOCHE

DERMALY ESENCIALES
PROTECTOR SOLAR 50+ SPF
APLICAR 2 VECES AL DIA

4. VITAMINA C SPRAY ADA VON SEIDE  30 ML# 1 FCO
APLICAR 2 VECES AL DIA.

5. HYDRAXER HYALURON BOOSTER  # 21 FRASCO
VOLUMINIZADOR PROBIOTICO ANTIPOLUCION
APLICAR DIA Y NOCHE

6. RETIMAX NECK #1
Utilizar en cuello y escote 2 veces al dia.

7. HYDRAMED  FLUID
HIDRATANTE CORPORAL #1 FRASCO

HISTORIA CLINICA 31258112

**NANCY TERESA GONZALEZ DE BARBERI**
CC 31258112  ( Edad : 70 años )
Empresa : SURAMERICANA -
Ocupacion : DISEÑADORA
Natural de : ANDALUCIA  Procedente  de : BOGOTA

APLICAR DESPUES DEL BAÑO O/Y EN LA NOCHE

8. PH 241 GOTERO X 10 ML
LATANOPROST  0.1%

### DIAGNOSTICO
URTICARIA
PAPILOMA BASO CELULAR INGUINAL
VERRUGAS
PIGMENTACION POST INFLAMATORIA

Diagnósticos CIE:

DR. EDUARDO GONZALEZ GUTIERREZ ACOMEDICA

### 26 de Mayo de 2023  (09:05 AM)

#### ANTECEDENTES PERSONALES
Patológicos: NO
Quirúrgicos: NO
Traumáticos: NO
Tóxicos: NO
Alérgicos: NO
Farmacológicos: NO
ETS: NO
Gineco-Obstétricos
Menarquia (Años): Ciclo Menstrual:
Fecha Ult. Menstruación: Lactancia Materna Actual:
Métodos Anticonceptivos:
Embarazos: 2 Partos: 2 Abortos: Cesáreas: Vivos: 2 Fecha Ult. Parto:

#### FORMULA VIRTUAL
CERTIFICO QUE LA SEÑORA  NANCY TERESA GONZALEZ
IDENTIFICADA CON CEDULA DE CIUDADANIA N0 31258112
TIENE CITA CON EL DOCTOR EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO EL DIA 7 DE JUNIO DEL AÑO 2023
MIERCOLES A LAS 9:00 AM.
AV CALLE  127 # 19 A 44 CONSULTORIO 403
EDIFICIO ACOMEDICA II

HISTORIA CLINICA  31258112

**NANCY TERESA GONZALEZ DE BARBERI**

CC 31258112   ( Edad : 70 años )

Empresa :  SURAMERICANA -

Ocupacion :  DISEÑADORA

Natural de :  ANDALUCIA   Procedente  de : BOGOTA

ATENTAMENTE;

EDUARDO GONZALEZ GUTIERREZ
MEDICO DERMATOLOGO

*DR. EDUARDO GONZALEZ GUTIERREZ*

Página 8



Tel: 57 (4) 437 8888
www.saludsura.com

| | | |
|---|---|---|
| Paciente: **GONZALEZ  DE BARBERI  NANCY TERESA** | Identificación: **31258112** | Nro. Servicio: **18911186** | No. Paciente: **9017** |
| Sexo/Edad: **FEMENINO / 70 Años** | Teléfono: **6959111** | Tipo servicio: |
| Médico: **GONZALEZ JESUS HERNANDO** | Fecha servicio: **29/03/2023** | Fecha impresión: **10/04/2023 12:38 PM** |
| Empresa: **SEGUROS DE VIDA SURAMERICANA S.A.** | | ID Caso: **83434** |

### CITOLOGÍA CERVICO UTERINA          Validado: 31/03/2023 08:45 PM

| | | | |
|---|---|---|---|
| Embarazada    NO | | Fecha Última Menstruación    01/01/1998 | |
| Planifica    NO    Ningún Método ☑    DIU ☐    A. ORALES ☐ | TUBECTOMÍA ☐ | Otro: | |
| Fecha citología anterior    01/01/2021 | | Resultado citología anterior    Normal | |
| Esquema y continuidad    1-1-3 (Esquema anual que por bajo riesgo cambió a citología cada 3 años.) | | Institución    CALI | |

| Procedimientos anteriores en el cuello uterino    No    Tipo de procedimiento | CAUTERIZACIÓN ☐  00/00/0000 | CONIZACIÓN ☐  00/00/0000 |
|---|---|---|
| | HISTERECTOMÍA ☐  00/00/0000 | RADIOTERAPIA ☐  00/00/0000 |

