UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20170-SCOLA

UNITED STATES OF AMERICA,

vs.

GZUNIGA LTD., ET AL,

    Defendant.
_____/

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture. On April 22, 2024, the Court sentenced the Defendant corporation, and as part of the sentence the Court directed the United States to file a proposed preliminary order of forfeiture within three days. *See* Minute Entry, ECF No. 68. On or about April 23, 2024, the Defendant signed an abandonment form that abandoned and quitclaimed all of its right, title, and interest in and to the contraband handbags at issue in the above-captioned matter. Accordingly, the United States is not pursuing federal judicial forfeiture at this time and will, instead, pursue its administrative rights.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

    By: s/ Emily R. Stone
        Emily R. Stone
        Assistant United States Attorney
        Florida Bar No. 092077
        99 N.E. 4th Street, 7th Floor
        Miami FL, 33132-2111
        Telephone: (305) 961-9407
        E-mail: Emily.Stone@usdoj.gov