**Aspecto del cuello**

Ausente ☐    Sano ☑    Atrófico ☐    Congestivo ☐    Sangrante ☐    Ectropión ☐    Estenotico ☐    Polipo ☐    Lesión visible ☐

Observaciones: SANGRA A LA TOMA, ESCASO FV HIALINO MUCOIDE

Citología tomada por    **BACTERIOLOGA**    VIVIANA MARGARITA CAMPO RODRIGUEZ

--------------------------------------------- Resultado ---------------------------------------------

### SISTEMA BETHESDA 2016

COLORACION PAP

CALIDAD DEL ESPECIMEN                    Satisfactoria Zona de Transformación Presente

### CLASIFICACIÓN GENERAL                Negativa para lesión intraepitelial o neoplasia

INTERPRETACIÓN/RESULTADO
  MICROORGANISMOS                        No se observan
  OTROS HALLAZGOS NO NEOPLASICOS         Cambios celulares reactivos asociados a inflamación y atrofia

NOTA: La citología es una prueba de tamizaje,
no es un examen diagnóstico.
Protocolo ajustado en cumplimiento a la normativa
colombiana, Resolución 4505 de 2012.

OBSERVACIONES: EXUDADO INFLAMATORIO.
SE SUGIERE EVALUAR Y CONTROL A CRITERIO MEDICO.

CITOLOGA
YERSIN LEANDRO SUAZA RUIZ RG. 5-3524-08
**REG. 5-3524-08**

Diagnóstico y Asistencia Médica SAS certifica el carácter técnico y científico de este documento y, responde Íntegramente por su contenido

Centro  Materno Fetal y Neonatal

ECOGRAFÍA GINECOLÓGICA TRANSVAGINAL

**Clínica del Country**

**Bogotá, D.C.**    viernes, mayo 12, 2023          **Hora:**   2:06:04 p. m.

**Doctor:**    JESUS HERNANDO GONZALEZ

**Nombre:**    NANCY TERESA GONZALEZ DE BARBERI
**Identificación:**    31258112
**Entidad:**    SURAMERICANA

**HISTORIA**

**Fecha de Nacimiento**          18/03/1953     **Edad:**   70.2 años.

**INDICACIÓN DEL EXÁMEN**          Control Ginecologico

**TIPO DE EXÁMEN:**
Con  transductor  transvaginal  de  multifrecuencia,  se  practica  valoración  pélvica
transvaginal encontrando:

**DESCRIPCIÓN:**

Útero AVF de tamaño , forma y contornos normales.
A nivel miometrial  se observa una imagen hipoecogénica redondeada de localización
intramural cara posteruir (FIGO 3) de 10.6 x 13.8 mm  compatible con mioma.
Endometrio de caracteristicas usuales.
Ovario derecho normal.
Ovario izquierdo normal.
No se observa líquido libre en fondo de saco posterior.

## ECOGRAFÍA GINECOLÓGICA TRANSVAGINAL

**ÚTERO**

| | | |
|---|---|---|
| Longitudinal: | 52.0 mm | |
| Anteroposterior: | 26.7 mm | |
| Transverso: | 34.3 mm | VOLUMEN: 24.8 cc. |

**ENDOMÉTRIO:**                                  2.5 mm

**VALORACION ANEXIAL**

**OVARIO DERECHO**

| | | |
|---|---|---|
| Longitudinal: | 11.9 mm | |
| Anteroposterior: | 6.8 mm | |
| Transverso: | 9.9 mm | VOLUMEN: 0.4 cc. |

**OVARIO IZQUIERDO**

| | | |
|---|---|---|
| Longitudinal: | 12.3 mm | |
| Anteroposterior: | 6.7 mm | |
| Transverso: | 10.3 mm | VOLUMEN: 0.4 cc. |

**CONCLUSIONES:**
Miomatosis uterina

DR. JAIME LUIS SILVA
GINECOLOGIA OBSTETRICA
R. M. 9758
0. 0. 79.153.477

_____
**Dr Jaime Luis Silva**
Medicina Materno Fetal

**Transcribe:**
Dina Gomez

**Nota:** La ecografía es un método indirecto de diagnóstico, tiene una sensibilidad para la detección de alteraciones de un 70%.
















| Salud \| **sura** | **IPS Atiende:** (2278) SALUDSURA BOGOTA | | |
|---|---|---|---|
| | **NIT:** 811007832 | **Fórmula:** | 2278-1195854104 |
| | **IPS Afiliado:** (5) SALUDSURA SAO PAULO | **Fecha:** | 2023/04/27 |

| **Identificación:** CC 31258112 | **Nombre:** NANCY TERESA GONZALEZ DE BARBERI | |
|---|---|---|
| **Teléfono:** | **Dirección:** AV 4 A OESTE # 1 06 | **Código Dx:** N951 |
| Origen OrdenAtencionExterna | Causa: ENFERMEDAD GENERAL | |

**Medicamento:** CITRAGEL CAPSULAS    CAJA NUMERO 6

**F. Finalización:** 2023/05/27

**Cantidad:** 6
**Dosificación:** 1  cada 1 Horas durante 30 Días

**Vía Admón:**

Observación: TOMAR UNA CAPSULA DIARIA POR 6 MESES.

**Medicamento:** ESTEINE  (ESTRIOL X 3.5 MGS)  CJA NUMERO 6

**F. Finalización:** 2023/05/25

**Cantidad:** 6
**Dosificación:** 1  cada 1 Semana durante 28 Días

**Vía Admón:**

Observación: APLICAR UN OVULO INTRAVAGINAL CADA SEMANA SEGUN INDICACION.

| Profesional: | JOSE ANGEL PIÑEROS DAZA | | **Firma:** | |
|---|---|---|---|---|
| Identificación: | CC 79489728 | Registro: 281395 | | **NO VÁLIDO PARA** |
| Teléfono: | | Dirección: CL 100 # 19 A - 35 | | **RECLAMAR** |
| Ciudad: | BOGOTA | | | **MEDICAMENTOS** |
| Especialidad: | GINECOLOGIA Y OBSTETRICIA | | | |
| Imprime: | JOSEPIDA | F.Impresión: 2023/04/27 07:48:04 | I81129728F230427I312579 | |
| IPS Imprime: | SALUDSURA BOGOTA | | | |
| Profesional Prescribe: | | | | |
| Identificación: | | | | |

| Ayudas Diagnósticas de la Consulta | Ayuda Dx: **1195852466** |
|---|---|
| | Plan: POLIZA |
| | Fecha          2023/04/27 |

| **Identificación:** CC 31258112 | **Nombre:** | NANCY TERESA GONZALEZ DE BARBERI | **Diagnóstico** N951 |
|---|---|---|---|
| **Teléfono:** | **Dirección:** | AV 4 A OESTE # 1 06 | |
| **Origen:**          OrdenAtencionExterna | **Causa Servicio:** | ENFERMEDAD GENERAL | |

| **Ayuda Diagnóstica:** | MAMOGRAFIA BILATERAL |
|---|---|
| **Ayuda Diagnóstica:** | ECOGRAFIA TRANSVAGINAL PARA DX GINECOLOGICO U OBSTETRICO |

| **Profesional :** | JOSE ANGEL PIÑEROS DAZA | | **Firma:** |
|---|---|---|---|
| **Identificación** | CC 79489728 | **Registro:**          281395 | |
| **Teléfono:** | 6014873888 | **Dirección:**          CL 100 # 19 A - 35 | |
| **Ciudad:** | BOGOTA | | |
| **Especialidad:** | GINECOLOGIA Y OBSTETRICIA | | |
| **Imprime:** | JOSEPIDA | **F.Impresión:**  2023/04/27 07:48:04 | |
| **IPS Imprime:** | SALUDSURA BOGOTA | | I81129728F230427I312579 |

Salud | **sura**

| | |
|---|---|
| **IPS Atiende:** (2278) SALUDSURA BOGOTA | **Fórmula:** **2278-1195854104** |
| **NIT:** 811007832 | **Fecha:** 2023/04/27 |
| **IPS Afiliado:** (5) SALUDSURA SAO PAULO | |

**Identificación:** CC 31258112    **Nombre:** NANCY TERESA GONZALEZ DE BARBERI
**Dirección:** AV 4 A OESTE # 1 06    Código Dx:    N951
**Teléfono:**
Origen  OrdenAtencionExterna    Causa: ENFERMEDAD GENERAL

**Medicamento:** CITRAGEL  CAPSULAS    CAJA NUMERO 6    **F. Finalización:** 2023/05/27

**Cantidad:** 6    **Vía Admón:**
**Dosificación:** 1  cada 1 Horas durante 30 Días
Observación:  TOMAR UNA CAPSULA DIARIA POR 6 MESES.

**Medicamento:** ESTEINE  (ESTRIOL X 3.5 MGS)  CJA NUMERO 6    **F. Finalización:** 2023/05/25

**Cantidad:** 6    **Vía Admón:**
**Dosificación:** 1  cada 1 Semana durante 28 Días
Observación:  APLICAR UN OVULO INTRAVAGINAL CADA SEMANA SEGUN INDICACION.

| | Firma: | |
|---|---|---|
| Profesional:    JOSE ANGEL PIÑEROS DAZA | | **NO VÁLIDO PARA** |
| Identificación:    CC 79489728    Registro:    281395 | | **RECLAMAR** |
| Teléfono:    Dirección:    CL 100 # 19 A - 35 | | **MEDICAMENTOS** |
| Ciudad:    BOGOTA | | |
| Especialidad:    GINECOLOGIA Y OBSTETRICIA | I81129728F230427I312579 | |
| Imprime:    JOSEPIDA    F.Impresión:    2023/04/27 07:48:04 | | |
| IPS Imprime:    SALUDSURA BOGOTA | | |
| Profesional Prescribe: | | |
| Identificación: | | |

P a c i e n t e

## Recomendaciones de la Consulta

**Recomendación:** 1195852807
**Fecha** 2023/04/27

**Identificación:** CC 31258112
**Teléfono:**
**Origen:** OrdenAtencionExterna

**Nombre:** NANCY TERESA GONZALEZ DE BARBERI
**Dirección:** AV 4 A OESTE # 1 06
**Causa Servicio:** ENFERMEDAD GENERAL

**Diagnóstico** N951

**Recomendaciones:**

- SS MAMOGRAFIA BILATERAL. ECOGRAFIA TRANSVAGINAL
CITA CONTROL POR GINECOLOGIA GENERAL.

**Profesional :** JOSE ANGEL PIÑEROS DAZA
**Identificación** CC 79489728
**Teléfono:** 6014873888
**Ciudad:** BOGOTA
**Especialidad:** GINECOLOGIA Y OBSTETRICIA
**Imprime:** JOSEPIDA
**IPS Imprime:** SALUDSURA BOGOTA

**Registro:** 281395
**Dirección:** CL 100 # 19 A - 35

**F.Impresión:** 2023/04/27 07:48:04

**Firma:**

I81129728F230427I312579

| **Ayudas Diagnósticas de la Consulta** | **Ayuda Dx: 1195852466** |
|---|---|
| | **Plan:** POLIZA |
| | **Fecha** 2023/04/27 |

| **Identificación:** CC 31258112 | **Nombre:** NANCY TERESA GONZALEZ DE BARBERI | |
|---|---|---|
| **Teléfono:** | **Dirección:** AV 4 A OESTE # 1 06 | **Diagnóstico** N951 |
| **Origen:** OrdenAtencionExterna | **Causa Servicio:** ENFERMEDAD GENERAL | |

**Ayuda Diagnóstica:** MAMOGRAFIA BILATERAL

**Ayuda Diagnóstica:** ECOGRAFIA TRANSVAGINAL PARA DX GINECOLOGICO U OBSTETRICO

| | | **Firma:** |
|---|---|---|
| **Profesional :** JOSE ANGEL PIÑEROS DAZA | | |
| **Identificación** CC 79489728 | **Registro:** 281395 | |
| **Teléfono:** 6014873888 | **Dirección:** CL 100 # 19 A - 35 | |
| **Ciudad:** BOGOTA | | |
| **Especialidad:** GINECOLOGIA Y OBSTETRICIA | | |
| **Imprime:** JOSEPIDA | **F.Impresión:** 2023/04/27 07:48:04 | |
| **IPS Imprime:** SALUDSURA BOGOTA | | I81129728F230427I312579 |

Página 1 de 2

## Paciente

Nombre: Nancy Teresa Gonzalez De Barberi
Cédula: 31258112
Sexo: Femenino
Teléfono: 6959111
Edad: 70año(s) 2ms.

## Examen

Médico referente: Gonzalez Jesus Hernando
IPS: SALUD SURA POLIZA
Fecha del examen: 31/5/2023
Fecha de finalización: 1/6/2023 13:05:40
Ciudad: BOGOTÁ

**ESTUDIO REALIZADO: MAMOGRAFIA DIGITAL BILATERAL CON TOMOSINTESIS 3D.**

**TÉCNICA:**
Se practican proyecciones cráneo caudales y medio oblicua laterales de rutina en ambas mamas, con adquisición, procesamiento y almacenamiento digital. Se evaluan en pantallas de 5MP autorizadas para lectura de mamografia. Se realizan cortes digitales de tomo síntesis complementarios.
Dosis absorbida por la paciente 5 mGy.

**INDICACIÓN:** Control.

**DATOS CLÍNICOS:**
Antecedente de mamoplastia de aumento con posterior retiro de implante.
No refiere antecedentes familiares.
No contamos con estudios previos para comparación.

**HALLAZGOS:**
Mamas con áreas de tejido fibroglandular con moderado reemplazo graso. Densidad del seno tipo B por la clasificación de la ACR.
Calcificaciones redondeadas benignas bilaterales.
Calcificaciones vasculares bilaterales.
No se evidencia masas, sólidas, quísticas, áreas de distorsión de la arquitectura o micro calcificaciones que hagan sospechar proceso maligno evolutivo.
Los planos grasos se encuentran conservados.
El espesor de la piel y las regiones retroareolares se visualizan en forma normal.
Ganglios axilares bilaterales de características radiológicas normales.

**IMPRESION DIAGNOSTICA:**
BI-RADS 2. HALLAZGOS BENIGNOS.
MAMOGRAFÍA NEGATIVA PARA PROCESO MALIGNO EVOLUTIVO.
SE RECOMIENDA CONTROL DE RUTINA.

**Nota: Por favor conservar el presente estudio para próximos controles. Del 10% al 15% de las lesiones malignas de cáncer de seno no se evidencian en la mamografía. El auto -examen mensual por el paciente, el examen físico anual por el médico y la mamografía como control rutinario son las herramientas para el control del cáncer de seno.**

Página 2 de 2

| | |
|---|---|
| Nombre: Nancy Teresa Gonzalez De Barberi | Fecha del exámen: 31/5/2023 |
| Cédula: 31258112 | Fecha de finalización: 1/6/2023 13:05:40 |



Jorge Arley Gonzalez Vargas
Médico Radiólogo - RM: 254670/2007

Tecnólogo: Blanca Bibiana Gomez Moreno

**ESTUDIO DE IMÁGENES DIAGNOSTICAS.**

Clínica de la Mujer | Unidad
Grupo ♥quironsalud | de Seno

**Nombre:** NANCY TERESA GONZALEZ DE BARBERI

**Fecha realización:** 19-04-2023 08:37:33

**Edad:** 70 años

**Estudio:** ECOGRAFIA DE MAMA, CON TRANSDUCTOR DE 7 MHZ O MAS

**Documento:** CC 31258112

**Entidad:** SEGUROS DE VIDA SURAMERICANA S

**Fecha de Nacimiento:** 18-03-1953

**Médico remitente:** MEDICO REMITENTE

**ECOGRAFIA MAMARIA.**

**Datos clínicos:** control. Antecedente de retiro de implantes mamarios y reconstrucción. Asintomática. No cuento con estudios previos para comparar.

**Técnica:**
Con transductor lineal de alta frecuencia se realiza exploración ecográfica de ambas mamas.

**Hallazgos:**
Tejido mamario homogéneo-fibroglandular.
Zonas de distorsión retroareolar y en la unión de los cuadrantes inferiores de ambas mamas por antecedente quirúrgico.
Quiste simple en coordenada 9,10 del seno derecho de 6.7 mm.
No hay evidencia de lesiones sólidas.
No hay dilatación de conductos galactóforos.
Ganglios axilares derechos sin alteraciones. En la región axilar izquierda se observan al menos cuatro ganglios ecogénicos con signo de "tormenta de nieve", por infiltración por silicona.

**Opinión:**
Siliconomas en ganglios axilares izquierdos por ruptura y/o porosidad del implante mamario izquierdo retirado.
Quiste simple en seno izquierdo.
Cambios postquirúrgicos bilaterales.
Estudio con hallazgos benignos. Categoría BIRADS 2.
Control mamográfico rutinario.

**NOTA:** El presente estudio se practicó de conformidad con las normas establecidas por el Ministerio de Salud y Protección Social con la debida utilización de elementos de protección personal como protocolo de bioseguridad pertinente durante la pandemia.



Informe firmado electrónicamente por:
**Dra. Diana Carolina Camargo Cabezas**
**MÉDICO RADIÓLOGO**
**No. registro:** 53080436
**Fecha y hora de firma:** 19-04-2023 08:59